UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO.: 04-10274-PBS |
| ) | |
| TONY DIAZ,    ) | Count 1: 18 U.S.C. § 922(g)(1) |
| a/k/a Jose A. Rivera, Jr.,   ) | Possession of Firearm and |
| a/k/a Santo Romero Villar,   ) | Ammunition by Felon |
| a/k/a Jose Rivera Morales,   ) | Count 2: 18 U.S.C. § 922(g)(5)(A) |
| a/k/a Jose Antoni Morales,   ) | Illegal Alien in Possession |
| a/k/a Santo Rodolfo Romero Villar, ) | of a Firearm and Ammunition |
| Defendant.   ) | |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Felon

The Grand Jury charges that:

On or about July 14, 2004, at Lawrence, in the District of Massachusetts,

**TONY DIAZ,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: one .45 caliber Para Ordnance handgun, bearing serial number QM 3441, and 5 rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**:  18 U.S.C. § 922(g)(A)(5) – Illegal Alien in Possession of a Firearm
and Ammunition

The Grand Jury further charges that:

On or about July 14, 2004, at Lawrence, in the District of Massachusetts,

**TONY DIAZ,**

the defendant herein, an alien who was then unlawfully in the United States, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: one .45 caliber Para Ordnance handgun, bearing serial number QM 3441, and five rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(A)(5).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that the Defendant possessed the firearm described in Counts One and Two of this Indictment in connection with a crime of violence, to wit, an offense under state law punishable by imprisonment for a term exceeding one year and which offense involved the use, attempted use, or threatened use of physical force against the person of another. Therefore, United States Sentencing Guidelines Sections 2K2.1(b)(5) and 4B1.4(b)(3)(A) are applicable.

A TRUE BILL:

_K Reynolds_
FOREMAN OF THE GRAND JURY


_PR R_
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; September 8, 2004, at __11:00__ .

Returned into the District Court by the Grand Jurors and filed.

_Thomas F. Quinn_
DEPUTY CLERK
_12:51 pm_

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __II__     Investigating Agency __ATF__

City __Lawrence__     **Related Case Information:**

County __Essex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __TONY DIAZ__     Juvenile [ ] Yes  [x] No

Alias Name __Jose A. Rivera, Jr., Santo Romero Villar, Jose Rivera Morales, Jose Antoni Morales, Santo Rodolfo Romero Villar__

Address __Essex County Correctional Facility, Middletown, MA__

Birth date: __1965__    SS#: __0386__    Sex: __M__    Race: __Hispanic__    Nationality: __Dominican__

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__     Bar Number if applicable __632312__

Interpreter: [x] Yes [ ] No     List language and/or dialect: __Spanish__

Matter to be SEALED: [ ] Yes [x] No

[x] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[x] Already in State Custody __detainee__    [ ] Serving Sentence    [x] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint [ ] Information [x] Indictment

**Total # of Counts:** [ ] Petty ____ [ ] Misdemeanor ____ [x] Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 8, 2004     **Signature of AUSA:** _/s/ P. R. M._

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**   TONY DIAZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Possession of Firearm and Ammo. by Felon | 1 |
| Set 2 | 18 U.S.C. § 922(g)(5)(A) | Illegal Alien in Possession of a Firearm, Ammo. | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**     TONY DIAZ

js45 - Diaz - Felon in Poss; Illegal in Poss.wpd - 3/13/02