# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:  The Superintendent of Essex County Correctional Facility

20 Manning Avenue
P.O. Box 807
Middleton, MA 01949-2807

YOU ARE COMMANDED to have the body of __TONY DIAZ    (DOB: 1965)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __14__, on the __5th__ floor, Boston, Massachusetts on __November 18, 2004__, at __10:15 AM__ for the purpose of __Arraignment__ in the case of UNITED STATES OF AMERICA V. __TONY DIAZ__ Docket Number __CR 04-10274__.

And you are to retain the body of said __TONY DIAZ__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __TONY DIAZ__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __12th__ day of __November, 2004__.

SEAL

TONY ANASTAS
CLERK OF COURT

*/s/ Noreen A. Russo*
By:_____
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(Habeas.Diaz.wpd - 2/2000)