UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TONY DIAZ, )<br>    Defendant. )<br>) | CRIM. NO. 04-10274-PBS |

## PETITION FOR WRIT OF HABEAS CORPUS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, respectfully represents:

1. That **TONY DIAZ** (DOB: 1965) is presently incarcerated at the Essex County Correctional Facility, 20 Manning Avenue, Middleton, Massachusetts, and will be so confined on the date requested.

2. That **TONY DIAZ** has been named in an Indictment issued by a federal grand jury sitting in the District of Massachusetts, in Boston, Massachusetts.

3. That **TONY DIAZ** is due to appear before the United States District Court for an initial appearance on November 18, 2004, at 10:15 a.m.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus issue from this Court to be directed to the United States Marshal for the District of Massachusetts, to the Facility Superintendent of the Essex County Correctional Facility, and to any other person having custody and control of **TONY DIAZ**, commanding them to produce **TONY DIAZ** before the United States District Court at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on November 18, 2004, at 10:15 a.m.

>                                       Respectfully submitted,
>
>                                       MICHAEL J. SULLIVAN
>                                       United States Attorney
>
>                                By:    _____
>                                       Paul R. Moore
>                                       Assistant United States Attorney

ALLOWED:

_____
HON. ROBERT B. COLLINGS
United States Magistrate Judge

DATED: **NOV 1 2 2004**