# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    CRIMINAL NO. 2004-10274-PBS

TONY DIAZ, ETC.,
    Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/8/2004 - Indictment returned.

11/18/2004 - Initial Appearance/Arraignment

11/19 - 12/17/2004 - Excluded as per L.R. 112.2(A)(2)

1/5/2005- Conference held.

11/6 - 2/2/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of February 2, 2005, EIGHTEEN (18) non-excludable days will have occurred leaving FIFTY-TWO (52) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 5, 2005.