# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                           CRIMINAL NO. 2004-10274-PBS

TONY DIAZ, ETC.,
          Defendant.

# ORDER FOR FINAL
# STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

    Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on **TUESDAY, FEBRUARY 8, 2004 AT 10:30 A.M.** at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned.  If counsel files, **on  or before the close of business on FRIDAY, FEBRUARY 4, 2005 ,** a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

    Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on

behalf of his client as per the preceding paragraph, counsel for the defendant(s)

shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on*

*MONDAY, FEBRUARY 7, 2005,* file[1] a joint memorandum addressing all of the

issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant

to the progress of the case.


/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

January 5, 2005.

---

[1]

     Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.