# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                    CRIMINAL NO. 2004-10274-PBS

TONY DIAZ, ETC.,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *<u>PURSUANT TO LOCAL RULE 116.5(A)</u>*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on January 5, 2005; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

    respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)    No.

(4)    Any non-discovery type motions shall be filed *on or before the close of business on Wednesday, February 2, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)    *See* Order of Excludable Delay entered this date.

(6)    A trial will probably be necessary; it would take about five (5) trial days.

(7)    The Final Status Conference is set for *Tuesday, February 8, 2005 at 10:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                      /s/ *Robert B. Collings*
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

January 5, 2005.