# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                CRIMINAL NO. 2004-10274-PBS

TONY DIAZ, ETC.,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/8/2005 - Conference held.

Thus, as of February 8, 2005, TWENTY-THREE (23) non-excludable days have occurred leaving FORTY-SEVEN (47) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                          /s/ *Robert B. Collings*
                                          ROBERT B. COLLINGS

February 8, 2005.                     United States Magistrate Judge