UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10274-PBS

v.

TONY DIAZ

### NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                    February 10, 2005

    TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **February 17, 2005**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel