UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>TONY DIAZ, )<br>      Defendant. )<br>) | Criminal No. 04-10274-PBS |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties hereby jointly submit this Memorandum for the Final Status Conference pursuant to Local Rule 116.5(C).

The parties hereby report that:

1. The government has provided and made available to the defendant all discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing further discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. At this time, the defendant does not anticipate filing any motions requiring a ruling by the District Court before trial. The defendant does, however, reserve the right to file such motions.

6. The parties have discussed the possibility of an early resolution to the case, but remain uncertain as to the likelihood of resolution short of trial.

7. The parties hereby agree to the periods of time already excluded by order of this Court.



-1-

Respectfully submitted,                    Respectfully submitted,

MICHAEL J. SULLIVAN                        TONY DIAZ
United States Attorney                     Defendant
By:                                        By:

/s/ Paul R. Moore                          /s/ Michael J. Liston
Paul R. Moore                              Michael J. Liston
Assistant U.S. Attorney                    Counsel for the Defendant


DATE:        February 8, 2005