AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

UNITED STATES
v.
TONY DIAZ

## EXHIBIT AND WITNESS LIST

CASE NUMBER: O4-CR-10274-PBS

| PRESIDING JUDGE SARIS | PLAINTIFF'S ATTORNEY PAUL MOORE | DEFENDANT'S ATTORNEY MIKE LISTON |
|---|---|---|
| TRIAL DATE(S) 3-28-05 | COURT REPORTER CHERYL DAHLSTROM | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 3/28/05 |  | ✓ | INCIDENT REPORT |
| 1 |  | 3/28/05 |  | ✓ | TRANSCRIPT |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.