# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES
v.
TONY DIAZ

**WITNESS LIST**

CASE NUMBER: 04-CR-10274-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | PAUL MOORE | MIKE LISTON |
| TRIAL DATE(S) 3-28-05 | COURT REPORTER CHERYL DAHLSTROM | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/28/05 | | | BRIAN BUROKAS - LAWRENCE POLICE |
| 2 | | 3/28/05 | | | KEVIN NIGOSIAN - LAWRENCE POLICE |
| 3 | | 3/28/05 | | | THOMAS CARAVELLO - LAWRENCE POLICE |
| 4 | | 3/28/05 | | | CHARLES CARROLL - LAWRENCE POLICE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages