AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA

V.

**TONY DIAZ**
a/k/a Jose A. Rivera, Jr.,
a/k/a Santo Romero Villar,
a/k/a Jose Rivera Morales,
a/k/a Jose Antoni Morales,
a/k/a Santo Rodolfo Romero Villar

SSN: 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
DOB: April 9, 1965

## WARRANT FOR ARREST

CASE NUMBER: 04-*10274-M-PBS*

2004 SEP -8  P 1:53

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**TONY DIAZ**___
                                            Name
and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

**Possession of a Firearm and Ammunition by a Felon;**
**Illegal Alien in Possession of a Firearm and Ammunition;**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__ .
in violation of Title __18__ United States Code, Section(s) __922(g)(5)(A)__ .

_Sheila Diskes_                              _Operations Supervisor_
Name of Issuing Officer                      Title of Issuing Officer

_Sheila Diskes_                              _9-8-04 Boston, Ma_
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____    by _____
                                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____  *WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 10/7/04* |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ___TONY DIAZ___

ALIAS: ___Jose A. Rivera, Jr.; Santo Romero Villar; Jose Rivera Morales; Jose Antoni Morales; Santo Rodolfo Romero Villar___

LAST KNOWN RESIDENCE: ___Essex County Correctional Facility, Middletown, MA___

LAST KNOWN EMPLOYMENT: ___unknown___

PLACE OF BIRTH: ___Dominican Republic___

DATE OF BIRTH: ___April 9, 1965___

SOCIAL SECURITY NUMBER: ___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___

HEIGHT: ___5 ft 6 in___    WEIGHT: ___160 lbs___

SEX: ___Male___    RACE: ___Hispanic___

HAIR: ___Brown___    EYES: ___Brown___

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ___unknown___

FBI NUMBER: ___573961KA1___

COMPLETE DESCRIPTION OF AUTO: ___unknown___

INVESTIGATIVE AGENCY AND ADDRESS: ___Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security; Bureau of Alcohol, Tobacco and Firearms, JFK Federal Building, Government Center, Boston, Massachusetts___