UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10274-PBS |
| | ) | |
| | ) | |
| TONY DIAZ, | ) | |
| a/k/a Jose A. Rivera, Jr., | ) | |
| a/k/a Santo Romero Villar, | ) | |
| a/ka/ Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant. | ) | |

GOVERNMENT'S WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Special Agent Matthew McCarthy
   Immigration and Customs Enforcement
   United States Department of Homeland Security
   JFK Building - Room 1725
   Government Center
   Boston, Massachusetts 02203

2. Special Agent Matthew O'Shaunessey
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

3. Senior Fingerprint Specialist Genius Johnson
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement
   Office of Investigations
   Forensic Document Laboratory
   8000 Westpark Drive, Suite 325
   McLean, Virginia 22102-3105

4.  Officer Joann Sassone
    Records and Information Services
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    JFK Building - Room E160
    Government Center
    Boston, Massachusetts 02203

5.  Special Agent William Sansone
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    JFK Building - Room 1725
    Government Center
    Boston, Massachusetts 02203

6.  Alan Offringa
    Firearms and Ammunition Expert
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

7.  Special Agent David R. Thompson
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    JFK Building - Room 1725
    Government Center
    Boston, Massachusetts 02203

8.  Special Agent Keith Foster
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement
    JFK Building - Room 1725
    Government Center
    Boston, Massachusetts 02203

9.  Officer Marcos Ayala
    Lawrence Police Department
    90 Lowell Street
    Lawrence, Massachusetts 01840

10. Officer Kevin Nigosian
    Lawrence Police Department
    90 Lowell Street
    Lawrence, Massachusetts 01840

11. Officer Thomas Caraballo
    Lawrence Police Department
    90 Lowell Street
    Lawrence, Massachusetts 01840

12. Detective Brian Burokas
    Lawrence Police Department
    90 Lowell Street
    Lawrence, Massachusetts 01840

13. Sergeant Charles Carroll
    Lawrence Police Department
    90 Lowell Street
    Lawrence, Massachusetts 01840

14. Detective Alan Andrews
    Lawrence Police Department
    90 Lowell Street
    Lawrence, Massachusetts 01840

15. Edison Gonzalez
    304 Merrimac Street
    Manchester, New Hampshire

16. Henry Gonzalez
    512 180th Street
    Manhattan, New York

17. Edward Gonzalez
    141 Newbury Street
    Lawrence, Massachusetts

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                              By:     /s/ Paul R. Moore
                                            Paul R. Moore
June 24, 2005                           Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Tony Diaz, Michael J. Liston, Esq., on June 24, 2005, via first class mail.

                                            /s/ Paul R. Moore
                                            Paul R. Moore
                                            Assistant U.S. Attorney

June 24, 2005