UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10274-PBS |
| | ) | |
| TONY DIAZ, | ) | |
| a/k/a Jose A. Rivera, Jr., | ) | |
| a/k/a Santo Romero Villar, | ) | |
| a/ka/ Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S REVISED PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this revised Proposed Exhibit List[1] in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

1 - .45 caliber handgun ("Para Ordnance" bearing serial number QM3441)

2 - 3 rounds of .45 caliber ammunition (live rounds found in Exhibit 1)

3 - 2 spent shell casings of .45 caliber ammunition

4 - "Warrant of Deportation" (March 6, 1992) (2 pages)

5 - "Warrant of Removal / Deportation" (April 7, 1997) (2 pages)

6 - Fingerprints taken at (Lawrence) Police Booking - (July 14, 2004)

---

[1] For easier reference, all items are from Alien Registration File "A90 567 004" unless otherwise noted.

7 - Federal Bureau of Investigation Finding (comparison / identification of prints in Exhibits 1, 2 and 3) (an additional, identical finding may be conducted for verification and confirmation prior to trial and substituted for this finding)

8 - Immigration Detainer - Notice of Action (July 14, 2004) (1 page)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Michael J. Liston, Esq., by first class mail, on this 13th day of July, 2005.

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney