UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) **CRIMINAL NO.** <br> ) **04-10274 − PBS** |
| **TONY DIAZ** | ) <br> ) <br> ) |

**DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3006A(e), FOR THE PROVISION AT GOVERNMENT EXPENSE OF TRANSCRIPT OF HEARING ON MOTION TO SUPPRESS**

Pursuant to 18 U.S.C. § 3006A(e), the defendant, through his court appointed attorney, requests that he be provided, at government expense, with a transcript of the March 28th 2005 evidentiary hearing on his motion to suppress. Most, if not all, of the government witnesses who testified at that hearing will also testify as government witnesses at the trial that is scheduled to commence on July 25, 2005.

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO#301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281

Dated: July 14, 2005

1