ATTORNEY ASSIGNMENT REQUEST

Case & Defendant

Defendant:_Tony Diaz___                Number_04-CR-10274-PBS__

Date of Appointment:___July 15, 2005_     Appointed by:__Saris, D.J.

Attorney Withdrawn__Michael Liston__     Date of Withdrawal__July 15, 2005__

Reason for Withdrawal____Irreconcilable Differences _

Number of Counts____2
Charge(s) and Cite(s)

(1)  18:922(g)(1)-POSSESSION OF FIREARM AND AMMO. BY FELON

(2)  18:922 (g)(5)(A)-ILLEGAL ALIEN IN POSSESSION OF A FIREARM, AMMUNITION

Indictment___X_____        Information_____     Probation Revocation_____

Number of Defendants_____1_____

Judge Code___0129_____

Special Instructions:__Appointment of CJA Counsel. Status Hearing set for August_8, 2005, at 2:00 p.m._____

_____

_____

__/s/ Robert C. Alba_____
Deputy Clerk

Dated__July 15, 2005_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]