UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
UNITED STATES OF AMERICA    )
                            )
V.                          )      NO. 04-10274-PBS
                            )
TONY DIAZ                   )
_____)
```

## DEFENDANT'S MOTION FOR CRIMINAL RECORDS OF CIVILIAN WITNESSES

The defendant, Tony Diaz, respectfully moves that this Court order the Government to provide the defendant with the criminal records of any potential civilian witness whom may be called at trial. On September 14, 2005, undersigned counsel sent a letter to the prosecutor requesting the probation records of the civilian witnesses. After speaking to the prosecutor, undersigned counsel agreed to amend the request to only the criminal records. The prosecutor agreed to provide the records.

Trial in this matter is scheduled to begin on October 31, 2005. In order to be prepared for trial, the defendant requires the criminal records of the witnesses as soon as possible.

WHEREFORE, the defendant's motion should be allowed and the government should provide the criminal records of any civilian witness it may call at trial to the defendant immediately.

                                        Tony Diaz
                                        By His Attorneys

                                        CARNEY & BASSIL


                                        /s/Andrew D'Angelo

                                        Andrew M. D'Angelo
                                        B.B.O. # 564200
                                        CARNEY & BASSIL
                                        20 Park Plaza, Suite 1405
                                        Boston, MA 02116
                                        617-338-5566
                                        adangelo@CarneyBassil.com


Dated:  October 18, 2005