UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10274-PBS |
| | ) | |
| | ) | |
| TONY DIAZ, | ) | |
| a/k/a Jose A. Rivera, Jr., | ) | |
| a/k/a Santo Romero Villar, | ) | |
| a/ka/ Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SECOND REVISED PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this revised Proposed Exhibit List[1] in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

1 - .45 caliber handgun ("Para Ordnance" bearing serial number QM3441)

2 - 3 rounds of .45 caliber ammunition (live rounds found in Exhibit 1)

3 - 2 spent shell casings of .45 caliber ammunition

4 - "Warrant of Deportation" (March 6, 1992) (2 pages)

5 - "Warrant of Removal / Deportation" (April 7, 1997) (2 pages)

6 - "Warning to Alien Ordered Removed or Deported" (April 10, 1997) (2 pages)

---

[1] For easier reference, all items are from Alien Registration File "A90 567 004" unless otherwise noted.

      7 -  Fingerprints taken at (Lawrence) Police Booking - (July 14, 2004)

      8 - Federal Bureau of Investigation (FBI Laboratory Findings) (dated September 9, 2005 - comparing prints taken by the Lawrence Police Department on July 14, 2004 with prints contained in the Alien File - see "Results of Examination" on page 2)

      9 - Immigration Detainer - Notice of Action (July 14, 2004) (1 page)

      10 - Dominican Passport issued to "Santo Rodolfo Romero Villar" (4 pages)

      11 - "Record of Deportable Alien" (Santo Rodolfo Romero Villar) (dated April 22, 1991) (1 page)

      12 - Dominican Travel Document (Issued by the Consulate-General of the Dominican Republic re: "Sato Romero") (June 2001) (1 page)

      13 - Affidavit of George Dorsett (re: "Santo Rodolfo Romero Villar") (dated June 20, 1990) (1 page)

      14 - INS "Medical Examination of Aliens Seeking Adjustment of Status" (Santo R. Romero) (dated November 2, 1988) (1 page)

      15 - Massachusetts Driver's License issued to "Jose A. Rivera" (no. 5███████)

      16 - Social Security Card issued to "Jose Rivera" (no. 5███████)

      17 - Certified Record of Conviction (conviction on 1/7/1998 - Bristol Sup. Ct.)

      18 - Certified Record of Conviction (conviction on 4/27/1998 - Middlesex Sup. Ct.)

      19 - Record of Deportation ("Santo Romero") (July 3, 2001) (1 page)

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant U.S. Attorney

October 26, 2005

### CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant Tony Diaz, Andrew M. D'Angelo, Esq., on October 26, 2005, via electronic filing and first class mail (Carney & Basil, 20 Park Plaza, Suite 1405, Boston, MA 02116).

                          /s/ Paul R. Moore
                          Paul R. Moore
                          Assistant U.S. Attorney