UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
UNITED STATES OF AMERICA      )
                              )
V.                            )              NO. 04-10274-PBS
                              )
TONY DIAZ                     )
                              )
```

**DEFENDANT'S PROPOSED WITNESS LIST**

The defendant intends on calling the following witness(s) at trial in the above-captioned matter:

　　1.　　Sgt. Charles Carroll
　　　　　Lawrence Police Department

The defendant may also call any witness on the Government's Witness List.  The defendant reserves the right to supplement this list.

Tony Diaz
By His Attorneys

CARNEY & BASSIL


_____/s/Andrew D'Angelo_____

Andrew M. D'Angelo
B.B.O. # 564200
CARNEY & BASSIL
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566
adangelo@CarneyBassil.com

Date:　October 26, 2005