UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10274-PBS |
| | ) | |
| TONY DIAZ, | ) | |
| a/k/a Jose A. Rivera, Jr., | ) | |
| a/k/a Santo Romero Villar, | ) | |
| a/ka/ Jose Rivera Morales, | ) | |
| a/k/a Jose Antoni Morales, | ) | |
| a/k/a Santo Rodolfo Romero Villar, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S FOURTH REVISED PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this revised Proposed Exhibit List[1] in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

   1 - .45 caliber handgun ("Para Ordnance" bearing serial number QM3441)

   2 - 3 rounds of .45 caliber ammunition (live rounds found in Exhibit 1)

   3 - 2 spent shell casings of .45 caliber ammunition

   4 - "Warrant of Deportation" (March 6, 1992) (2 pages)

   4(a) - Enlargement of Gov. Exh. 4

   5 - "Warrant of Removal / Deportation" (April 7, 1997) (2 pages)

   5(a) - Enlargement of Gov. Exh. 5

---

[1] For easier reference, all items are from Alien Registration File "A90 567 004" unless otherwise noted.

6 - "Warning to Alien Ordered Removed or Deported" (April 10, 1997) (2 pages)

7 - Fingerprints taken at (Lawrence) Police Booking - (July 14, 2004)

7(a) - Enlargement of Gov. Exh. 7

8 - Federal Bureau of Investigation (FBI Laboratory Findings) (dated September 9, 2005 - comparing prints taken by the Lawrence Police Department on July 14, 2004 with prints contained in the Alien File - see "Results of Examination" on page 2)

9 - Immigration Detainer - Notice of Action (July 14, 2004) (1 page)

10 - Dominican Passport issued to "Santo Rodolfo Romero Villar" (4 pages)

10(a) - Enlargement of Gov. Exh. 10

11 - "Record of Deportable Alien" (Santo Rodolfo Romero Villar) (dated April 22, 1991) (1 page)

12 - Dominican Travel Document (Issued by the Consulate-General of the Dominican Republic re: "Sato Romero") (June 2001) (1 page)

13 - Affidavit of George Dorsett (re: "Santo Rodolfo Romero Villar") (dated June 20, 1990) (1 page)

14 - INS "Medical Examination of Aliens Seeking Adjustment of Status" (Santo R. Romero) (dated November 2, 1988) (1 page)

15 - Massachusetts Driver's License issued to "Jose A. Rivera" (no. ▮▮▮▮▮▮▮) (duplicate)

16 - Social Security Card issued to "Jose Rivera" (no. ▮▮▮▮▮▮▮) (duplicate)

17 - Certified Record of Conviction (conviction on 8/5/1996 - Worcester Sup. Ct.)

18 - Certified Record of Conviction (conviction on 4/27/1998 - Middlesex Sup. Ct.)

19 - Department of Homeland Security "Certificate of Nonexistence of Record" (2 pages)

20 - Application to INS for Temporary Worker Status (Form I-700) ("Santo R. Romero")(2 pages)

21 - Print set submitted in support of Application to INS for Status Adjustment ("Santo R. Romero") (2 pages)

21(a) - Enlargement of Gov. Exh. 21

22 - Comparison Chart (bearing enlargement of Gov. Exh. 4 with corresponding print from Govt. Exh. 7)

23 - Comparison Chart (bearing enlargement of Gov. Exh. 5 with corresponding print from Govt. Exh. 7)

24 - Temporary Resident Card (issued to Santo R. Romero, DOB: 4/7/65, dated 12/4/89)

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

November 4, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Tony Diaz, Andrew M. D'Angelo, Esq., on November 4, 2005, via electronic filing (Carney & Basil, 20 Park Plaza, Suite 1405, Boston, MA 02116).

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney