MIDDLESEX, ss.

# Commonwealth of Massachusetts

SUPERIOR (
DEPART
OF T
TRIAL C(
CRIMINAL

No.

_____

COMMONWEALTH

VS.

_____

TONY DIAZ , Defendant

_____

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for defendant — Commonwealth,

TONY DIAZ

in the above entitled case.

Dated: ~~August~~ JULY 31 19. 96

1996, July 31
Filed in Court

Richard M. Ivker
Richard N. Ivker

Attorney for   Defendant Tony Diaz

Address   88 Broad St.
5th Floor
Boston, MA

Tel. No. (617) ~~000~~ 423 - 9370

FORM NO. SUP. 201

MIDDLESEX, ss. **Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior Court
this 3rd day of NOVEMBER, 2005

Mary J. Cruhea
Deputy Assistant Clerk

MIDDLESEX, ss.

# Commonwealth of Massachusetts

SUPERIOR
DEPART
OF T
TRIAL C
CRIMINAL

No.

_____COMMONWEALTH_____

VS.                              r t

_____ TONY DIAZ _____, Defendant

_____ NOTICE OF APPEARANCE _____

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for defendant — ~~Commonwealth~~

_____ TONY   DIAZ _____

in the above entitled case.

Dated: ~~August~~ July 31 _____ 19. 96

_____ Richard M. Ivker _____
Richard N. Ivker

Attorney for   Defendant Tony Diaz

Address        88 Broad St.
                            5th Floor
              Boston, MA

Tel. No. ( 617 )   423 - 9370

1996, July 31
Filed in Court

FORM NO. SUP. 202

MIDDLESEX, ss.  *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd    day of NOVEMBER, 2005

_____
Deputy Assistant Clerk

*Mittimus issued.*

*$60.00 Victim witness fee assessed.*

*By the Court*

*Chernoff J.*

attest:

*David M. Barr Asst. Clerk*

19 *98* *April 27*

Defendant has been notified by Clerk in open
Court of his right to appeal sentence this day
imposed to the "Appellate Division of the Su-
perior Court" for a review of sentence as provided
by G.L. Chap. 278, Sec. 28A,B,C.

( *Chernoff* J.)

---

MIDDLESEX, ss.    **Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3ʳᵈ    day of November, 2005

*Mary J. Crawford*

Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,              within and for the County of Middlesex,

on the          First          Monday of      June              in the year of our

Lord one thousand nine hundred and   Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,

That        Tony Diaz, also known as Santo Romero

on the   Twenty-sixth                    day of          May

in the year of our Lord one thousand nine hundred and          Ninety-three

at   Lowell                              , in the County of Middlesex aforesaid,

did traffick in a controlled substance as defined in clause (4) of
paragraph (a) of Class B of section thirty-one, to wit: cocaine, by
knowingly or intentionally manufacturing, distributing or dispensing
or possessing with intent to manufacture, distribute or dispense a net
weight of 200 grams or more of cocaine, or a net weight of 200 grams
or more of any mixture containing cocaine.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case
made and provided.

A true bill.

*Philip J. Capone*

Foreman of the Grand Jury.

First Asst. *Martin F.* 
District Attorney.

93-1090-001

D.A.-001

1997, May 15
Continued until June 6, 1997
for NEM/COP B/A

1997, June 6
Continued until July 9, 1997
for EMH

1997, July 9
Continued until:

August 1, 1997 for supplementation
of EM

August 19, 1997 for EMH

1998, April 27
Comm files partial nolle
Prosequi as to this indictment
that alleges trafficking in cocaine
of 28 grams or more, but less
than 100 grams,

PLEA RETRACTED AND PLEA GUILTY
OFFERED AND ACCEPTED BY THE COURT
COMMONWEALTH MOVES FOR SENTENCE.

SENTENCE  MASSACHUSETTS CORRECTIONAL

INSTITUTION, _Cedar Junction_

FOR A TERM NOT EXCEEDING _five years_

_and a day_  YEARS, OR LESS

THAN _five_  YEARS.

'mcement with sentence now
serving nunc pro tunc to 5/26/96.

---

Ch 94C .S32E (b) (4)
Trafficking Cocaine over 200 grams

---

**COMMONWEALTH**

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19 93

_12TH_ day—Returned by the Grand Jury and
filed in Court.

