AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts



United States
V.
Tony Diaz

EXHIBIT ~~~~~~ LIST

Case Number: 04-CR-10274-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Paul Moore | DEFENDANT'S ATTORNEY<br>Andy D'Angelo |
|---|---|---|
| TRIAL DATE (S) 11-7-05, 11-8-05, 11-9 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11-7-05 | | ✓ | 45 CALIBER FIREARM |
| 2 | | 11-7-05 | | ✓ | THREE - LIVE ROUNDS OF AMMUNITION |
| 7 | | 11-7-05 | | ✓ | FINGER PRINT CARD |
| 7A | | 11-7-05 | | ✓ | ENLARGED POSTER OF EXHIBIT 7 |
| | 3 | 11-7-05 | | ✓ | AMMUNITION CLIP |
| 4 | | 11-8-05 | | ✓ | WARRANT OF DEPORTATION |
| 11 | | 11-8-05 | ✓ | ✓ | RECORD OF DEPORTABLE ALIEN |
| 5 | | 11-8-05 | | ✓ | WARRANT OF DEPORTATION |
| 6 | | 11-8-05 | | ✓ | WARNING TO ALIEN |
| 10 | | 11-8-05 | | ✓ | PASSPORT - SANTO RODOLFO ROMERO VILLAR |
| 10A | | 11-8-05 | ✓ | | ENLARGED POSTER OF EXHIBIT 10 |
| 12 | | 11-8-05 | | ✓ | DEPORTATION / TRAVEL DOCUMENT |
| 20 | | 11-8-05 | | ✓ | APPLICATION FOR SPECIAL TEMPORARY AGRICULTURAL WORKER |
| 21 | | 11-8-05 | ✓ | ✓ | FINGERPRINT CARD |
| 14 | | 11-8-05 | | ✓ | MEDICAL EXAM FORM OF RESIDENT SEEKING STATUS |
| 24 | | 11-8-05 | | ✓ | CAMERA READY CARD |
| 19 | | 11-8-05 | | ✓ | CERTIFICATE OF NON EXISTENCE OF RECORD |
| 22 | | 11-8-05 | ✓ | ✓ | ENLARGED POSTER OF EXHIBIT # 21 |
| 23 | | 11-8-05 | | ✓ | ENLARGEMENT OF EXHIBIT # 5 & # 7 |
| 21A | | 11-8-05 | | ✓ | ENLARGED POSTER OF FINGERPRINT CARD |
| A | | 11-8-05 | ✓ | | HANDWRITTEN STIPULATION |
| B | | 11-8-05 | ✓ | | STIPULATION OF FACT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages