AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States
V.
Tony Diaz

 **WITNESS LIST**

Case Number:  04-CR-10274-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Paul Moore | DEFENDANT'S ATTORNEY<br>Andy D'Angelo |
|---|---|---|
| TRIAL DATE(S) 11-7-05, 11-8-05, 11-9 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11-7-05 | | | BRIAN BUROKAS |
| 2 | | 11-7-05 | | | CHARLES CARROLL |
| 3 | | 11-8-05 | | | JOANN SASSONE |
| 4 | | 11-8-05 | | | THOMAS CARABALLO |
| 5 | | 11-8-05 | | | MARCO AYALA |
| 6 | | 11-8-05 | | | ANGELO THURMAN |
| 7 | | 11-8-05 | | | ALLISON LARSON |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages