UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Received 11/9/05
AT 3:00 PM

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL ACTION NO. 04-10274-PBS
)
TONY DIAZ, )
   Defendant. )

### VERDICT FORM

Saris, U.S.D.J.

**Count One** (Possession of a Firearm or Ammunition by a Convicted Felon)

   __X__ Not Guilty          _____ Guilty

**Count Two** (Possession of a Firearm or Ammunition by an Illegal Alien)

   _____ Not Guilty          __X__ Guilty

We, the jury, unanimously concur in the above answers.

_____
JURY FOREPERSON

Dated: 11/9/05