UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 04-10274-PBS |
| ) | |
| TONY DIAZ ) | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING
### BY TWO DAYS

The defendant, by and through counsel, hereby moves to continue the scheduled date for sentencing of April 11, 2006 to April 13, 2006 at 2:00 p.m. In support of this motion, counsel states the following:

1. Undersigned counsel is due to be out of the office on April 11, 2006 because of a family obligation.

2. Assistant United States Attorney Paul Moore has no objection to continuing the sentencing until April 13, 2006 at 2 p.m..

WHEREFORE, the defendant's motion should be allowed and sentencing should be rescheduled for April 13, 2006 at 2:00 pm.

> Tony Diaz
> By His Attorneys
>
> CARNEY & BASSIL
>
>     /s/Andrew D'Angelo
>
> Andrew M. D'Angelo
> B.B.O. # 564200
> CARNEY & BASSIL
> 20 Park Plaza, Suite 1405
> Boston, MA 02116
> 617-338-5566
> adangelo@CarneyBassil.com

Date:  March 8, 2006