# EXHIBIT 3



# Lawrence Police Department
## Supplemental Report

**DATE:** 07/16/04    **TIME:** 10:30PM   **LOG #:** 04008268

**OFFICER:** Sgt. Carroll

**INCIDENT:** Assault with intent to Murder

**REPORT:** At approximately 5PM on 07/16/2004 I(Sgt. Carroll) had Detective Cueva call Edward Gonzalez and ask him and his brother Henry if they could come to the station to look at some pictures.

At approximately 6:30 PM Edward and Henry Gonzalez came to the station and were brought upstairs into Detectives. Edward was brought into a office while Henry waited in another room. Detective Cueva explained in Spanish to Mr Edward Gonzalez about the photoarray even though Mr. Edward Gonzalez appeared to have a good grasp of English

Mr Edward Gonzalez immediately picked out picture # 7 who is the defendant Mr. Jose Rivera. Mr. Edward Gonzalez circled the picture and signed his name under the picture and also dated and timed the picture.

At this time Mr. Edward Gonzalez told us in English that he knew the person in picture # 7 from the Dominican Republic several years ago and that he was upset because Edward had seen his x wife of several years. This was the person having the problem inside the club prior to the shooting.

Edward further related that his brother Edison was going outside to attempt to settle the problem.

At this time Mr.Henry Gonzalez was called into the office and Mr. Edward Gonzalez went into the other room. No conversation took place between Edward and Henry.

Henry Gonzalez was explained the photo array instructions by Det. Cueva in Spanish and shown the photo array and immediately picked out picture # 7 who is the defendant Mr. Jose Rivera. Mr. Henry Gonzalez circled the picture and dated and timed the photo array. Mr. Gonzalez identified Jose Rivera as the person that was shooting at him and his brother Edison.

A copy of the photo arrays and this report will be done in duplicate for the District Attorneys Office and the Defense Attorney.