# EXHIBIT 4

## Lawrence Police

Lineup #: 04-001081
Created By: LPD   00429   RAGONESE, Melissa
Date: 07/15/2004

Report Date: 07/15/2004 09:06
Printed By: RAGONESE, Melissa
Page #: 1 of 1



| Date _____ | Time _____ | Investigator _____ | Witness _____ |
|---|---|---|---|
| 1  03-01806-01  004541-03 | 2  03-02441-01  007443-03 | 3  02-01294-01  004101-02 | |
| 4  04-02235-01  005543-04 | 5  03-01162-01  002425-03 | 6  04-00129-01  013442-03 | |
| 7  04-00796-01  002064-04 | 8  03-00161-02  002001-03 | | |

023



# Lawrence Police Department
## Supplemental Report

| | | | | | |
|---|---|---|---|---|---|
| **DATE:** | 07/16/04 | **TIME:** | 10:30PM | **LOG #:** | 04008268 |

**OFFICER:** Sgt. Carroll

**INCIDENT:** Assault with intent to Murder

**REPORT:** At approximately 5PM on 07/16/2004 I(Sgt. Carroll) had Detective Cueva call Edward Gonzalez and ask him and his brother Henry if they could come to the station to look at some pictures.

At approximately 6:30 PM Edward and Henry Gonzalez came to the station and were brought upstairs into Detectives. Edward was brought into a office while Henry waited in another room. Detective Cueva explained in Spanish to Mr Edward Gonzalez about the photoarray even though Mr. Edward Gonzalez appeared to have a good grasp of English

Mr Edward Gonzalez immediately picked out picture # 7 who is the defendant Mr. Jose Rivera. Mr. Edward Gonzalez circled the picture and signed his name under the picture and also dated and timed the picture.

At this time Mr. Edward Gonzalez told us in English that he knew the person in picture # 7 from the Dominican Republic several years ago and that he was upset because Edward had seen his x wife of several years. This was the person having the problem inside the club prior to the shooting.

Edward further related that his brother Edison was going outside to attempt to settle the problem.

At this time Mr.Henry Gonzalez was called into the office and Mr. Edward Gonzalez went into the other room. No conversation took place between Edward and Henry.

Henry Gonzalez was explained the photo array instructions by Det. Cueva in Spanish and shown the photo array and immediately picked out picture # 7 who is the defendant Mr. Jose Rivera. Mr. Henry Gonzalez circled the picture and dated and timed the photo array. Mr. Gonzalez identified Jose Rivera as the person that was shooting at him and his brother Edison.

A copy of the photo arrays and this report will be done in duplicate for the District Attorneys Office and the Defense Attorney.



# Lawrence Police

Lineup #: 04-001081

Created By: LPD   00429   RAGONESE, Melissa

Date: 07/15/2004

Report Date: 07/15/2004 09:07
Printed By: RAGONESE, Melissa
Page #: 1 of 1

**1**

**2**

**3**

**4**

7/16/04
6:00 PM
Edward L.



**5**

**6**





**7**

**8**





| Date | Time | Investigator | Witness |
|---|---|---|---|
| 1  03-01806-01  004541-03 | | 2  03-02441-01  007483-03 | 3  02-01294-01  004101-02 |
| 4  04-02235-01  005543-04 | | 5  03-01162-01  002425-03 | 6  04-00129-01  013442-03 |
| 7  04-00796-01  002064-04 | | 8  03-00161-02  002001-03 | |

022

# Lawrence Police Department
## Supplemental Report

**DATE:** 07/14/2004    **TIME:** 01:20    **LOG #:** 04008268

**OFFICER:** Det. Alan Andrews

**INCIDENT:** A/B Dangerous Weapon at LAW Grill

**REPORT:** On the above date at approximately 00:30hrs several units were dispatched to the LAW Grill at the intersection of Amesbury and Canal Sts. for a report of shots fired. I responded to the scene and was advised by Detectives Cuava and Dube that a witness had heard two shots as he was leaving the Claddagh Pub, which is located across the street. I was also advised by Det. Burokas that the victim, who was at the LPD had stated that the shots had been fired from the adjacent glass company parking lot.

While at the scene I was approached by Edward Gonzalez (02/03/1976) of 141 Newbury St. Lawrence, Ma #978-397-1251. He made the following statement. He claimed that he has been dating a woman who is estranged from the suspect. He continued that earlier both he and the suspect coincidently were at the LAW GRILL and that the suspect was drinking and "looking at him." He said he would not make eye contact because he did not want any trouble, in fact he asked his brothers if they could go elsewhere to avoid problems. His brothers did not want to leave and that shortly thereafter they went outside with the suspect. There were words exchanged and that is when the suspect went to his blue BMW, which was in the glass company lot and fired a handgun in their direction. Mr. Gonzalez stated that he was not on the street but did observe several individuals running from the area in fear of being shot.

I then searched the parking lot and recovered two spent shell casings    (GFL45ACP) near the west entrance ramp, one parking space from the sidewalk, approximately four feet apart. They were turned into evidence for analysis.