# EXHIBIT 7



**THE COMMONWEALTH OF MASSACHUSETTS**
**REGISTRY OF MOTOR VEHICLES**
**P.O. BOX 199100 BOSTON, MA 02119**
**www.mass.gov/rmv**

PLEASE KEEP THIS DOCUMENT
IN YOUR VEHICLE AT ALL TIMES

CERTIFICATE OF REGISTRATION
PASSENGER

| PLATE TYPE | REGISTRATION NUMBER | EXPIRES LAST DAY OF → | MONTH | YEAR |
|---|---|---|---|---|
| PAN | 3703ZE | | 03 | 05 |

FEES:

| | |
|---|---|
| REGISTRATION | 36.00 |
| TITLE | 50.00 |
| SPECIAL PLATES | 0.00 |
| SALES TAX | 482.55 |
| TOTAL | 568.55 |

036

NAME(S) OF OWNER(S) AND MAILING ADDRESS
RIVERA, JOSE A
25 CRESCENT STREET
LAWRENCE, MA 01841-3303

EFFECTIVE DATE 04/07/03

TRANSACTION NUMBER 01309770200109

Kimberly Hinden, Registrar — 873 — REGISTRAR

RESIDENTIAL ADDRESS (IF DIFFERENT)

| MFRS MODEL YEAR | MAKE | MODEL NAME | BODY STYLE/TYPE | COLOR |
|---|---|---|---|---|
| 2001 | BMW | 530IA | SEDAN | BLUE |

| VEHICLE IDENTIFICATION NUMBER | INSURANCE COMPANY | TITLE NUMBER |
|---|---|---|
| WBADT63441CF09521 | NORFLK DEDHAM MUT | |

IF VEHICLE CARRYING PASSENGERS FOR HIRE MAXIMUM NUMBER OF PASSENGERS THAT CAN BE SEATED.

IF VEHICLE USED FOR TRANSPORTING GOODS, WARES, OR MERCHANDISE: TOTAL REGISTERED WEIGHT.

NOT VALID UNTIL STAMPED WITH OFFICIAL SIGNATURE STAMP OR SIGNATURE OF THE REGISTRAR