# EXHIBIT 8

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                           At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of Boston, within and for the County of Suffolk, for the transaction of criminal business, on the first Monday of February, in the year of our Lord one thousand nine hundred and eighty-nine.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present that

SANTO ROMERO,

on September 26, 1988, not being authorized by Chapter 94C of the General Laws of Massachusetts, did unlawfully, knowingly and intentionally distribute a certain controlled substance, to wit: cocaine, a derivative of coca leaves, a Class B controlled substance under the provisions of Section 31 of said Chapter 94C.

A TRUE BILL.

Assistant District Attorney.           Foreman of the Grand Jury.
076210/8900208A

135