# EXHIBIT 9

No. 076210

-2-

| Paper No. | Date of Filing | |
|---|---|---|
| 2 | Feb. 3, 1990 | Defendant files: Request for Speedy Trial. |
| | Feb. 15, 1990 | Defendant brought into Court. Translator present. Case Brought Forward. Default removed. Warrant recalled. Bail: $100 personally without surety. Pre-Trial Conference Report to be filed by March 7, 1990. Wilson, AC/M - J. McDonough, ADA - D. Jacques, Court Reporter - J. Vargas, Attorney for defendant. |
| | Mar. 7, 1990 | Defendant not in Court-Continued to March 16,1990 for plea. Wilson,AC/M - L. O'Brien,ADA - N. King,Court Reporter - J. Vargas, attorney for defendant. |
| | Apr. 17,1990 | Defendant not in Court-Continued to May 8,1990 for trial. Wilson,AC/M - R.Doonan,ADA - D.McLean,Court Reporter - J. Vargas,attorney for defendant. |
| | May 8,1990 | Defendant not in Court, after Lobby conference, Continued to June 5,1990 for trial.  Donohue,J. - G. Shea,ADA - Electronic Recording Device - J.Vargas, attorney for defendant. |
| | June 5,1990 | Brought into Court, Interpreter D.Britton present. Defendant offers to plead guilty, after hearing, Court accepts defendant's offer - defendant pleads guilty. Advised per Chapter 278, Section 29D. |

(OVER)

136

NO. 076210

**Commonwealth vs.** Santo Romero

Offense: Unlawful distribution of narcotic drug

Attorney

(Dorchester Ct. #8807CR 8749A)

| Paper No. | Date of Filing | | |
|---|---|---|---|
| 1 | Feb. 21, 1989 | (076210,11; 076344,45; 076699,700) Indictment returned. | (cd) |
| | Mar. 23, 1989 | Defendant comes into Court | |
| | | Translator present | |
| | | Court appoints attorney Thomas Hennerberry to represent the | |
| | | Defendant pursuant to Rule 53. | |
| | | Waives reading of Indictment | |
| | | Pleads not guilty | |
| | | Drug notice | |
| | | Bail: $100. personal without surety | |
| | | Pre-trial conference report to be filed by April 12, 1989 | |
| | | G. Wilson, ACM - F. Courghlin, jADA - T. Hennerberry, Attorney for defendant | |
| | | G. Grayson, Court reporter | (pc) |
| | Apr. 12, 1989 | Comes into Court | |
| | | Motion to be filed by May 1, 1989 | |
| | | Continued to May 9, 1989 by agreement for hearing RE: Motion | |
| | | Wilson, AC/M - G. Shea, ADA - T. Henneberry, Attorney for defendant (OVER) | |

137

| Paper No. | Date of Filing | |
|---|---|---|
| | Apr. 12, 1989 | D. McLean Court reporter. |
| | May 9, 1989 | Comes into Court- Translator present. Continued to June 9, 1989 by agreement re: motions. G. Wilson, AC/M- G. Shea, ADA - D. McLean, Court Reporter- T. Henneberry, Attorney for defendant. |
| | June 15, 1989 | Comes into Court. Lobby conference Defendant and Court reporter not present. After conference continued by agreement to July 11, 1989 re: status Court orders case returned to the First Criminal Session Meyer, J. - G. Shea, ADA- K. Rizman, Court Reporter T. Henneberry, Attorney for defendant. |
| | July 12, 1989 | Defendant defaulted- Warrant to issue. Mathers, J. - G. Shea, ADA- Electronic Recording Device T. Henneberry, Attorney for defendant. |
| | July 17, 1989 | Default warrant issued. |
| | Nov. 13, 1989 | Indictment placed on file until after arrest of the defendant. G. Wilson, AC/M- D. McLean, Court Reporter. |

(CONTINUED)

138

| | |
|---|---|
| June 5, 1990 | M.C.I. Cedr Junction, committed<br><br>Max. 6 years - Min. 4 years - Sentence to take effect forthwith notwithstanding sentence defendant is presently serving at House of Correction, Suffolk County.<br><br>Defendant notified of right to appeal to Appellate Division.<br><br>Victim-Witness fee of $25.00 assessed.<br><br>On oral Motion of the Commonwealth, Court orders that $367.00 seized from defendant at his arrest be forfeited to the Commonwealth.<br><br>Mittimus issued.<br><br>Donohue, J. - G.Shea, ADA - Electronic Recording Device - J. Vargas, attorney for defendant. |
| June 21, 1990 | Defendant files: Motion to revise and revoke and affidavit in support of.<br><br>(Donohue, J. notified with copies) |

139

I hereby certify that the foregoing is a true copy of the record of the Superior Court Department of the Trial Court, for the Transaction of Criminal Business.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Superior Court, at Boston aforesaid, this twenty-fourth day of August in the year of our Lord one thousand nine hundred and ninety

*[signature]*

Assistant Clerk.