# EXHIBIT 10





NAME: Romero, Santo            NUMBER: W-48544

WEIGHT: 140                    HEIGHT: 5'6"

EYES: Brown                    HAIR: Black

FACIAL MARKS: None             COMPLEXION: Dark

I.D. OFFICE
M.C.I. CEDAR JUNCTION
P.O. BOX 100
SO. WALPOLE, MASSACHUSETTS
                          02071

MITTIMUS