# EXHIBIT 11

June 20, 1990

---
In the Matter of
ROMERO VILLAR, Santo Rodolfo
A29 710 069
Suffolk, ss.
---

### AFFIDAVIT

I, George Dorsett being duly sworn do hereby depose and state:

I am a Special Agent assigned to the Boston District Office of the United States Immigration and Naturalization Service.

On June 12, 1990, I interviewed the SUBJECT at MCI Concord Concord, Massachusetts. SUBJECT stated that his true and correct name was Santo Rodolfo ROMERO VILLAR; that he has also used the name Santo Romero; that he was born in Santo Domingo, Dominican Republic on April 7, 1965; that he was a native and citizen of Dominican Republic; that his parents were both citizens of Dominican Republic; that his one and only entry into the United States was in 1986 at San Ysidro, California; that he paid $1,000 to go from Dominican Republic to Mexico to the United States; that he was smuggled into the United States; that he was never inspected by a United States Immigration Officer nor did he ever present himself for inspection to a United States Immigration Officer.

_____
George Dorsett
Special Agent

Sworn and subscribed before me on this 25 of June 1990

_____
Thomas F. Doolin
Supervisory Special Agent