# EXHIBIT 12

AKA ROMERO, SANTO

# RECORD OF DEPORTABLE ALIEN
(See A.M. — 2790 31 - 34 for instructions)

| Field | Value |
|---|---|
| Family Name (Capital Letters) | ROMERO VILLAR |
| Given Name | SANTO |
| Middle Name | RODOLFO |
| Sex | M |
| Hair | BK |
| Eyes | BN |
| Complexion | MEDIUM |
| Country of Citizenship | D.R. |
| Passport No. and Country of Issue | |
| File Number | 29 710 069 |
| Height | 56 |
| Weight | 140 |
| Occupation | MECHANIC |
| U.S. Address (Residence) (Number) (Street) (City) (State) (Zip Code) | 72 WARREN ST. BOSTON MA |
| Scars or Marks | NONE VISIBLE |
| Date, Place, Time, Manner of Last Entry | 1986, SYS, EWI |
| Passenger Boarded At | |
| F.B.I. No. | |
| Marital Status | Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | FELIZ MARIO DEL MONTE #3 BANI D.R. |
| Method of Location/Apprehension | S.I.2.I |
| Birthdate | 4/7/65 |
| Date of Action | 6/12/90 |
| Location Code | BOS |
| (At/Near) | CONCORD, MA |
| Date & Hour | 6/12/90 3:30AM |
| City, Province (State) and Country of Birth | STD. D.R. |
| AR Form. (Type & No) | ☒ Lifted |
| By | SA DORSETT |
| Visa Issued At — NIV No. | |
| Social Security Account Name | SANTO ROMERO |
| Status at Entry | EWI |
| Status When Found | IN INSTITUTION |
| Date Visa Issued | |
| Social Security No. | 070 17 1817 |
| Send C.O. Rec. Check To: | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | SAW APP A90 567 004 |
| Criminal Record | SEE BELOW |
| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) | CLAIMS NONE |
| Number & Nationality of minor Children | 1 D.R. |
| Father's Name, and Nationality and Address, if Known | VIRJILIO ROMERO, D.R., SFA |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | GRECIO VILLAR, D.R., SFA |
| Monies Due/Property in U.S. Not in Immediate Possession | ☒ None Claimed |
| Fingerprinted | ☒ No |
| Lookout Book Checked | ☒ Not Listed |
| Deportation Charge(s) (Code Words) | AGGR FELON/DRUGS |
| Name and Address of (Last) (Current) U.S. Employer | TONY'S AUTO PART COLUMBIA RD, DORCHESTER, MA |
| Type of Employment | MECHANIC |
| Salary | $ 300 wk hr. |
| From: | 2/88 |
| To: | 5/88 |

Petitions Pending: ☒ YES __ NO
Claim to USC: __ YES ☒ NO
Welfare Recipient: __ YES ☒ NO
Immediate Relatives: __ YES ☒ NO
U.S. Military: __ YES ☒ NO ( ) Months

SMUGGLED ALIEN:
__ At Apprehension
☒ Claimed at Entry
Amount Paid Smuggler: $ 1000

CONTRABAND:
__ Narcotics __ Weapons __ Currency __ Documents

Fraudulent Documents: YES / NO

SPECIAL PROGRAMS: __ SAVE __ OCDETF __ SANCTIONS __ GRANDFATHERED ALIEN ☒ CRIMINAL ALIEN

USINS G-875 CRIMINAL ALIEN PROGRAM: (X) Convicted ( ) Involved  Aggravated Felon: ☒ YES __ NO

ASSISTANCE IN APPREHENSION: __ Sensors __ Observation Acft __ All Terrain Vehicle __ Horse Patrol __ K-9 Patrol __ Police Ref. __ Other

Narrative:
Initials: HC  Date: 6/12/90
SUBJECT LOCATED SERVING SENTENCE AT MCI CONCORD, CONCORD, MASSACHUSETTS. ALIENAGE AND DEPORTABILITY ESTABLISHED AT TIME OF INTERVIEW. SUBJECT ENTERED AS SHOWN ABOVE.
CRIMINAL RECORD: 6/5/90, #076210, SUFFOLK SUPERIOR COURT, BOSTON, MA. POSS CL B WITH INTENT TO DIST, SENTENCED 4-6 YEARS MCI CEDAR JUNCTION
SUBJECT CLAIMS TO HAVE FILED FOR AMNESTY

G-875 CRIMINAL

_____ Special Agent
(Signature and Title)

Rec: OSC / WA / OR / BOND: $_____ / I-274 / I-210
I-618 Served: ___ Initials ___
Sect. 265 Notice: ___ Initials ___
FREE LEGAL AID SERVICES LIST FURNISHED: ___ Initials

Distribution:
1 File
1 Log
1 S/A
Inmate #: W-48544
P.E.D.: _____

Received (subject and documents) (report of interview) from:
Officer: _____
4/22 19 91 at _____ ( ) M.
Disposition OSC / WA / E-247
(Receiving Officer) _____