# EXHIBIT 13



:RAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

|  | YES | NO |  | INSTRUCTIONS |
|---|---|---|---|---|
| :INTS TAKEN? | ☐ | ☐ | | 1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE. |
| AVAILABLE? | YES ☐ | NO ☐ | | 2. FINGERPRINTS SHOULD BE SUBMITTED BY <u>ARRESTING AGENCY ONLY</u> (MULTIPLE PRINTS ON SAME CHARGE SHOULD <u>NOT</u> BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE. |

:INTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN,
). _____ DATE _____

(SEE INSTRUCTIONS NO. 9) <u>CIT</u>

3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.

N (SEE INSTRUCTION NO. 5) <u>ADN</u>

8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (exomple - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.

:VERNMENT, INDICATE SPECIFIC AGENCY.
:Y, LIST BRANCH OF SERVICE AND SERIAL NO.

10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?    YES ☐    NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

ON FINGERPRINTED

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED,
INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐    TELEPHONE REPLY ☐    TELEPHONE NO. AND AREA CODE _____

TOOS, AND AMPUTATIONS <u>SMT</u>

SEND COPY TO: NAME  ORI NUMBER AND ADDRESS

I ICO

)OO    SKIN TONE <u>SKN</u>

ADDITIONAL INFORMATION

LEAVE BLANK

:9-82)

☆ U.S. G.P.O. 1991 282-059/40002