# EXHIBIT 14



