# EXHIBIT 15

WARRANT FOR DEPORTATION OF

_____ROMERO   SANTO_____
(Name of Deportee)

Deported at Port of __NEW YORK  NY__ on __3/7/92__
                    (port of departure from the U.S.)   (date of departure)

via __AA 1245   DEP 12:15 PM__
    (manner of departure; identify airline or ship; if other, state: afoot, car, etc.)

Departure witnessed by: __David R Thompson SDEO__
                        (signature and title of officer)

If actual departure not witnessed, fully identify source or means of departure verification: _____

If self-deportation pursuant to 8CFR 243.5, check here ☐

Officer Executing Warrant: __David R Thompson SDEO__
                           (signature and title)

Date Form Completed: __3/7/92__

Comments:

__Santo Romero__
(signature of person fingerprinted)

__William Scansoni__
(signature of official taking print)

__Detention Officer__
(title of official taking print)

right thumb print

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## WARRANT OF DEPORTATION

No. A-29 710 069

To any Officer or Employee of the United States Immigration and Naturalization Service.

After due hearing before an authorized officer of the United States Immigration and Naturalization Service, and upon the basis thereof, an order has been duly made that the alien ROMERO-VILLAR, SANTO RODOLFO
AKA:  ROMERO, SANTO
who entered the United States at SAN YSIDRO, CALIFORNIA

on  OR ABOUT  AN UNKNOWN DATE   IN   , 1986, is subject to deportation under the following provisions of the laws of the United States, to wit:

SECTION 241 (a) (1) (B)          OF THE IMMIGRATION AND NATIONALITY ACT.

SECTION 241 (a) (2) (B) (i)       OF THE IMMIGRATION AND NATIONALITY ACT.

SECTION 241 (a) (2) (A) (iii)     OF THE IMMIGRATION AND NATIONALITY ACT.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his direction, command you to take into custody and deport the said alien pursuant to law, at the expense of the APPROPRIATION "SALARIES AND EXPENSES, IMMIGRATION AND NATURALIZATION SERVICE, 1992", INCLUDING THE EXPENSES OF AN ATTENDANT, IF NECESSARY.

Signature: [signed]
Title: DISTRICT DIRECTOR
Date: MARCH 6, 1992
Place: BOSTON, MASSACHUSETTS

Form I-205
(Rev.11-29-79)N