# EXHIBIT 16

MIDDLESEX, ss.    # Commonwealth of Massachusetts

SUPERIOR
DEPART
OF T
TRIAL C
CRIMINAL

No.

COMMONWEALTH

VS.

TONY DIAZ , Defendant

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for defendant — ~~Commonwealth~~

TONY DIAZ

in the above entitled case.

Dated: ~~August~~ JULY 31 , 19 96

1996, July 31
Filed in Court

Richard N. Ivker

Attorney for    Defendant Tony Diaz

Address    88 Broad St.
5th Floor
Boston, MA

Tel No. (617) ~~~~ – ~~~~   423 – 9370

FORM NO. SCT 20.



MIDDLESEX, ss.    *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd day of NOVEMBER 2005

Deputy Assistant Clerk

COPY

MIDDLESEX, ss.          **Commonwealth of Massachusetts**

SUPERIOR(
DEPARTI
OF TI
TRIAL C(
CRIMINAL ;

No.

COMMONWEALTH

VS.

TONY DIAZ                    , Defendant

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for defendant — ~~Commonwealth~~

TONY DIAZ

in the above entitled case.

Dated: ~~August~~ July 31          19. 96

Richard M. Ivker
Richard N. Ivker

Attorney for    Defendant Tony Diaz

Address         88 Broad St.
                5th Floor
                Boston, MA

Tel. No.   (617)   423 - 9370

1996, July 31
Filed in Court

FORM NO. SCT. 20:

MIDDLESEX, ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd   day of NOVEMBER, 2005

Mary J. Aufiero
Deputy Assistant Clerk

COPY

*Mittimus issued.*
*$60.00 Victim witness*
*fee assessed.*

By the Court
Chernoff J.

attest:

Daniel N. Lamy
Asst. Clerk

19 98 April 27

Defendant has been notified by Clerk in open
Court of his right to appeal sentence this day
imposed to the "Appellate Division of the Su-
perior Court" for a review of sentence as provided
by G.L. Chap. 278, Sec. 28A,B,C.

( Chernoff  J.)

MIDDLESEX, ss.  **Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd    day of November, 2005

Mary _____
Deputy Assistant Clerk

Ch 94C .S32E(b)(4)
Trafficking Cocaine over 200 grams

## COMMONWEALTH

*vs.*

## Tony Diaz, aka

Superior Court.    June    Sitting, 19 93

*12TH* day—Returned by the Grand Jury and
filed in Court.

1993, Aug. 5    *Defendant defaults* Joseph M. Wrenelly
*capias* — DA                    *Assistant Clerk.*

1994, June 27    Defts. 15   arraigned
and severally pleads  not guilty.

19                                A Jury is empanelled, viz.

1996, June 19
Continued until June 27, 1996
for default removal/arraignment
(9:00)
1996, June 27
Default removed, warrant
Recalled.
Defendant is held without
bail or mainprise, without
Prejudice. — Mitts issued
By the Court,
(Spurlock, J.)                    Attest
                          Snyder Q M Doay
Continued until July 10, 1996  Deputy Asst. Clerk
1996, July 10  Pre Trial Conf.  July 10, 1996
Continued until July 31, 1996
for PTC.

Comm. files partial Nolle
Prosequi as to this indictment
that alleges Trafficking in Cocaine
of 28 grams or more, but less
than 100 grams.

August 19, 1997 for EMH
1998  April 27

1994, July 31
Continued until September 12, 199
for PTC, by agreement.
1996, September 12
Continued until October 1, 199
for PTC, by agreement
1996, October
Continued until October
1996 for Non Evid Motion hr.
a Safeguard October
Continued until November 19,
1996 for NEM.

1996, November 19
Continued until January 15, 1997
for trial

1997, January 15
Continued until February 13, 1997
for EM. (2:00)
1997, February 13
Continued until March 1, 199
for status (EM)
Continued until March 25, 1997
for EM.
1997, March 21
Continued until April 29, 1997
for Lobby Conf / Non Evid Motion
1997, April 29
Continued until May 15, 1997
for NEM B/A

1997, May 15
Continued until June 6, 1997
for NEM/COP   B/A
1997, June 6
Continued until July 9, 1997
for EMH
1997, July 9
Continued until:
August 1, 1997 for supplemental on
of EM

PLEA RETRACTED AND PLEA GUILTY
OFFERED AND ACCEPTED BY THE COURT
COMMONWEALTH MOVES FOR SENTENCE:

INSTITUTION,  MASSACHUSETTS CORRECTIONAL
                Cedar Junction

FOR A TERM NOT EXCEEDING  five years
              and a day   HOC O/HUS

incarcerated until sentence move to 5/26/96.

