# EXHIBIT 17

COMMONWEALTH OF MASSACHUSETTS
WORCESTER SUPERIOR COURT
CRIMINAL DOCKET

WOCR95-00370

As of 10/22/96

Commonwealth v Morales, Jose Antonio

---

ENTRY DATE 06/14/95    CASE STATUS dsenimp    Disposd: sentence imposed
STATUS DATE 08/05/96    SESSION 1    Crim 1 (204 Worcester)
RETURN DATE 06/16/95    CASE ORIGIN I    Indictment
LEAD CASE    JURY TRIAL w    PUBLIC VIEW y
------------------------ Tracking Information ------------------------
.IAL DLN DATE 06/15/96    DEADLINE STATUS active    DLN STATUS DATE 06/19/95
ISTODY STATUS mcicedar    DANGER WEAPON    ILLEGAL SUBST
PRIOR RECORD    SOCIAL RISK

---

| JM | OFFENSE | CODE | INDICTMENT | LOCATION | STATUS | DATE |
|----|---------|------|------------|----------|--------|------|
| )1 | 01/27/95 | 094C:032A:a | WODA95-00370 | Leominster | dgupl | 08/05/96 |
| | Class B substnc, distrib/manufac | | | | | |

---

intiff
nonwealth
ive 06/14/95

District Atty's Office 552740
David P Johnson
Worcester District Atty's Office
2 Main Street
Room 220
Worcester MA 01608 1176
Phone: 508-755-8601
Fax: 508-831-9899
Active 06/16/95 Notify

endant
e Antonio Morales
 Mechanics Street
l Left
minster MA 01453
: 03/25/64
: 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
ive 06/14/95 Notify

Private Counsel 248270
Richard Ivker
15 Broad Street
Suite 225
Boston MA 02109
Phone: 617-723-5757
Fax: 617-367-6552
Active 05/31/96 Notify

Public Counsel 545446
Daniel E Shanahan
5 State Street
Suite 1-F
Worcester MA 01609
Phone: 508-752-6747
Fax: 508-752-6956
Withdrawn 05/31/96

ias deft name

COMMONWEALTH OF MASSACHUSETTS
WORCESTER SUPERIOR COURT
CRIMINAL DOCKET

WOCR95-00370                          As of  10/22/96

Commonwealth v Morales, Jose Antonio              Page 2

os Pacheco
ve 06/14/96

\* \* \*  D O C K E T  \* \* \*

---------------------------------------------------------------------

PAPER ENTRY

```
---- ----- ---------------------------------------------------------------
 4/95   1.0 Indictment returned
 5/95       Warrant issued
 6/95       Default removed; warrant recalled(Josephson,J.)    _
 6/95       Plea of not guilty
 6/95       Deft released on personal recognizance(Josephson,J.)
 6/95       Assessment of $50.00 re: Warrant Fee(Josephson,J.)
 9/95       Appointment of Counsel Shanahan
 9/95       Legal counsel fee assessed: $100.00 (Josephson,J.)
 3/95   2.0 Deft files Motion For Non-Suggestive Identification w/Notice of
            Motion
 5/95   3.0 Deft files Motion for Continuance w/Affidavit of Defendant and
            Memorandum of Law
15/95   4.0 Deft files Motion To Amend Date of Offense - ALLOWED (amended
            from January 21, 1995 TO January 27, 1995).
27/95       Legal counsel fee paid as assessed $100.00
18/95   5.0 Deft files Motion To Consolidate - ALLOWED (Toomey, J.)
07/95       Deft defaulted; warrant issued; (Kottmyer, J.)
01/95       Filed to locate pending apprehension
26/96       Habeas corpus for Deft at Bristol House of Corretion (Dartmouth)
13/96       Habeas corpus for Deft at Bristol House of Corretion (Dartmouth)
31/96       Habeas corpus for Deft at Bristol House of Corretion (Dartmouth)
28/96   6.0 Withdrawal of appearance filed by Shanahan - Allowed; (Butler,
            J.)
28/96   7.0 Appearance of Deft's Atty: Ivker
28/96       Default removed; warrant recalled; (Butler, J.)
28/96       Mittimus without bail issued to House of Correction w/o
            prejudice; (Butler, J.)
31/96       Bail set: $100,000.00 cash (Butler,J.)
11/96       Habeas corpus for Deft at Bristol House of Corretion (Dartmouth)
21/96       Rule 36 waived to trial date 8/5/96 (Butler, J.)
25/96       Habeas corpus for Deft at Bristol House of Corretion (Dartmouth)
03/96       Habeas corpus for Deft at Bristol House of Corretion (Dartmouth)
05/96   8.0 Deft files Voir Dire Questions
05/96   9.0 Deft files Motion For Examination of Jurors
05/96       RE offense 1: Guilty plea
05/96       Sentence imposed: 2-4 years Cedar Junction; (Donohue, J.)
05/96       Sentence credit given as per 279:33A: 69 days
05/96       Victim-witness fee assessed: $60.00
05/96       Drug fee assessed: $150.00
```

