# EXHIBIT 18

## The Commonwealth of Massachusetts
### Executive Office of Public Safety
### Department of Correction
### Central Records Unit
### @MCI-Concord, B. Building
### P. O. Box 9106
### Concord, MA 01742-9125
### Tel. (978) 405-6131, Fax (978) 405-6133

**Mitt Romney**
*Governor*
**Kerry Healey**
*Lt. Governor*
**Robert C. Haas**
*Secretary of Public Safety*



**Kathleen M. Dennehy**
*Commissioner*
**James Bender**
*Deputy Commissioner*

### AFFIDAVIT OF THE KEEPER OF THE RECORDS FOR THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTION

I, Daniel J. Maguire, do on oath state that the following is true to the best of my knowledge, information and belief. I am employed by the Commonwealth of Massachusetts as the Acting Keeper of the Records for the Commonwealth's Department of Correction Central Records Unit. My business address is Central Records Unit, 965 Elm Street, Concord, MA 01742. Attached to this affidavit are true copies of documents contained in the official record of Jose Morales, date of birth: 4/7/65, under commitment numbers: W61076 and W48544. The aforementioned records, consisting of a total of _3_ pages of documents, of which the attached are copies, were made in good faith in the usual and ordinary course of business, at or near the time of the event described. Signed under penalty of perjury on this 10th day of April 06.

_____
Daniel J. Maguire


