# EXHIBIT 19

## Massachusetts Department of Correction
### Inmate M: Card

**NAME:** Morales, Jose

**Commitment #** W-61076      **SID #**

**Weight :** 165     **Height:** 5'06"     **Race:** H

**Hair Color:** Bro     **Eye Color:** Bro     **Complection:**

**Scars, Marks, Tattos:**

a.k.a. santo romero

**DATE OF BIRTH** 4/7/65

**PLACE OF BIRTH**

**OFFENSE**                    **SENTENCE**

**CORI A** ___YES___ ___NO___     **ESCAPE LEVEL**

**MEDICAL RESTRICTIONS**

**REMARKS/ALIAS**





GOVERNMENT EXHIBIT
USA 7  4/13/04
04CR10274