# EXHIBIT 20



Jose Morales Released from MCI Shirley on 5-25-01 to Immigration.

*Chris Brochelma*
Records Manager

