**EXHIBIT 21**

# The Commonwealth of Massachusetts

## DEPARTMENT OF CORRECTION




### CERTIFICATE OF DISCHARGE

## Know all men by these presents:

It having been made to appear to the Commissioner of Correction that

_____ JOSE MORALES _____, No. W-61076

a prisoner sentenced to _____ MCI Cedar Junction _____

is entitled to have the term of his imprisonment reduced by a deduction from the maximum term of said sentence or sentences for good behavior.

Now, Therefore, in accordance with the law so made and provided in Chapter 127 of the General Laws (Ter. Ed.) and Acts in amendment thereto it is ordered by the Commissioner of Correction that the said prisoner be, and is hereby discharged from further imprisonment on the _____ Twenty-Fifth _____ day of _____ May _____, 2001 _____

_Michael T. Maloney_
Commissioner of Correction

Commissioner of Correction:

The above-named prisoner was discharged from imprisonment in accordance with the above order of the Commissioner of Correction on this

_____ Twenty-Fifth _____ day of _____ May _____, 2001 _____

_Paul M. _____
Superintendent

RESTRAINING ORDER IN EFFECT OUT OF BROCKTON D/C UNTIL 6-29-01; RELEASE TO INS AUTHORITIES ON DETAINER A90 567 004