# EXHIBIT 22



GOVERNMENT EXHIBIT 5 4/1/06 04CR10274

Last Name: ROMERO-VILLAR
First Name: SANTO RODOLFO
Sex: M
DOB (MM/DD/YYYY): 05/07/1965
Country of Birth: DOM.REP.
Country of Citizenship: D.R.
A#: A#90567004
Address - State/Residence: MA.
Address - Country/Residence: U.S.A.
Address - City/Residence: 372 LOWELL ST./LAWRENCE
Comments: (aka) morales, jose

Date and Time of Apprehension (MM/DD/YYYY HR:MI): 05/25/2001 11:48
Location of Apprehension: MCI SHIRLEY
Status of Entry: Entry Without Inspection
Length of Time Illegally in U.S.: Over 1 year
Misc1:
Misc2:
Misc3:
Method of Location/Apprehension: Other Agency
Apprehended By: BOS./INS
Apprehending Station: BPC

**CONTINUATION OF CUSTODY FOR INADMISSIBLE OR CRIMINAL ALIENS, 8 CFR Sec. 241.4:** The district director may continue in custody any alien inadmissible under section 212(a) of the Immigration & Nationality Act (ACT) or removable under section 237(a)(1)(C), 237(a)(2), or 237(a)(4) of the Act, or who presents a significant risk of noncompliance with the order of removal, beyond the removal period, as necessary, until removal from the United States. If such an alien demonstrates by clear and convincing evidence that the release would not pose a danger to the community or a significant flight risk, the district director may, in the exercise of discretion, order the alien released from custody on such conditions as the district director may prescribe, including bond in the amount sufficient to ensure the alien's appearance for removal. The district director may consider, but is not limited to considering, the following factors:

1.) The nature and seriousness of the alien's criminal convictions;
2.) Other criminal history;
3.) Sentence(s) imposed and time actually served;
4.) History of failures to appear for courts (defaults);
5.) Probation history;
6.) Disciplinary problems while incarcerated;
7.) Evidence of rehabilitative effort or recidivism;
8.) Equities in the United States; and
9.) Prior immigration violations and history;

I ACKNOWLEDGE RECEIPT OF THIS NOTICE X _Santo Ramzz_
(DATE)
MAY 25 2000

**CONTINUATION OF CUSTODY FOR OTHER ALIENS:** Any alien removable under any section of the Act other than section 212(a), 237(a)(1)(C), 237(a)(2), or 237(a)(4) may be detained beyond the removal period, in the discretion of the district director, unless the alien demonstrates to the satisfaction of the district director that he or she is likely to comply with the removal order and is not a risk to the community.

**DETAINEES MAY PROVIDE CLEAR AND CONVINCING EVIDENCE IN WRITING THAT THEIR RELEASE WOULD NOT POSE A DANGER TO THE COMMUNITY OR A SIGNIFICANT FLIGHT RISK.**