# EXHIBIT 23

```
CJIS 871559   11/09/2005 1331   S1492/6492.
```

```
***                   *********************                         ***

***    DATE  110905         EST  1331       DEA  MA0130270           ***

***                         QR  COMPLETED                            ***
```

```
CJIS 871559   11/09/2005 1331   S0751/6492.
UN.
2L01III QUERY
MA0130270
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/573961KA1. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
  FBI             -- FBI/573961KA1
END.>-<
CJIS 871559   11/09/2005 1331   S0753/6492.
U...
CR.WVFBINF00
11:39 11/09/2005 16749
11:39 11/09/2005 72637 MA0130270
TXT

HDR/2L01
ATN/A LORIMER
*******************  CRIMINAL HISTORY RECORD  ********************
Data As Of            2005-11-09
*******************  Introduction  *******************************
This rap sheet was produced in response to the following request:
FBI Number           573961KA1
Request Id
Purpose Code         C
Attention            A LORIMER
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request 573961KA1

Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2005-11-09)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2005-11-09)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US; 
2005-11-09)
*******************  IDENTIFICATION  *****************************
Subject Name(s)
DIAZ, TROY
```

```
ROMERO, SANTO R  (AKA)
VILLAR, SANTO  (AKA)
ROMERO, SANTO R  (AKA)
ROMERO VILLAR, SANTO RODOLFO  (AKA)
PACHECO, CARLOS A  (AKA)
PACHECO, CARLOS  (AKA)
MORALES, JOSE  (AKA)
ROMERO-VILLAR, SANTO RODOLFO  (AKA)
MORALES, JOSE RIVERA  (AKA)
MORALES, JOSE ANTONIO  (AKA)
RIVERA, JOSE JR  (AKA)
RIVERA, JOSE A JR  (AKA)
```

Subject Description

FBI Number                     State Id Number
573961KA1                      Unknown (XX)

Social Security Number
582410106
070171017
502690306

Sex                            Race
Male                           Black

Height                         Weight                      Date of Birth
5'07"                          130                         1965-04-09
                                                           196
5-04-07
                                                           1964-07-20
                                                           1964-03-25

Hair Color                     Eye Color                   Fingerprint Pattern
Black                          Brown                       10291213151311111114 (FPC)
                  RS RS RS RS RS LS LS LS LS LS (Other)

Place of Birth                 Citizenship
YY ,                           US

Fingerprint Images
Photo Images
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WV0101700
Available Image                Other
(No Photo Image Transmitted
Comment:FBI has one photo associated with
                   arrest date of 2004/10/07)
Photo Image Available          POLICE DEPARTMENT LAWRENCE MA0051300
Available Image                Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                   with arrest date of 2004/07/14)
Photo Image Available          MA CORR INST WEST CONCORD MA009015C
Available Image                Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                   with arrest date of 1996/08/05)
Photo Image Available          POLICE DEPARTMENT ATTLEBORO MA0032200
Available Image                Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                   with arrest date of 1996/04/12)
Photo Image Available          DOC-CEDAR JUNCTION SOUTH WALPOLE MA011015C
Available Image                Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                   with arrest date of 1993/06/05)
Photo Image Available          POLICE DEPARTMENT BOSTON MA0130100
Available Image                Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                   with arrest date of 1990/02/02)
Photo Image Available          POLICE DEPARTMENT
BROCKTON MA0128300
Available Image                Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated

✓ yes

(No Photo Image Transmitted
with arrest date of 1989/05/12)

```
************************* CRIMINAL HISTORY *************************
============================== Cycle 001 ==============================
Earliest Event Date         1989-05-12

    Arrest Date             1989-05-12
    Arrest Case Number      81744
    Arresting Agency        MA0122300 POLICE DEPARTMENT BROCKTON
    Charge                  01
        Charge Literal      POSS INT DIST CS B
        Severity            Unknown
============================== Cycle 002 ==============================
Earliest Event Date         1990-02-02

    Arrest Date             1990-02-02
    Arrest Case Number      BRD0083
    Arresting Agency        MA0136100 POLICE DEPARTMENT BOSTON
    Subject's Name          ROMERO, SANTO R
    Charge                  01
        Charge Literal      TRAFFICKING HEROIN
        Severity            Unknown
============================== Cycle 003 ==============================
Earliest Event Date         1990-06-05

    Arrest Date             1990-06-05
    Arrest Case Number      W-48544
    Arresting Agency        MA0110150 DOC-CEDAR JUNCTION(SOUTH WALPOLE
    Subject's Name          ROMERO, SANTO
    Charge                  01
        Charge Literal      DIST CLASS B
        Severity            Unknown

    Court Disposition       (Cycle 003)
    Court Agency            Unknown
    Charge                  01
        Charge Literal      DIST CLASS B
        Severity            Unknown
        Disposition         (Unknown 1990-07-09; 4YRS-6YRS)
============================== Cycle 004 ==============================
Earliest Event Date         1992-02-13

    Arrest Date             1992-02-13
    Arrest Case Number      A89710069
    Arresting Agency        NAINS1500 USINS BOSTON
    Subject's Name          ROMERO VILLAR, SANTO RODOLFO
    Charge                  01
        Charge Literal      DEP/PROC
        Severity            Unknown

    Court Disposition       (Cycle 004)
    Court Agency            Unknown
    Charge                  01
        Charge Literal      DEP/PROC
        Severity            Unknown
        Disposition         (Unknown 1992-04-23; DEPORTED 3-7-90)
============================== Cycle 005 ==============================
Earliest Event Date         1996-04-12

    Arrest Date             1996-04-12
    Arrest Case Number
    Arresting Agency        MA0096278 POLICE DEPARTMENT ATTLEBORO
                            505 ELM STREET PO BOX 9102
                            WEST CHESTER, MA 617489166

Agency                      POLICE DEPARTMENT LAKEVILLE, MASSACHUSET
```

```
            Charge                    01
                  Severity            Unknown
========================================= Cycle 006 =========================================
Earliest Event Date              1996-08-05

Arrest Date                      1996-08-05
Arrest Case Number               W61076
Arresting Agency                 MA0090150 MA CORR INST WEST CONCORD
Subject's Name                   MORALES, JOSE
Charge                           01
            Charge Literal       DIST COCAINE
                  Severity       Unknown

Court Disposition                (Cycle 006)
Court Agency                     Unknown
Charge                           01
            Charge Literal       DIST COCAINE
                  Severity       Unknown
                  Disposition    (Unknown 2001-07-16; 2-4 YEARS
                                 CONVICTION/CO
NFINEMENT)
========================================= Cycle 007 =========================================
Earliest Event Date              2001-05-25

Arrest Date                      2001-05-25
Arrest Case Number               A03567004
Arresting Agency                 MAINS0096 USINS BOSTON
Subject's Name                   RIVERO-VILLAR, SANTO RODOLFO
Charge                           01
            Charge Literal       REMOVAL PRO
                  Severity       Unknown
Charge                           02
            Charge Literal       RE ENTRY AFTER DEPORTATION
                  Severity       Unknown

Court Disposition                (Cycle 007)
Court Agency                     Unknown
Charge                           01
            Charge Literal       REMOVAL PROC
                  Severity       Unknown
                  Disposition    (Unknown 2001-06-27; DEPORTED ON 07-03-2001)
========================================= Cycle 008 =========================================
Earliest Event Date              2002-04-05

Arrest Date                      2002-04-05
Arrest Case Number
Arresting Agency                 MA0051300 POLICE DEPARTMENT LAWRENCE
Subject's Name                   RIVERA, JOSE JR
Charge                           01
            Charge Literal       94C/32/B)DRUG, DISTRIBUTE CLASS A, SUBSQ.OFF, c94C s32
                  Severity       Unknown
========================================= Cycle 009 =========================================