1993, Aug. 5
Defendant defaulted        _Joseph M Marshall_
copies - DA                Assistant Clerk.

1996, June 27    -Dfdt- 15 arraigned
and severally pleads  Not guilty.

19    A jury is empanelled, viz:

1996, June 19
Continued until June 27, 1996
for default removal/arraignment
(9:00)

1996, June 27
Default removed, warrant
recalled.
Defendant is held without
bail or mainprise, without
prejudice - Mitts issued
By the Court,          Attest
(Spurlock, J.)         Joyce O'Malley
                       Deputy Asst. Clerk
Continued until July 16, 1996
for Pre Trial Conf.
1996 July 16       until July 31, 1996
Continued
for PTC.

---

1996, July 31
Continued until September 12, 19
for PTC, by agreement.

1996, September 12
Continued until October 1, 199
for PTC, by agreement.

1996, October 1
Continued until October 29,
1996 for Non Evid Motion by
agreement
1996, October 29
Continued until November 18,
1996 for NEM.

1996, November 18
Continued until January 15, 1997
for trial

1997, January 10
Continued until February 13, 1997
for EM. (2:00)

1997, February 13
Continued until March 1, 1997
for status (EM)
Continued until March 25, 1997
for EM

1997, March 21
Continued until April 29, 1997
for Lobby Conf. / Non Evid. Motion

1997, April 29
Continued until May 15, 199
for NEM B/A

# Commonwealth of Massachusetts COPY

---

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,            within and for the County of Middlesex,

on the       First            Monday of June            in the year of our

Lord one thousand nine hundred and   Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present
aforesaid do further present

That      Tony Diaz, also known as Santo Romero


on the     Twenty-ninth         day of      November

in the year of our Lord one thousand nine hundred and   Eighty-eight

                                                    SUFFOLK

at       Dorchester             , in the County of Middlesex aforesaid


was previously convicted of distributing, or possessing with intent

to manufacture, distribute or dispense a controlled substance, as defined

in Class B of section thirty-one of Massachusetts General Laws

Chapter 94C, to wit: COCAINE, before the Dorchester District Court.


Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*
*Foreman of the Grand Jury.*

First Asst. *Martin F. M*
*District Attorney.*

93-1090-001

D.A.-001



COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT DEPARTMENT
NO. 93-1090-001 thru 004

COMMONWEALTH
v.
TONY DIAZ, A.K.A. SANTO ROMERO

PARTIAL NOLLE PROSEQUI

Now comes the Commonwealth in the above-entitled matter and enters this partial nolle prosequi to so much of the above-captioned indictment as alleges trafficking in Cocaine over 200 grams, and elects to proceed on so much of that indictment as it alleges trafficking cocaine of 28 grams or more, but less than 100 grams, in violation of G.L.c.94C, §32E(b)(2). As reason therefore, the Commonwealth states that the interests of justice would be served by such partial nolle prosequi of these indictments at this time.

by: _____
John W. McEvoy, Jr.
First Assistant District Attorney

by: _____
Michael Friedland
Assistant District Attorney
Middlesex Superior Courthouse
40 Thorndike Street
Cambridge, MA 02124
(617)494-4823

Dated: April 27, 1998

MIDDLESEX, ss.    **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 3rd day of November, 2005

_____
Deputy Assistant Clerk

Ch 94C S32A(d)
SECOND OR SUBSEQUENT OFFENSE

### COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19  93

*12TH*  day—Returned by the Grand Jury and
filed in Court.

1993, ~~Nolles~~     *Joseph M Markell*
~~Defendant Defaulted~~
~~Capias~~ DA                    Assistant Clerk.

1996, June 27    Dfdt. ~~is~~    arraigned
and severally plead*s*    *Not* guilty.

~~-19-~~           ~~A jury is empanelled, viz:-~~

1996, June 27
Default removed, warrant
recalled.
       1998, April 27
See original indictment
number 93-1090-001.

MIDDLESEX, ss.    **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd  day of  November, 2005

*Mary J Cushing*

Deputy Assistant Clerk.

Ch 94C S32A(d)
Second or Subsequent Offense

<hr>

**COMMONWEALTH**

*vs.*

Tony Diaz, aka

SUPERIOR COURT.          June    Sitting, 19  93

*12TH* day—Returned by the Grand Jury and filed in Court.