COPY

# Commonwealth of Massachusetts

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden at the CITY OF CAMBRIDGE, within and for the County of Middlesex, on the First Monday of June in the year of our Lord one thousand nine hundred and Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present, That Tony Diaz, also known as Santo Romero

on the Twenty-sixth day of May in the year of our Lord one thousand nine hundred and Ninety-three at Lowell , in the County of Middlesex aforesaid,

did traffick in a controlled substance as defined in clause (4) of paragraph (a) of Class B of section thirty-one, to wit: cocaine, by knowingly or intentionally manufacturing, distributing or dispensing or possessing with intent to manufacture, distribute or dispense a net weight of 200 grams or more of cocaine, or a net weight of 200 grams or more of any mixture containing cocaine.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

Philip J. Capone

Foreman of the Grand Jury.

First Asst. Mark F. H
District Attorney.

93-1090-001

D.A.-001



# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT DEPARTMENT
NO. 93-1090-001 thru 004

COMMONWEALTH
v.
TONY DIAZ, A.K.A. SANTO ROMERO

---

## PARTIAL NOLLE PROSEQUI

---

Now comes the Commonwealth in the above-entitled matter and enters this partial nolle prosequi to so much of the above-captioned indictment as alleges trafficking in Cocaine over 200 grams, and elects to proceed on so much of that indictment as it alleges trafficking cocaine of 28 grams or more, but less than 100 grams, in violation of G.L.c.94C, §32E(b)(2). As reason therefore, the Commonwealth states that the interests of justice would be served by such partial nolle prosequi of these indictments at this time.

by: _____
John W. McEvoy, Jr.
First Assistant District Attorney

by: _____
Michael Friedland
Assistant District Attorney
Middlesex Superior Courthouse
40 Thorndike Street
Cambridge, MA 02124
(617)494-4823

Dated: April 27, 1998

MIDDLESEX, ss. **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process. I hereunto set my hand and affix the seal of said Superior Court this 3rd day of November, 2005

_____
Deputy Assistant Clerk

# Commonwealth of Massachusetts 

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,          within and for the County of Middlesex,

on the      First          Monday of   June          in the year of our

Lord one thousand nine hundred and    Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath ~~present~~
aforesaid do further present
That     Tony Diaz, also known as Santo Romero


on the     Twenty-ninth          day of       November
in the year of our Lord one thousand nine hundred and     Eighty-eight
at       Dorchester                                    SUFFOLK
                                    , in the County of ~~Middlesex aforesaid~~

was previously convicted of distributing, or possessing with intent

to manufacture, distribute or dispense a controlled substance, as defined

in Class B  of section thirty-one of Massachusetts General Laws

Chapter 94C, to wit: COCAINE, before the Dorchester District Court.


Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*

Foreman of the Grand Jury.

First Asst. *Martin F. M~~* District Attorney.

93-1090-001

D.A.-001

Ch 94C S32A (d)
SECOND OR SUBSEQUENT OFFENSE

**COMMONWEALTH**

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19  93

/27th/ day—Returned by the Grand Jury and
filed in Court.

1993, *Joseph M Wendell*

*Assistant Clerk.*

1996, June 27    Defdt. is arraigned
and severally pleads    Not guilty.

19.    A jury is empannelled, viz:

1996, June 27
Default remand, warrant
recalled.

1998, April 27
See original indictment
number 93-1080-001.

MIDDLESEX, ss.

*Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I have
set my hand and affix the seal of said Superior Court
this 3rd day of November, 2005

*Deputy Assistant Clerk*

COPY

# Commonwealth of Massachusetts

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at  the CITY OF CAMBRIDGE,          within and for the County of Middlesex,

on the          Monday of          in the year of our
          First          June
Lord one thousand nine hundred and    Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present

xxxxxxxxx aforesaid do further present that
          TONY DIAZ, also known as SANTO ROMERO

on the          day of
          Fifth          June
in the year of our Lord one thousand nine hundred and    Ninety

          SUFFOLK
at     Boston          , in the County of xxxxxxxxxxxxxxx

was previously convicted of distributing, or possessing with intent to

manufacture, distribute or dispense a controlled substance, as defined

in Class B of section thirty-one of Massachusetts General Laws

Chapter 94C, to wit: COCAINE, before the Suffolk Superior Court

Against the peace of said Commonwealth, and contrary to the form of the statute in such case
made and provided.