COMMONWEALTH OF MASSACHUSETTS
WORCESTER SUPERIOR COURT
CRIMINAL DOCKET

WOCR95-00370

As of 10/22/96

Commonwealth v Morales, Jose Antonio

Page 3

\* \* \*    D O C K E T    \* \* \*

---

PAPER ENTRY
---- ----- -------------------------------------------------------------------------

5/96       Mittimus issued to Cedar Junction MCI (Walpole)
3/96       Victim-witness fee paid as assessed - $60.00
3/96       Drug fee paid as assessed - $150.00

**094**

COMMONWEALTH OF MASSACHUSETTS
WORCESTER SUPERIOR COURT
CRIMINAL DOCKET

WOCR95-00599                    As of  10/22/96

Commonwealth v Morales, Jose Rivera

---

```
  ENTRY DATE 09/13/95    CASE STATUS dsenimp  Disposd: sentence imposed
  STATUS DATE 08/05/96        SESSION 1       Crim 1 (204 Worcester)
  RETURN DATE 09/15/95    CASE ORIGIN I       Indictment
    LEAD CASE WOCR95-00370    JURY TRIAL w           PUBLIC VIEW y
----------------------- Tracking Information -----------------------
IAL DLN DATE 09/14/96  DEADLINE STATUS active    DLN STATUS DATE 09/25/95
STODY STATUS mcicedar   DANGER WEAPON          ILLEGAL SUBST
PRIOR RECORD            SOCIAL RISK
```

| M | OFFENSE | CODE | INDICTMENT | LOCATION | STATUS | DATE |
|---|---------|------|------------|----------|--------|------|
| 1 | 06/15/95 | 094C:034.1 | WODA95-00599 | Leominster | dgupl | 08/05/96 |
| | Controlled substnc, possess | | | | | |

ntiff
onwealth
ve 09/13/95

District Atty's Office  552740
David P Johnson
Worcester District Atty's Office
2 Main Street
Room 220
Worcester MA 01608 1176
Phone: 508-755-8601
Fax: 508-831-9899
Active 09/15/95 Notify

ndant
 Rivera Morales
Mechanics Street
left
inster MA 01453
 03/25/64
 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
ve 09/13/95 Notify

Private Counsel 248270
Richard Ivker
15 Broad Street
Suite 225
Boston MA 02109
Phone: 617-723-5757
Fax: 617-367-6552
Active 05/31/96 Notify

Public Counsel 545446
Daniel E Shanahan
5 State Street
Suite 1-F
Worcester MA 01609
Phone: 508-752-6747
Fax: 508-752-6956
Withdrawn 05/31/96