Earliest Event Date              2004-07-14

Arrest Date                      2004-07-14
Arrest Case Number
Arresting Agency                 MA0051300 POLICE DEPARTMENT LAWRENCE
Subject's Name                   RIVERA, JOSE A JR
Charge                           01
            Charge Literal       ASSAULT WITH INTENT TO MURDER, ARMED WITH FIREARM
                  Severity       Unknown
Charge                           02
            Charge Literal       CARRYING FIREARM WITHOUT LICEN
SE
                  Severity       Unknown
Charge                           03
            Charge Literal       UNLAWFUL POSSESSION OF FIREARM
```

```
              Charge              03
                   Charge Literal  (illegible)
                        Severity   Unknown
              Charge              04
                   Charge Literal  DISCHARGING FIREARM WITHIN 100 YARDS OF STREET
                        Severity   Unknown
=============================== Cycle 010 ===============================
Earliest Event Date               2004-07-14

Arrest Date                       2004-07-14
Arrest Case Number                404102
Arresting Agency                  MA0850000 SHERIFF'S OFFICE MIDDLETON
Charge                            01
                   Charge Literal  ASSAULT TO MURDER, ARMED C265 S18
                        Severity   Unknown
=============================== Cycle 011 ===============================
Earliest Event Date               2004-10-07

Arrest Date                       2004-10-07
Arrest Case Number
Arresting Agency                  MAUSM0100 USM BOSTON
Charge                            01
                   Charge Literal  0301 - ILLEGAL ENTRY
                        Severity   Unknown

Court Disposition               (Cycle 011)
Court Agency                      Unknown
Charge                            01
                   Charge Literal  0301 - ILLEGAL ENTRY
                        Severity   Unknown
                     Disposition  (Unknown 2004-10-07; NOT YET DISPOSED)
************************ INDEX OF AGENCIES ****************************
Agency                            FBI-CJIS DIV CLARKSBG CLARKSBURG; WVFBIF00;
Address
                                  1000 CUSTER HOLLOW RD
                                  CLARKSBURG, WV 26306

Agency                            POLICE DEPARTMENT BROCKTON; MA0120300;
Address
                                  IDENT BUREAU SEVEN COMMERCIAL ST
                                  BROCKTON, MA 024022752

Agency                            POLICE DEPARTMENT BOSTON; MA0130100;
Address
                                  ROOM 149 SOUTH 1 SCHROEDER PLAZA
                                  BOSTON, MA 021062014

Agency                            DOC-CEDAR JUNCTION SOUTH WALPOLE; MA0110150;
Address
                                     INSTITUTE TERMINAL 1 BOX 100
                                  SOUTH WALPOLE, MA 020710100

Agency                            USINS BOSTON; MAINS0900;
Address
                                  RM 1700 700 JF KENNEDY FED BLDG
                                  BOSTON, MA 022027701

Agency                            POLICE DEPARTMENT ATTLEBORO; MA0030600;
Address
                                  12 UNION ST
                                  ATTLEBORO, MA 027032211

Agency                            MA CORR INST WEST CONCORD; MA0020150;
Address
                                  965 ELM STREET PO BOX 9106
                                  WEST CONCORD, MA 017429106
```

```
                                  905 ELM STREET PO BOX 9106
                                  WEST CONCORD, MA 01742-9106
Agency                       POLICE DEPARTMENT LAWRENCE, MA0051300;
Address
                             90 LOWELL ST
                             LAWRENCE, MA 018401210

** MESSAGE EXCEEDED 14400 CHARACTERS-HAS BEEN SEGMENTED BY NLETS **
**    PART 1 OF 2      **
CJIS 071559   11/09/2005 1331   S075326400
UL
CR.WVFBINF00
11:39 11/09/2005 18749
11:39 11/09/2005 72637 MA0130070
TXT

HDR/21.01
ATN/A LORIMER
************************  CRIMINAL HISTORY RECORD  *************************
Data As Of                   2005-11-09
*************************  Introduction  **********************************
This rap sheet was produced in response to the following request:
FBI Number                   573961KA1
Request Id
Purpose Code                 C
Attention                    A LORIMER
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-573961KA1
Agency                       SHERIFF'S OFFICE MIDDLETON, MA0050000;
Address
                             20 MANNING AVE PO BOX 607
                             MIDDLETON, MA 019492007

Agency                       USM BOSTON, MCUSM0100;
Address
                             STE 500 1 COURTHOUSE WAY
                             BOSTON, MA 022103802
* * * END OF RECORD * * *
** MESSAGE EXCEEDED 14400 CHARACTERS-HAS BEEN SEGMENTED BY NLETS **
**    PART 2 OF 2      **
```