*Joseph M Marshall*

*Assistant Clerk.*

<hr>

19                    Dfdts.              arraigned

and severally plead          guilty.

19                    A jury is empanelled, viz:

*1998, April 27*

*See original indictment*
*93 - 1090 - 001.*

---

MIDDLESEX, ss.  **Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 3rd day of NOVEMBER, 2005

*Mary J Curfew*

Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY



MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,              within and for the County of Middlesex,

on the              Monday of              in the year of our
            First          June
Lord one thousand nine hundred and    Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present

xxxxxThatx aforesaid do further present that
          TONY DIAZ, also known as SANTO ROMERO

on the              day of
      Fifth               June
in the year of our Lord one thousand nine hundred and  Ninety
                                            1          SUFFOLK
at      Boston                  , in the County of Middlesexaforesaid

was previously convicted of distributing, or possessing with intent to

manufacture, distribute or dispense a controlled substance, as defined

in Class B of section thirty-one of Massachusetts General Laws

Chapter 94C, to wit: COCAINE, before the Suffolk Superior Court

Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*
Foreman of the Grand Jury.

First Asst. *Mark F. M*. District Attorney.

93-1090-001

D.A.-001



# Commonwealth of Massachusetts

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,           within and for the County of Middlesex,

on the                    Monday of                        in the year of our
         First                              June

Lord one thousand nine hundred and
                              Ninety-three
THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,

That

    Tony Diaz, also known as Santo Romero


  or about
on /the
        Twenty-sixth                    day of
                                              May
in the year of our Lord one thousand nine hundred and  Ninety-three

at
      Lowell                                      , in the County of Middlesex aforesaid,


did conspire with Josefa Rodrigues, also known as Agueda Mercedes-Nunes,

and/or Any Mercedes to traffick in cocaine, a controlled substance as

defined in clause (4) of paragraph (a) of Class B of section thirty-one

of Massachusetts General Laws Chapter 94C, in violation of General Laws

Chapter 94C, Section 32 E(b)(4).


        Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

        A true bill.

                                              Philip J. Capone

                                              Foreman of the Grand Jury.

              Mark F. M
First Asst. District Attorney.

                                              93-1090-004

D.A.-001

94c 540
Conspiracy to Traffick in Cocaine

## COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.   June          Sitting, 19 93

*12TH* day—Returned by the Grand Jury and filed in Court.

1993, Aug 5                    *Joseph M. Maclull*
Defendant defaulted
1996, June 27 Default Removed        *Assistant Clerk.*

1996, June 27   Dfdt # 13   arraigned and severally pleads Not guilty.

19                    ~~A jury is empanelled, viz:~~

*1998, April 27*

ON FILE BY ORDER OF *Chernoff* J.
WITHOUT A CHANGE OF PLEA.
BY THE COURT

*David T. Perry*
ASSISTANT CLERK

MIDDLESEX, ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process. I hereunto set my hand and affix the seal of said Superior Court this 3rd day of November, 2005

*Mary Culcar*
Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at the CITY OF CAMBRIDGE, within and for the County of Middlesex,

on the First Monday of June in the year of our

Lord one thousand nine hundred and Ninety-three.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,

That Tony Diaz, also known as Santo Romero

on the Twenty-sixth day of May

in the year of our Lord one thousand nine hundred and Ninety-three

at , in the County of Middlesex aforesaid,

Lowell

did own, possess or transfer possession of a firearm or ammunition

without complying with the requirements relating to the firearm

identification card provided for in section one hundred and twenty-nineC

of Chapter one hundred and forty.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*

Foreman of the Grand Jury.

First Asst. *Martin F. Kyl*. District Attorney.

93-1090-003

D.A.-001

Ch 269 S10(h)
Poss FA in Residence

## COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.   June                Sitting, 19 93

*12TH* day—Returned by the Grand Jury and

filed in Court.

1993, Aug 5
Defendant defaulted    *Joseph M Marbell*
1996, June 27 Default Removed    Assistant Clerk.

1996, June 27      Dfdt. 13      arraigned

and severally pleads    Not guilty.