A true bill.

Philip J Capone
Foreman of the Grand Jury.

First Asst. Mark F. M
District Attorney.

93-1090-0021

D.A.-001

Ch 94C S32A (d)
Second or Subsequent Offense

**COMMONWEALTH**

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19  93

*12TH* day—Returned by the Grand Jury and
filed in Court.

*Joseph M Mitchell*

*Assistant Clerk.*

.19              Defts.        arraigned

and severally plead        guilty.

19              A jury is empanelled, viz:

1996, April 27

See original indictment

93-1090-001.

MIDDLESEX. ss.    *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior Court
this 3rd    day of November, 2005

*Mary Ayer*

Deputy Assistant Clerk.

# Commonwealth of Massachusetts

COPY

---

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at the CITY OF CAMBRIDGE, within and for the County of Middlesex,

on the First Monday of June in the year of our

Lord one thousand nine hundred and Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,

That

Tony Diaz, also known as Santo Romero

or about
on/the Twenty-sixth day of May
in the year of our Lord one thousand nine hundred and Ninety-three

at Lowell , in the County of Middlesex aforesaid,

did conspire with Josefa Rodrigues, also known as Agueda Mercedes-Nunes, and/or Any Mercedes to traffick in cocaine, a controlled substance as defined in clause (4) of paragraph (a) of Class B of section thirty-one of Massachusetts General Laws Chapter 94C, in violation of General Laws Chapter 94C, Section 32 E(b)(4).

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

*Philip J. Capone*
Foreman of the Grand Jury.

*First Asst.* *Mark F. M*
District Attorney.

93-1090-004

D.A.-001

Ch 94C S40
Conspiracy to Traffick in Cocaine

COMMONWEALTH

vs.

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19 93

/27ᵗʰ day—Returned by the Grand Jury and

filed in Court.

1993, Aug 5    ~Joseph M Mobell~    Assistant Clerk.
~Defendant defaulted~
1996, June 17-Default removed

1996, June 27    Df dft, /3    arraigned

and severally pleads    not guilty.

A jury is empanelled viz:

1998, April 27

ON FILE BY ORDER

OF ~Chernoff~ J.

WITHOUT A CHANGE

OF PLEA.

BY THE COURT

~signature~
ASSISTANT CLERK

MIDDLESEX, ss.    **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3ʳᵈ    day of November, 2005

~signature~
Deputy Assistant Clerk

# Commonwealth of Massachusetts

COPY

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at  the CITY OF CAMBRIDGE,          within and for the County of Middlesex,

on the          First          Monday of    June          in the year of our

Lord one thousand nine hundred and    Ninety-three.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath present,

That    Tony Diaz, also known as Santo Romero


on the    Twenty-sixth          day of    May

in the year of our Lord one thousand nine hundred and    Ninety-three

at    Lowell          , in the County of Middlesex aforesaid,

did own, possess or transfer possession of a firearm or ammunition
without complying with the requirements relating to the firearm
identification card provided for in section one hundred and twenty-nineC
of Chapter one hundred and forty.


Against the peace of said Commonwealth, and contrary to the form of the statute in such case
made and provided.

A true bill.

*Philip J. Capone*

Foreman of the Grand Jury.

First Asst. District Attorney.

93-1090-003

D.A.-001

Ch 269 S10 (h)
Poss FA in Residence

**COMMONWEALTH**

*vs.*

Tony Diaz, aka

SUPERIOR COURT.   June      Sitting, 19 93

*/ 27th* day—Returned by the Grand Jury and filed in Court.

1993, Aug 6ᵗʰ Defendants defaulted *Joseph M Murtell Assistant Clerk.*

1994, June 27 *Default Removed Assistant Clerk.*

1994, June 27      Dfdt. *13*   arraigned

and severally pleads *not* guilty.

~~-0-~~      ~~A jury is empanelled, viz.~~

*1998, April 27*

ON FILE BY ORDER
OF *Kennedy   J.*
**WITHOUT A CHANGE**
OF PLEA.