COMMONWEALTH OF MASSACHUSETTS
WORCESTER SUPERIOR COURT
CRIMINAL DOCKET

WOCR95-00599                              As of  10/22/96

Commonwealth v Morales, Jose Rivera            Page 2

* * *  D O C K E T  * * *

---------------------------------------------------------------

PAPER ENTRY
----- -------------------------------------------------------

| | | |
|---|---|---|
| /95 | 1.0 | Indictment returned |
| ;/95 | | Appointment of Counsel Shanahan |
| ;/95 | | Legal counsel fee assessed: $100.00 |
| ;/95 | | Plea of not guilty |
| ;/95 | | Deft released on personal recognizance (Toomey, J.) |
| ;/95 | | Defendant's appearance excused for 10/2/95 conference (Toomey, J.) |
| 2/95 | | Conference 10/04/95 - defendant's appearance excused (Golden, CM) |
| 3/95 | 2.0 | Deft files Motion To Consolidate - ALLOWED (Toomey, J.) |
| 7/95 | | Deft defaulted; warrant issued; (Kottmyer, J.) |
| 1/95 | | Filed to locate pending apprehension |
| 1/96 | | Habeas corpus for Deft at Bristol House of Correction (Dartmouth) |
| 8/96 | 3.0 | Withdrawal of appearance filed by Shanahan - Allowed; (Butler, J.)) |
| 8/96 | 4.0 | Appearance of Deft's Atty: Ivker |
| 8/96 | | Default removed; warrant recalled; (Butler, J.) |
| 1/96 | | Rule 36 waived to trial 8/5/96 (Butler, J.) |
| 5/96 | | RE offense 1: Guilty plea |
| 5/96 | | Sentence imposed: 1 year House of Correction conc w/95-0370(1); (Donohue, J.) |
| 5/96 | | Sentence credit given as per 279:33A: 69 days |
| 5/96 | | Victim-witness fee assessed: $60.00 |
| 5/96 | | Drug fee assessed: $150.00 |
| 5/96 | 5.0 | Commonwealth files Motion For Forfeiture - Allowed; (Donohue, J.) |
| 5/96 | 6.0 | ORDER For Forfeiture; (Donohue, J.) |

95–0599–|

# Commonwealth of Massachusetts

WORCESTER, S.S.

*Superior Court Department of the Trial Court, holden at*                                    *Worcester,*

*within and for the County of Worcester, for the transaction of criminal business, on*

*the*    First                          *Monday of*        September

*in the year of our Lord one thousand nine hundred and*              ninety-five

**The Jurors** for the Commonwealth aforesaid, on their Oath Present

## THAT      Jose Rivera Morales

of   Leominster                     in said County of Worcester,

on the    fifteenth                  *day of*        June              *in the year of*
our Lord one thousand nine hundred and        ninety-five

at    Leominster                 in said County of Worcester,

did knowingly or intentionally, unlawfully possess a controlled substance,

to wit: Cocaine.

A true copy by photostatic process.
Attest:

Asst. Clerk

*Karen a Zona*

A true bill.

*District Attorney.*

*Foreman.*

097

Form I-215B
(Rev. 9-1-72)Y

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT

IN RE: _____  FILE NO. _A 90-569-0004_

EXECUTED AT _Net Lowell_ _____  DATE _10-16-96_

Before the following officer of the U.S. Immigration and Naturalization Service:

in the _English_ _____ language. Interpreter _____ used.

I, _____, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: _my identity, my citizenship, and my last entry into the United States._

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative proceeding.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

My true and correct name is _Santo Rodolfo Romero-Villar_.

I was born at _Bani_, _Dominican Republic_ on _____. I am a citizen of _Dominican Republic_.

I last entered the United States _Near San Juan Puerto Rico_ on or about _February 1993_. When I last entered the United States, I was not inspected by a United State's Immigration Officer. When I last entered the United States, I did not present myself for inspection to a United State's Immigration Officer. When I last entered the United States, I was not in possession of a valid visa in order to enter the United States.

098

Form I-214
Rev. 9-1-82)Y(Spanish)

Immigration and Naturalization Service

No. A70-561-0054

## AVISO DE DERECHOS

Antes de que le hagamos cualquier pregunta, usted debe de comprender sus derechos:

Usted tiene el derecho de guardar silencio.

Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de inmigración.

Usted tiene el derecho de hablar con un abogado para que él lo aconseje antes de que le hagamos alguna pregunta, y de tenerlo presente con usted durante las preguntas.

~~Si usted no tiene el dinero para emplear un abogado~~

~~que le hagamos alguna pregunta, si usted lo desea.~~

Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendrá usted el derecho de dejar de contestar cuando guste. Usted también tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.