~~19~~                    ~~A jury is empanelled, viz:~~

1998, April 27

ON FILE BY ORDER
OF    Chernoff    J.
WITHOUT A CHANGE
OF PLEA.
BY THE COURT
Chernoff   J    David W Barry
                    ASSISTANT CLERK

MIDDLESEX, ss.    *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd day of November, 2005

Mary J Cushing
Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,           within and for the County of Middlesex,

on the       First        Monday of   June          in the year of our

Lord one thousand nine hundred and       Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,

That      Tony Diaz, also known as Santo Romero


on the       Twenty-sixth           day of   May

in the year of our Lord one thousand nine hundred and     Ninety-three

at   Lowell                            , in the County of Middlesex aforesaid,

did knowingly or intentionally manufacture, distribute dispense or
possess with intent to manufacture, distribute, or dispense a
controlled substance defined in clause (4) of paragraph (a)
of Class B of section thirty-one of Massachusetts General Laws
Chapter 94C, to wit: COCAINE.


Against the peace of said Commonwealth, and contrary to the form of the statute in such case
made and provided.

A true bill.

First Asst. Mark F. Ny, District Attorney.

Philip J. Capone
Foreman of the Grand Jury.

93-1090-002

D.A.-001

Ch 94C S32A(c)
Dist./Poss. w/i Dist CS B

## COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.          June          Sitting, 19 93

*12TH* day—Returned by the Grand Jury and filed in Court.

1993, Aug. 5    *Joseph M Mitchell*
Defendant defaulted
1996, Default Removed    *Assistant Clerk.*

1996 June 27    Dfdts 15    arraigned and severally pleads *Not* guilty.

19 ——    ~~A jury is empanelled, viz:~~

*1998, April 27*

ON FILE BY ORDER
OF *Chernoff* J.
WITHOUT A CHANGE
OF PLEA.
BY THE COURT
*Chernoff J.    Daniel W. Bay*
ASSISTANT CLERK

MIDDLESEX, ss.   *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 3rd day of November, 2005

*Mary J Anfuso*
Deputy Assistant Clerk

Ch 94C S32A(d)
SECOND OR SUBSEQUENT OFFENSE

---

## COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.        June    Sitting, 19  93

*12 TH* day—Returned by the Grand Jury and
filed in Court.

*Joseph M. Mashell*
*Assistant Clerk.*

---

19                        Dfdts.              arraigned

and severally plead            guilty.

19                    A jury is empanelled, viz:

*1958, April 27*
*Are original indictment*
*number 93-1090-001.*

---

MIDDLESEX, ss. **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this **3rd** day of **NOVEMBER, 2005**

*Mary J Aufiero*
Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY

---

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,          within and for the County of Middlesex,

on the          First          Monday of     June          in the year of our

Lord one thousand nine hundred and          Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present
aforesaid do further present

That          Tony Diaz, also known as Santo Romero

on the     Fifth                    day of   June

in the year of our Lord one thousand nine hundred and    Ninety

at     Boston                                SUFFOLK

, in the County of Middlesex aforesaid,

was previously convicted of distributing, or possessing with

intent to manufacture, distribute or dispense a controlled

substance, as defined in Class B of section thirty-one of

Massachusetts General Laws Chapter 94C, to wit: COCAINE, before

the Suffolk Superior Court.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*
Foreman of the Grand Jury.

First Asst. *Martin F. ...*
District Attorney.

93-1090-0081

D.A.-001

# Commonwealth of Massachusetts 

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at the CITY OF CAMBRIDGE, within and for the County of Middlesex,

on the First Monday of June in the year of our

Lord one thousand nine hundred and Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath ~~present~~
aforesaid do further present
That Tony Diaz, also known as Santo Romero

on the Fifth day of June

in the year of our Lord one thousand nine hundred and Ninety

SUFFOLK
at Boston , in the County of ~~Middlesex aforesaid~~

was previously convicted of distributing, or possessing with intent
to manufacture, distribute or dispense a controlled substance,
as defined in Class B of section thirty-one of Massachusetts
General Laws Chapter 94C, to wit: COCAINE, before the Suffolk
Superior Court.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case
made and provided.

A true bill.

*Philip J. Capone*
Foreman of the Grand Jury.

*First Asst. Martin F. M*
District Attorney.

93-1090-0021

D.A.-001

Ch 94C S32A(d)
Second or Subsequent Offense

## COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19  93

*12TH* day—Returned by the Grand Jury and
filed in Court.