BY THE COURT
*Kennedy J.* _____ ASSISTANT CLERK

MIDDLESEX, ss.      *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior Court
this 3ʳᴰ day of November, 2005

_____ Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY

_____

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at  the CITY OF CAMBRIDGE,                within and for the County of Middlesex,

on the        First            Monday of    June            in the year of our

Lord one thousand nine hundred and        Ninety-three

THE JURORS  for  the  COMMONWEALTH  OF  MASSACHUSETTS  on  their  oath  present,

That      Tony Diaz, also known as Santo Romero


on the        Twenty-sixth              day of    May

in the year of our Lord one thousand nine hundred and    Ninety-three

at  Lowell                                , in the County of Middlesex aforesaid,

did knowingly or intentionally manufacture, distribute dispense or

possess with intent to manufacture, distribute, or dispense a

controlled substance defined in clause (4) of paragraph (a)

of Class B of section thirty-one of Massachusetts General Laws

Chapter 94C, to wit: COCAINE.


Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*

Foreman of the Grand Jury.

*First Asst.* *Mark F. Ky*

District Attorney.

93-1090-002

D.A.-001

Ch 94C S32A (c)
Dist./Poss. w/i Dist CS B

## COMMONWEALTH

vs.

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19 93

*12TH* day—Returned by the Grand Jury and

filed in Court.

1993, Aug. 5    *Joseph M. Mitchell*    *Assistant Clerk.*
*Defendant defaulted*
1994, *Defeat Removed*

1996  June 27   Dfdty *is*    arraigned

and severally pleads  *not* guilty.

19              A jury is empanelled, viz:

*1996  April 27*

ON FILE BY ORDER

OF  *Chernoff*

WITHOUT A CHANGE

OF PLEA.

BY THE COURT

*Chernoff*    *J. Ronald Mutay*
                          ASSISTANT CLERK

MIDDLESEX, ss.    *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior Court
this **3rd** day of **November, 2005**

*Mary Cuper* Deputy Assistant Clerk

# Commonwealth of Massachusetts COPY

---

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at  the CITY OF CAMBRIDGE,               within and for the County of Middlesex,

on the          First          Monday of     June          in the year of our

Lord one thousand nine hundred and          Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath ~~presentx~~
aforesaid do further present
That          Tony Diaz, also known as Santo Romero


on the     Fifth                    day of   June
in the year of our Lord one thousand nine hundred and     Ninety
                                                                SUFFOLK
at     Boston                              , in the County of ~~Middlesex aforesaid;~~

was previously convicted of distributing, or possessing with

intent to manufacture, distribute or dispense a controlled

substance, as defined in Class B of section thirty-one of

Massachusetts General Laws Chapter 94C, to wit: COCAINE, before

the Suffolk Superior Court.


Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J Capone*
Foreman of the Grand Jury.

First Asst. *Martin F. Ly*
District Attorney.

*93-1090-002/*

D.A.-001

Ch 94C S32A (d)
SECOND OR SUBSEQUENT OFFENSE

COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19  93

12TH  day—Returned by the Grand Jury and
filed in Court.

*Joseph M. McDonell*

*Assistant Clerk.*

19                  Dfdts.    arraigned

and severally plead        guilty.

19          A jury is empanelled, viz:

1998, April 27
the original indictment
number 93-1090-001.

MIDDLESEX. ss.    *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior Court
this 3rd  day of NOVEMBER, 2005

Deputy Assistant Clerk

COPY

# Commonwealth of Massachusetts

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at   the CITY OF CAMBRIDGE,          within and for the County of Middlesex,

on the        First        Monday of     June          in the year of our

Lord one thousand nine hundred and        Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath ~~present~~
aforesaid do further present
That        Tony Diaz, also known as Santo Romero


on the        Fifth                day of        June

in the year of our Lord one thousand nine hundred and        Ninety

at        Boston                        , in the County of ~~Middlesex aforesaid~~ SUFFOLK


was previously convicted of distributing, or possessing with intent

to manufacture, distribute or dispense a controlled substance,

as defined in Class B of section thirty-one of Massachusetts

General Laws Chapter 94C, to wit: COCAINE, before the Suffolk

Superior Court.


Against the peace of said Commonwealth, and contrary to the form of the statute in such case

made and provided.

A true bill.

*Philip J. Capone*
Foreman of the Grand Jury.