He leído (o me han leído) esta declaracion sobre mis derechos, y comprendo cuales son.

_Santos R. Badalpo Villar_   10-16-96  1 pm         _Mat Concord_
(Firma)                    (Fecha y hora)            (Lugar)

_Joseph Caudill_
(Firma del funcionario de inmigracion)          (Firma del testigo)

### RENUNCIA

Estoy dispuesto a prestar declaraciones y a contestar preguntas. Por el momento no deseo tener un abogado. Comprendo y estoy consciente de lo que estoy haciendo. No he sido objeto de promesas, amenazas, presion o coercion de ninguna clase.

_Santos R. Romero Villar_  10-16-96  1 pm          _Mat Concord_
(Firma)                    (Fecha y hora)            (Lugar)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence.

_____
Immigration Officer  Signature

_____
Witness  Signature

_____
Interpreter's Signature                    Language

_____
Interpreter's Address

### INTERVIEW LOG

1. Person interviewed _____  2. Officer(s) _____

3. Place(exact address and identity of room) _____

4. Date _____

5. Exact Time place of encounter or arrest _____

6. If transported from place of encounter to interrogation point, show exact time involved. _____

Note whether interrogation continued during transporting _____

7. Officers making arrest and/or transporting subject _____

8. Time interview began _____  9. Time subject or suspect advised of right to remain silent and fact any statement could be used against him in court and name of officer furnishing advice _____

10. Time subject advised of right to presence of counsel, retained or appointed and name of officer furnishing advice _____

11. Time questioning concluded _____  12. Time written statement commenced _____

13. Person preparing statement _____  14. Time statement completed _____

15. Time statement reviewed by person interviewed _____  16. Time statement signed _____

17. Record of requests and complaints of subject and actions taken thereon _____

No. 0 7 6 2 1 0

## Commonwealth of Massachusetts

Suffolk, to wit:

At the Superior Court, begun and holden at the City of Boston, within and for the County of Suffolk, for the transaction of Criminal Business, on the first Monday of   June in the year of our Lord one thousand nine hundred and  ninety.

The Honorable   James P. Donohue

a Justice of said Court presiding.

100

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                              At the SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT, begun and holden at the City of
Boston, within and for the County of Suffolk, for the
transaction of criminal business, on the first Monday of
February, in the year of our Lord one thousand nine hundred and
eighty-nine.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath

present that


SANTO ROMERO,


on September 26, 1988, not being authorized by Chapter 94C of

the General Laws of Massachusetts, did unlawfully, knowingly and

intentionally distribute a certain controlled substance, to wit:

cocaine, a derivative of coca leaves, a Class B controlled

substance under the provisions of Section 31 of said Chapter 94C.




A TRUE BILL.

Assistant District Attorney.          Foreman of the Grand Jury.
076210/8900208A


101

Docket No. 076210

| Date of Filing | -2- |
|---|---|

**Feb. 3, 1990** — Defendant files:
Request for Speedy Trial.
Defendant brought into Court.     (jv)

**Feb. 15, 1990** — Translator present. Case Brought Forward. Default removed.
Warrant recalled. Bail: $100 personally without surety.
Pre-Trial Conference Report to be filed by March 7, 1990.
Wilson, AC/M - J. McDonough, ADA - D. Jacques, Court Reporter -
J. Vargas, Attorney for defendant.     (jv)

**Mar. 7, 1990** — Defendant not in Court-Continued to March 16,1990 for plea.
Wilson,AC/M - L. O'Brien,ADA - N. King,Court Reporter -
J. Vargas, attorney for defendant.     (gs)

**Apr. 17,1990** — Defendant not in Court-Continued to May 8,1990 for trial.
Wilson,AC/M - R.Doonan,ADA - D.McLean,Court Reporter -
J. Vargas,attorney for defendant.     (gs)

**May 8,1990** — Defendant not in Court, after Lobby conference,
Continued to June 5,1990 for trial.    Donohue,J. - G. Shea,ADA -
Electronic Recording Device - J.Vargas, attorney for defendant.     (gs)

**June 5,1990** — Brought into Court, Interpreter D.Britton present.
Defendant offers to plead guilty, after hearing, Court accepts defendant's
offer - defendant pleads guilty.
Advised per Chapter 278, Section 29D.