*Joseph M Marbell*

*Assistant Clerk.*

19                    Dfdts.              arraigned

and severally plead              guilty.

19                    A jury is empanelled, viz:

*1998, April 27*
*Are Original indictment*
*number 93-1090-001*

MIDDLESEX, ss.    *Commonwealth of Massachusetts*

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd    day of NOVember, 2005

*Mary Clifford*

Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at  the CITY OF CAMBRIDGE,        within and for the County of Middlesex,

on the        First        Monday of        June        in the year of our

Lord one thousand nine hundred and        Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath ~~aforesaid~~

That        aforesaid do further present

Tony Diaz, also known as Santo Romero

on the        Fifth        day of        June

in the year of our Lord one thousand nine hundred and Ninety

                                         SUFFOLK

at        Boston        , in the County of ~~Middlesex aforesaid~~

was previously convicted of distributing or possessing with

intent to manufacture, distribute, or dispense a controlled

substance, as defined in Class B of section thirty-one of

Massachusetts General Laws Chapter 94C, to wit: COCAINE,

before the Suffolk Superior Court.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*
Foreman of the Grand Jury.

*First Asst.* *Math. F. H*
District Attorney.

93-1090-0021

D.A.-001

Ch 94C S32A(d)
Second or Subsequent Offense

## COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.          June   Sitting, 19 93

*12TH* day—Returned by the Grand Jury and
filed in Court.

*Joseph W. Marshall*

*Assistant Clerk.*

19                    Dfdts.          arraigned

and severally plead          guilty.

19                    A jury is empanelled, viz:

*1998, April 27
+ee original indictment
number 93-1080-001.*

MIDDLESEX, ss.    Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd   day of November, 2005

*Mary J. Aufiero*

Deputy Assistant Clerk

MAS-20040909
Case 1:04-cr-10274-PBS
**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Filed 11/07/2005    Page 23 of 26
11/03/2005
12:04 PM

**Case Summary**
**Criminal Docket**



### MICR1993-01090
### Commonwealth v Diaz, Tony

| | | | | | |
|---|---|---|---|---|---|
| File Date | 07/01/1993 | Status | Disposed (sentenced) (dsenimp) | | |
| Status Date | 04/27/1998 | Session | 6 - Crim 6 (Lowell) | | |
| Jury Trial | Yes | Origin | I - Indictment | | |
| Lead Case | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Arraignment | 06/27/1996 | Track | I - Inventory | Final PTC | |
| Disp. Deadline | 06/27/1997 | Deadline Status | Deadline active since return date | Status Date | 07/02/1996 |
| Pro Se Deft | No | Custody Status | Shirley MCI | Start Date | |
| Weapon | | Substance | | Prior Record | Unknown |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 05/26/1993 | 094C:032E:b4 | Guilty plea (lesser offense) | 04/27/1998 |
| | Traffic in controlled substance, 200+g | | | |
| 2 | 05/26/1993 | 094C:032A:b | Filed (no plea change) | 04/27/1998 |
| | Class B substnc, distrib/manufac, 2nd/subsqnt offense | | | |
| 3 | 05/26/1993 | 269:010:h.1 | Filed (no plea change) | 04/27/1998 |
| | Dang weapon, possess/transfr gun/ammo, no ID card | | | |
| 4 | 05/26/1993 | 094C:040 | Filed (no plea change) | 04/27/1998 |
| | Controlled substnc, conspiracy | | | |

### PARTIES

**Defendant**
Tony Diaz
DOB: 04/07/1965
Gender: Male
Active 07/01/1993

**Private Counsel 552004**
Brian W Chance
170 Merrimack Street
Suite 206
Lowell, MA 01852
Phone: 978-453-9505
Fax: 978-453-6445
Inactive 07/31/1996

**Private Counsel 248270**
Richard N Ivker
PO Box 695
Weston, MA 02493
Phone:
Fax:
Active 07/31/1996 Notify

**Plaintiff**
Commonwealth
Gender: Unknown
Active 07/01/1993

**District Atty's Office 552691**
Thomas A Brant
156 State Street
5th floor
Boston, MA 02109
Phone: 617-720-4056
Fax: 617-227-3262
Active 06/27/1996 Notify