*First Asst.* *Marti F. M.* District Attorney.

93-1090-0021

D.A.-001

Ch 94C S32A(d)
Second or Subsequent Offense

COMMONWEALTH

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19  93

*12TH* day—Returned by the Grand Jury and
filed in Court.

*Joseph M. Marshall*

*Assistant Clerk.*

19              Dfdts.    arraigned

and severally plead    guilty.

19        A jury is empanelled, viz:

1996, April 27

the original indictment
Number 93-1090-001

MIDDLESEX, ss.    *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 3rd    day of November, 2005

*Mary J. Cuper*

Deputy Assistant Clerk

# Commonwealth of Massachusetts

COPY

---

MIDDLESEX, TO WIT:

At the SUPERIOR COURT, begun and holden

at the CITY OF CAMBRIDGE, within and for the County of Middlesex,

on the     First     Monday of     June     in the year of our

Lord one thousand nine hundred and     Ninety-three

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath ~~presentx~~ aforesaid do further present That

Tony Diaz, also known as Santo Romero

on the     Fifth     day of     June

in the year of our Lord one thousand nine hundred and     Ninety

at     Boston     , in the County of ~~Middlesex aforesaid~~ SUFFOLK

was previously convicted of distributing or possessing with intent to manufacture, distribute, or dispense a controlled substance, as defined in Class B of section thirty-one of Massachusetts General Laws Chapter 94C, to wit: COCAINE, before the Suffolk Superior Court.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

*Philip J. Capone*
Foreman of the Grand Jury.

*First Asst.* Nati F. ~~District Attorney.~~

93-1090-0021

D.A.-001

Ch 94C S32A (d)
Second or Subsequent Offense

**COMMONWEALTH**

*vs.*

Tony Diaz, aka

SUPERIOR COURT.    June    Sitting, 19 93

*12TH* day—Returned by the Grand Jury and
filed in Court.

*Joseph W. Macdonald*

*Assistant Clerk.*

19                          Dfdts.    arraigned

and severally plead    guilty.

19                      A jury is empanelled, viz:

1996, April 27
See original indictment
number 93-1080-001.

---

MIDDLESEX. ss.    *Commonwealth of Massachusetts*

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and and affix the seal of said Superior Court
this 3rd day of NOVEMBER, 2005

*Mary J. Hughes*

Deputy Assistant Clerk

Commonwealth of Massachusetts
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**



## MICR1993-01090
### Commonwealth v Diaz, Tony

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 07/01/1993 | **Status** | Disposed (sentenced) (dsenimp) | | | |
| **Status Date** | 04/27/1998 | **Session** | 6 - Crim 6 (Lowell) | | | |
| **Jury Trial** | Yes | **Origin** | I - Indictment | | | |
| **Lead Case** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Arraignment** | 06/27/1996 | **Track** | I - Inventory | **Final PTC** | | |
| **Disp. Deadline** | 06/27/1997 | **Deadline Status** | Deadline active since return date | **Status Date** | | 07/02/1996 |
| **Pro Se Deft** | No | **Custody Status** | Shirley MCI | **Start Date** | | |
| **Weapon** | | **Substance** | | **Prior Record** | | Unknown |

| OFFENSES | | | | |
|---|---|---|---|---|
| **Num** | **Offense** | **Code** | **Status** | **Status Date** |
| 1 | 05/26/1993 | 094C:032E:b4 | Guilty plea (lesser offense) | 04/27/1998 |
| | Traffic in controlled substance, 200+g | | | |
| 2 | 05/26/1993 | 094C:032A:b | Filed (no plea change) | 04/27/1998 |
| | Class B substnc, distrib/manufac, 2nd/subsqnt offense | | | |
| 3 | 05/26/1993 | 269:010:h.1 | Filed (no plea change) | 04/27/1998 |
| | Dang weapon, possess/transfr gun/ammo, no ID card | | | |
| 4 | 05/26/1993 | 094C:040 | Filed (no plea change) | 04/27/1998 |
| | Controlled substnc, conspiracy | | | |