102

**Commonwealth vs.**    Santo Romero    NO. **076210**

Offense    Unlawful distribution of narcotic drug

Dorchester Ct. #8807CR 8749A)

| No. | Date of Filing | Attorney | |
|---|---|---|---|
| | Feb. 21, 1989 | (076210,11; 076344,45; 076699,700) | |
| | Mar. 23, 1989 | Indictment returned. | |
| | | Defendant comes into Court | |
| | | Translator present | |
| | | Court appoints attorney Thomas Hennerberry to represent the | |
| | | Defendant pursuant to Rule 53. | |
| | | Waives reading of Indictment | |
| | | Pleads not guilty | |
| | | Drug notice | |
| | | Bail: $100. personal without surety | |
| | | Pre-trial conference report to be filed by April 12, 1989 | (cd) |
| | | G. Wilson, ACM - F. Courghlin, jADA - T. Hennerberry, Attorney for defendant | |
| | | G. Grayson, Court reporter | |
| | Apr. 12, 1989 | Comes into Court | |
| | | Motion to be filed by May 1, 1989 | |
| | | Continued to May 9, 1989 by agreement for hearing RE: Motion | (pc) |

103

| Paper No. | Date of Filing | |
|---|---|---|
| | Apr. 12, 1989 | D. McLean Court reporter. |
| | May 9,1989 | Comes into Court- Translator present. Continued to June 9,1989 by agreement re: motions. G.Wilson,AC/M- G.Shea,ADA - D. McLean,Court Reporter- |
| | June 15, 1989 | Comes into Court. Lobby conference. Defendant and Court reporter not present. After conference continued by agreement to July 11, 1989 re: status Court orders case returned to the First Criminal Session. Meyer, J. - G. Shea, ADA- K. Rizman,Court Reporter. T. Henneberry, Attorney for defendant. (1v) |
| | July 12, 1989 | Defendant defaulted- Warrant to issue. Mathers, J. - G. Shea, ADA- Electronic Recording Device. T. Henneberry, Attorney for defendant. ( |
| | July 17, 1989 | Default warrant issued. (1v) |
| | Nov. 13, 1989 | Indictment placed on file until after arrest of the defendant. G. Wilson, AC/M- D. McLean, Court Reporter. (1v |

104

(CONTINUED)

| Paper No. | Date of Filing | |
|---|---|---|
| | June 5,1990 | M.C.I. Cedr Junction, committed |
| | | Max. 6 years - Min. 4 years - Sentence to take effect forthwith notwithstan |
| | | sentence defendant is presently serving at House of Correction, |
| | | Suffolk County. |
| | | Defendant notified of right to appeal to Appellate Division. |
| | | Victim-Witness fee of $25.00 assessed. |
| | | On oral Motion of the Commonwealth, Court orders that $367.00 seized |
| | | from defendant at his arrest be forfeited to the Commonwealth. |
| | | Mittimus issued. |
| | | Donohue,J. - G.Shea,ADA - Electronic Recording Device - (gs) |
| | | J. Vargas, attorney for defendant. |
| 3 | June 21,1990 | Defendant files: Motion to revise and revoke and affidavit in support of. |
| | | (Donohue, J. notified with copies) (gs) |

105

U.S. Department of Justice                             Immigration Detainer — Notice of Action
Immigration and Naturalization                                    By Immigration and Naturalization Service

| | File No. | **A** 90567004 |
|---|---|---|
| | Date | November 27, 1996 |

TO: (Name, title and institution)

Superintendent
c/o MCI Concord
P.O. Box 00
Elm Street
Concord, MA  01740

FROM: (INS Office Address)

U.S. Immigration & Naturalization Service
JFK Federal Building
Government Center
Boston, MA  02203
Investigations Unit

| Name of Inmate | | |
|---|---|---|
| ROMERO-Villar, Santo Rodolfo Inmate #W61076  PED: 05/27/98  aka: ROMERO, Santo R; MORALES, Jose Rivera; MORALES, Jose Antonio | | |
| Month, Day and Year of Birth | Sex | Nationality |
| 04/07/65 | M | Dominican Republic |

**YOU ARE ADVISED THAT THE ACTION NOTED BELOW HAS BEEN TAKEN BY THIS SERVICE CONCERNING THE ABOVE-NAMED INMATE OF YOUR INSTITUTION:**

☐ Investigation has been initiated to determine whether this person is subject to deportation from the U.S.