MAS-20040909
Case 1:04-cr-10274-PBS

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT 11/07/2005     Page 24 of 26
Case Summary
Criminal Docket

11/03/2005
12:04 PM

## MICR1993-01090
## Commonwealth v Diaz, Tony

**Alias deft name**
Santo  Romero
Gender: Male
Alias (see real party's status) 07/01/1993

**Alias deft name**
Jose F  Morales
Gender: Male
Alias (see real party's status) 07/01/1993

| | | ENTRIES |
|---|---|---|
| **Date** | **Paper** | **Text** |
| 07/01/1993 | 1.0 | Indictment returned |
| 07/19/1993 | 2.0 | Summons for arraignment issued for 8/5/93 |
| 08/03/1993 | | Deft defaulted; warrant issued to the District Attorney. |
| 06/12/1996 | 3.0 | Habeas corpus for Deft at Bristol House of Correction (New Bedford) |
| 06/19/1996 | | Continued until 06/27/96 for default removal/arraignment at 9:00 |
| 06/19/1996 | 4.0 | Habeas corpus for Deft at Bristol House of Correction (Dartmouth) |
| 06/27/1996 | | Default removed; warrant recalled |
| 06/27/1996 | | Appearance of Commonwealth's Atty: Brant |
| 06/27/1996 | 5.0 | Appointment of Counsel Chance |
| 06/27/1996 | | Deft arraigned before Court |
| 06/27/1996 | | RE offense 1: Plea of not guilty |
| 06/27/1996 | | RE offense 2: Plea of not guilty |
| 06/27/1996 | | RE offense 3: Plea of not guilty |
| 06/27/1996 | | RE offense 4: Plea of not guilty |
| 06/27/1996 | | Bail set: Defendant is held without bail or mainprise, without |
| | | prejudice - Mitts issued. By the Court, (Spurlock, J.) |
| 06/27/1996 | 6.0 | Commonwealth files Statement of the Case. Filed in Court |
| 06/27/1996 | 7.0 | Affidavit of indigency. Filed in Court |
| 06/27/1996 | 8.0 | Mittimus returned with service |
| 06/27/1996 | | Continued until 07/16/96 for pretrial conference |
| 07/16/1996 | | Continued until 07/31/96 for pretrial conference. |
| 07/16/1996 | 9.0 | Habeas corpus for Deft at Bristol House of Correction (Dartmouth) |
| 07/31/1996 | | Appearance of Deft's Atty: Ivker |
| 07/31/1996 | | Continued until 09/12/96 for pretrial conference, by agreement. |
| 09/12/1996 | | Continued until 10/01/96 for pretrial conference, by agreement. |
| 10/01/1996 | 10.0 | Commonwealth files notice of discovery. Filed in Court |
| 10/01/1996 | 11.0 | Pre-trial conference report |
| 10/01/1996 | | Continued until 10/29/96 for non evidentiary motion by agreement |
| 10/29/1996 | | Continued until 11/18/96 for non evidentiary motion |
| 10/30/1996 | 12.0 | Habeas corpus for Deft at Concord MCI |

MAS-20040909                                                                11/03/2005
**Commonwealth of Massachusetts**
Case 1:04-cr-10274-PBS   MIDDLESEX SUPERIOR COURT   11/07/2005   Page 25 of 26
                                                                            12:04 PM
Case Summary
Criminal Docket