| PARTIES | |
|---|---|
| **Defendant**<br>Tony Diaz<br>DOB: 04/07/1965<br>Gender: Male<br>Active 07/01/1993 | **Private Counsel 552004**<br>Brian W Chance<br>170 Merrimack Street<br>Suite 206<br>Lowell, MA 01852<br>Phone: 978-453-9505<br>Fax: 978-453-6445<br>Inactive 07/31/1996 |
| | **Private Counsel 248270**<br>Richard N Ivker<br>PO Box 695<br>Weston, MA 02493<br>Phone:<br>Fax:<br>Active 07/31/1996 Notify |
| **Plaintiff**<br>Commonwealth<br>Gender: Unknown<br>Active 07/01/1993 | **District Atty's Office 552691**<br>Thomas A Brant<br>156 State Street<br>5th floor<br>Boston, MA 02109<br>Phone: 617-720-4056<br>Fax: 617-227-3262<br>Active 06/27/1996 Notify |

## MICR1993-01090
## Commonwealth v Diaz, Tony

**Alias deft name**
Santo Romero
Gender: Male
Alias (see real party's status) 07/01/1993

**Alias deft name**
Jose F Morales
Gender: Male
Alias (see real party's status) 07/01/1993

### ENTRIES

| Date | Paper | Text |
|------|-------|------|
| 7/01/1993 | 1.0 | Indictment returned |
| 7/19/1993 | 2.0 | Summons for arraignment issued for 8/5/93 |
| 8/03/1993 | | Deft defaulted; warrant issued to the District Attorney. |
| 5/12/1996 | 3.0 | Habeas corpus for Deft at Bristol House of Correction (New Bedford) |
| 5/19/1996 | | Continued until 06/27/96 for default removal/arraignment at 9:00 |
| 5/19/1996 | 4.0 | Habeas corpus for Deft at Bristol House of Corretion (Dartmouth) |
| 6/27/1996 | | Default removed; warrant recalled |
| 6/27/1996 | | Appearance of Commonwealth's Atty: Brant |
| 6/27/1996 | 5.0 | Appointment of Counsel Chance |
| 6/27/1996 | | Deft arraigned before Court |
| 6/27/1996 | | RE offense 1: Plea of not guilty |
| 6/27/1996 | | RE offense 2: Plea of not guilty |
| 6/27/1996 | | RE offense 3: Plea of not guilty |
| 6/27/1996 | | RE offense 4: Plea of not guilty |
| 6/27/1996 | | Bail set: Defendant is held without bail or mainprise, without |
| | | prejudice - Mitts issued. By the Court, (Spurlock, J.) |
| 6/27/1996 | 6.0 | Commonwealth files Statement of the Case. Filed in Court |
| 6/27/1996 | 7.0 | Affidavit of indigency. Filed in Court |
| 6/27/1996 | 8.0 | Mittimus returned with service |
| 6/27/1996 | | Continued until 07/16/96 for pretrial conference |
| 7/16/1996 | | Continued until 07/31/96 for pretrial conference. |
| 7/19/1996 | 9.0 | Habeas corpus for Deft at Bristol House of Corretion (Dartmouth) |
| 7/31/1996 | | Appearance of Deft's Atty: Ivker |
| 7/31/1996 | | Continued until 09/12/96 for pretrial conference, by agreement. |
| 9/12/1996 | | Continued until 10/01/96 for pretrial conference, by agreement. |
| 10/01/1996 | 10.0 | Commonwealth files notice of discovery. Filed in Court |
| 10/01/1996 | 11.0 | Pre-trial conference report |
| 10/01/1996 | | Continued until 10/29/96 for non evidentiary motion by agreement |
| 10/29/1996 | | Continued until 11/18/96 for non evidentiary motion |
| 10/30/1996 | 12.0 | Habeas corpus for Deft at Concord MCI |