☒ An Order to Show Cause in deportation proceedings, a copy of which is attached, was served on

*November 29* , 19 *96*

☐ A warrant of arrest in deportation proceedings, a copy of which is attached, was served on

_____ , 19 ____

☐ Deportation from the United States has been ordered.

**IT IS REQUESTED THAT YOU:**

☒ Accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in a decision affecting the offender's classification, work and quarters assignments or other treatment which he w otherwise receive.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.  ☐ addressed franked envelope is enclosed for your convenience.

☒ Notify this office of the time of release at least 30 days prior to release or as much in advance as possible.

☒ Notify this office in the event of death or transfer to another institution.

_George N. Finelli_                              S/A Contact Deportation (617) 565-3304
Signature                                         Title

Receipt acknowledged

Probable date of release:

_____
                                                Signature

_____
                                                Title

Form I-247 (Rev. 3-1-83)N

**106**

**rtment of Justice**
**and Naturalization Service**

November 26, 1996

**OFFICE OF THE IMMIGRATION JUDGE**
Executive Office for Immigration Review
Boston, Massachusetts 02203

**USINS**
Boston, Massachusetts

**NDENT:**  ROMERO-Villar, Santo Rodolfo    **A# 90 567 004**

**o notify you that this respondent is:**

ently incarcerated by other than INS. An Order to Show cause (For: i-221) has been served on the
ondent, and an Immigration Detainer-Notice of Action by Immigra: on and Naturalization Service (Form I-
has been served with the institution shown below. He/she is incarc :rated at:

MCI Concord
P.O. Box 00, Elm Street
Concord, MA  01740

anticipated release date is:    05/27/98

ined by INS at: _____

ined by INS and was transferred this date to another location of detention at: _____

tion for Change of Venue attached. [ ] Yes [ ] No

eased from INS custody on the following conditions(s):

[ ] Personal Recognizance
[ ] Order of Recognizance (Form i-220A)
[ ] Bond in the Amount of $_____
      [ ] Surety      [ ] Cash
[ ] Other_____

on release from INS custody, the respondent reported his/her address and telephone number will be:

_____

_____

on release from INS custody, the respondent was reminded of the requirements contained in Section 242B (a)
(ii), and was provided with a Form EOIR-33, Change of Address.

| | |
|---|---|
| *Signature-INS Officer* | **Special Agent**<br>*Title-INS Officer* |
| George N. Fennell<br>*Printed Name of INS Officer* | Boston, Massachusetts<br>*Location* |

ORIG: OIJ
CC: A-FILE

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

## ORDER TO SHOW CAUSE and NOTICE OF HEARING

In Deportation Proceedings under Section 242 of the Immigration and Nationality Act

UNITED STATES OF AMERICA:                    File No. **A29 710 069**

In the Matter of  **ROMERO VILLAR, Santo Rodolfo aka: ROMERO, Santo** Respondent.
              **c/o Suffolk County House of Correction - Deer Island**
              **P.O. Box 112, Winthrop, Massachusetts  02152**
              Address (number, street, city, state, and ZIP code)

UPON inquiry conducted by the Immigration and Naturalization Service, it is alleged that:

√ 1. You are not a citizen or national of the United States;
√ 2. You are a native of **Dominican Republic**
   and a citizen of **Dominican Republic**,
√ 3. You entered the United States at **San Ysidro, California** on
   or about an unknown date; in 1986
              (date)

**(SEE CONTINUATION SHEET WHICH IS ATTACHED HERETO AND MADE A PART HEREOF.)**

AND on the basis of the foregoing allegations, it is charged that you are subject to
deportation pursuant to the following provision(s) of law:

**(SEE CONTINUATION SHEET WHICH IS ATTACHED HERETO AND MADE A PART HEREOF.)**

WHEREFORE, YOU ARE ORDERED to appear for hearing before an Immigration Judge of
the Immigration and Naturalization Service of the United States Department of Justice at
**Rm. 510, JFK Federal Building, Government Center, Boston, MA   02203**
on **a date & time to be set   at later date** m, and show cause why you should not
be deported from the United States on the charge(s) set forth above.