# MICR1993-01090
## Commonwealth v Diaz, Tony

| Date | Paper | Text |
|---|---|---|
| 11/18/1996 | | Continued until 01/15/97 for trial. |
| 11/20/1996 | 13.0 | Habeas corpus for Deft at Concord MCI |
| 01/10/1997 | 14.0 | Motion by Deft: To continue hearing date scheduled for 01/15/97 to 02/13/97. Filed in Court |
| 01/10/1997 | 15.0 | Motion by Deft: For information concerning individuals who are informants and/or witnesses cooperating with the Commonwealth for promises, rewards or inducements. Filed in Court |
| 01/10/1997 | 16.0 | Commonwealth files Compliance with pretrial conference report. Filed in Court |
| 01/10/1997 | | Continued until 02/13/97 for evidentiary motion (2:00) |
| 01/10/1997 | 17.0 | Motion by Deft: to continue, filed in Court. |
| 01/16/1997 | 18.0 | Habeas corpus for Deft at Concord MCI |
| 02/03/1997 | 19.0 | Motion by Deft: To suppress evidence and statements. Filed in Court |
| 02/03/1997 | 20.0 | Deft. Files: Memorandum in support of Motion to suppress. Filed in Court |
| 02/13/1997 | | Continued until 03/21/97 for status. Continued until 03/25/97 for Evidentiary Motion |
| 03/21/1997 | | Continued until 04/29/97 for lobby conference/non evidentiary motion |
| 03/24/1997 | 21.0 | Habeas corpus for Deft at Concord MCI |
| 04/29/1997 | | Continued until 05/15/97 for non evidentiary motion, by agreement |
| 05/15/1997 | | Continued until 06/06/97 for non evidentiary motion/change of plea, by agreement |
| 05/16/1997 | 22.0 | Habeas corpus for Deft at Concord MCI |
| 06/06/1997 | | Continued until July 9, 1997 for Evidentiary Motion Hearing. |
| 06/09/1997 | 23.0 | Habeas corpus for Deft at Concord MCI |
| 07/09/1997 | | Continued until 08/01/97 for supplementation of Evidentiary Motions and 08/19/97 for Evidentiary Motions. |
| 07/10/1997 | 24.0 | Habeas corpus for Deft at Concord MCI |
| 10/16/1997 | 25.0 | Writ of Habeas Corpus issued |
| 11/14/1997 | | Continued until 01/09/98 for Status |
| 01/12/1998 | 26.0 | Writ of Habeas Corpus to MCI Shirley for 1/15/98 |
| 02/04/1998 | | Continued until 3/6/98 for Trial/COP |
| 02/04/1998 | 28.0 | Motion by Deft: To Authorize Disbursement of Funds for Interpreter, filed in Court |
| 02/04/1998 | | Motion (P#28) Allowed not to exceed $500 (Paul A Chernoff, Justice) |
| 02/06/1998 | 27.0 | Rulings of Law and Order on Defendant's Motion to Suppress Statements ORDER: For the foregoing reasons, it is hereby ORDERED that Mr Diaz's motion to suppress evidence is DENIED. (Paul A. Chernoff, Justice of the Superior Court) c/m |
| 02/23/1998 | 29.0 | Writ of Habeas Corpus to M.C.I. Shirley for 3/6/98 |
| 03/09/1998 | 30.0 | Writ of Habeas Corpus to M.C.I. Shirley for 3/27/98 |
| 03/31/1998 | 31.0 | Motion For Withdrawal of Counsel, filed in Court |
| 03/31/1998 | 32.0 | Affidavit of Richard N. Ivker, filed in Court |
| 04/27/1998 | 33.0 | Comm. files partial Nolle Prosequi as to this indictment that alleges trafficking in cocaine of 28 grams or more, but less than 100 grams |
| 04/27/1998 | | Plea of not guilty changed to guilty; accepted (Paul A. Chernoff, |

MAS-20040909,
Case 1:04-cr-10274-PBS

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

Document 45-2    Filed 11/07/2005    Page 26 of 26

11/03/2005
12:04 PM

## MICR1993-01090
### Commonwealth v Diaz, Tony

| Date | Paper | Text |
|------|-------|------|
| | | Justice) |
| 04/27/1998 | | RE offense 1: Guilty plea to lessr offns |
| 04/27/1998 | | RE offense 2: Filed (no plea change) |
| 04/27/1998 | | RE offense 3: Filed (no plea change) |
| 04/27/1998 | | RE offense 4: Filed (no plea change) |
| 04/27/1998 | | Sentence imposed:001 M.C.I. Cedar Junction for a term not exceeding |
| | | -5- years and a day,or less than -5- years concurrent with sentence |
| | | now serving nun pro tunc to 5/26/96 (Paul A. Chernoff, Justice) |
| 04/27/1998 | | Victim-witness fee assessed: $60 |
| 04/27/1998 | | Notified of right of appeal under Rule 64 |
| 04/27/1998 | | Mittimus issued to M.C.I. Cedar Junction |
| 04/27/1998 | 34.0 | Mittimus returned with service. |



MIDDLESEX, ss.  **Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3ʳᵈ    day of November, 2005

Deputy Assistant Clerk