## MICR1993-01090
## Commonwealth v Diaz, Tony

| ate | Paper | Text |
|---|---|---|
| 1/18/1996 | | Continued until 01/15/97 for trial. |
| 1/20/1996 | 13.0 | Habeas corpus for Deft at Concord MCI |
| 1/10/1997 | 14.0 | Motion by Deft: To continue hearing date scheduled for 01/15/97 to 02/13/97. Filed in Court |
| 1/10/1997 | 15.0 | Motion by Deft: For information concerning individuals who are informants and/or witnesses cooperating with the Commonwealth for promises, rewards or inducements. Filed in Court |
| 1/10/1997 | 16.0 | Commonwealth files Compliance with pretrial conference report. Filed in Court |
| 1/10/1997 | | Continued until 02/13/97 for evidentiary motion (2:00) |
| 1/10/1997 | 17.0 | Motion by Deft: to continue, filed in Court. |
| 1/16/1997 | 18.0 | Habeas corpus for Deft at Concord MCI |
| 2/03/1997 | 19.0 | Motion by Deft: To suppress evidence and statements. Filed in Court |
| 2/03/1997 | 20.0 | Deft. Files: Memorandum in support of Motion to suppress. Filed in Court |
| 2/13/1997 | | Continued until 03/21/97 for status. Continued until 03/25/97 for Evidentiary Motion |
| 3/21/1997 | | Continued until 04/29/97 for lobby conference/non evidentiary motion |
| 3/24/1997 | 21.0 | Habeas corpus for Deft at Concord MCI |
| 4/29/1997 | | Continued until 05/15/97 for non evidentiary motion, by agreement |
| 5/15/1997 | | Continued until 06/06/97 for non evidentiary motion/change of plea, by agreement |
| 5/16/1997 | 22.0 | Habeas corpus for Deft at Concord MCI |
| 3/06/1997 | | Continued until July 9, 1997 for Evidentiary Motion Hearing. |
| 3/09/1997 | 23.0 | Habeas corpus for Deft at Concord MCI |
| 7/09/1997 | | Continued until 08/01/97 for supplementation of Evidentiary Motions and 08/19/97 for Evidentiary Motions. |
| 7/10/1997 | 24.0 | Habeas corpus for Deft at Concord MCI |
| 3/16/1997 | 25.0 | Writ of Habeas Corpus issued |
| 1/14/1997 | | Continued until 01/09/98 for Status |
| 1/12/1998 | 26.0 | Writ of Habeas Corpus to MCI Shirley for 1/15/98 |
| 2/04/1998 | | Continued until 3/6/98 for Trial/COP |
| 2/04/1998 | 28.0 | Motion by Deft: To Authorize Disbursement of Funds for Interpreter, filed in Court |
| 2/04/1998 | | Motion (P#28) Allowed not to exceed $500 (Paul A Chernoff, Justice) |
| 2/06/1998 | 27.0 | Rulings of Law and Order on Defendant's Motion to Suppress Statements ORDER: For the foregoing reasons, it is hereby ORDERED that Mr Diaz's motion to suppress evidence is DENIED. (Paul A. Chernoff, Justice of the Superior Court) c/m |
| 2/23/1998 | 29.0 | Writ of Habeas Corpus to M.C.I. Shirley for 3/6/98 |
| 3/09/1998 | 30.0 | Writ of Habeas Corpus to M.C.I. Shirley for 3/27/98 |
| 3/31/1998 | 31.0 | Motion For Withdrawal of Counsel, filed in Court |
| 3/31/1998 | 32.0 | Affidavit of Richard N. Ivker, filed in Court |
| 4/27/1998 | 33.0 | Comm. files partial Nolle Prosequi as to this indictment that alleges trafficking in cocaine of 28 grams or more, but less than 100 grams |
| 4/27/1998 | | Plea of not guilty changed to guilty; accepted (Paul A. Chernoff, |

MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR1993-01090
### Commonwealth v Diaz, Tony

| Date | Paper | Text |
|------|-------|------|
| | | Justice) |
| 4/27/1998 | | RE offense 1: Guilty plea to lessr offns |
| 4/27/1998 | | RE offense 2: Filed (no plea change) |
| 4/27/1998 | | RE offense 3: Filed (no plea change) |
| 4/27/1998 | | RE offense 4: Filed (no plea change) |
| 4/27/1998 | | Sentence imposed:001 M.C.I. Cedar Junction for a term not exceeding |
| | | -5- years and a day,or less than -5- years concurrent with sentence |
| | | now serving nun pro tunc to 5/26/96 (Paul A. Chernoff, Justice) |
| 4/27/1998 | | Victim-witness fee assessed: $60 |
| 4/27/1998 | | Notified of right of appeal under Rule 64 |
| 4/27/1998 | | Mittimus issued to M.C.I. Cedar Junction |
| 4/27/1998 | 34.0 | Mittimus returned with service. |



MIDDLESEX, ss. *Commonwealth of Massachusetts*

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file
and of record made by photographic process. I hereunto
set my hand and affix the seal of said Superior Court
this 3rb    day of November, 2005

Deputy Assistant Clerk