Dated: **April 23, 1991**

                                    (Signature and title of issuing officer)
                    **Assistant District Director for Investigations**
                    **Boston, MA**            (City and State)

X-1
3-6-92

108

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

A29 710 069

CONTINUATION SHEET

4. You did not present yourself for inspection;
5. You were not inspected by a United States Immigration Officer;
6. On November 7, 1988 you applied for legalization under Section 210 of the Immigration and Nationality Act;
7. On November 14, 1989 you were approved for temporary resident status;
8. On December 1, 1990 you adjusted your status to that of a lawful permanent resident alien;
9. You were on June 5, 1990 convicted in the Suffolk County Superior Court, Boston, Massachusetts for the offense of on September 26, 1988, not being authorized by Chapter 94C of the General Laws of Massachusetts, did unlawfully, knowingly and intentionally distribute a certain controlled substance, to wit: cocaine, a derivative of coca leaves, a Class B controlled substance under the provisions of Section 31 of said Chapter 94C;

AND on the basis of the foregoing allegations it is charged that you are subject to deportation pursuant to the following provision(s) of law:

Section 241(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that you are an alien who entered the United States without inspection or at any time or place other than as designated by the Attorney General and Section 241(a)(2)(B)(i) of the Immigration and Nationality Act, as amended, in that you are an alien in the United States who at any time after entry has been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802)), other than a single offense involving possession for one's own use of 30 grams or less of marijuana

and/or

Section 241(a)(2)(A)(iii) of the Immigration and Nationality Act (Act) as amended, in that you are an alien in the United States who at any time after entry has been convicted of an aggravated felony as defined in Section 101(a)(43) of the Act.

**109**

## UNITED STATES OF AMERICA
### DEPARTMENT OF JUSTICE
#### IMMIGRATION AND NATURALIZATION SERVICE

## WARRANT OF DEPORTATION

No. A-29  710 069

To any Officer or Employee of the United States Immigration and Naturalization Service.

After due hearing before an authorized officer of the United States Immigration and Naturalization Service, and upon the basis thereof, an order has been duly made that the alien ROMERO-VILLAR, SANTO RODOLFO
AKA:  ROMERO, SANTO
who entered the United States at SAN YSIDRO, CALIFORNIA

on  OR ABOUT  X̶X̶X̶ AN UNKNOWN DATE X̶X̶X̶X̶X̶X̶   IN     , 19 86 , is subject to deportation under the following provisions of the laws of the United States, to wit:

SECTION 241 (a) (1) (B)      OF THE IMMIGRATION AND NATIONALITY ACT.

SECTION 241 (a) (2) (B) (i)   OF THE IMMIGRATION AND NATIONALITY ACT.

SECTION 241 (a) (2) (A) (iii)  OF THE IMMIGRATION AND NATIONALITY ACT.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his direction, command you to take into custody and deport the said alien pursuant to law, at the expense of the APPROPRIATION "SALARIES AND EXPENSES, IMMIGRATION AND NATURALIZATION SERVICE, 1992", INCLUDING THE EXPENSES OF AN ATTENDANT, IF NECESSARY.

Signature:

Title:  DISTRICT DIRECTOR

Date:  MARCH 6, 1992

Place:  BOSTON, MASSACHUSETTS

Form I-205
(Rev.11-29-79)N

110

I hereby certify that the foregoing is a true copy of the record of the Superior Court Department of the Trial Court, for the Transaction of Criminal Business.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Superior Court, at Boston aforesaid, this twenty-fourth day of    August           in the year of our Lord one thousand nine hundred and ninety

Assistant Clerk.

111