# EXHIBIT 24

...stice
...ralization Service                         Medical Examination of Aliens Seeking Adjustment of Status
OMB #1115-0134

(...ase type or print clearly)                 3. File number (A number)
...on the date shown I examined:

OMERO          R                               4. Sex
                (Middle Initial)               ☒ Male            ☐ Female

SANTO                                          5. Date of birth (Month/Day/Year)
                                               4 7 65

2. Address (Street number and name)    (Apt. number)    6. Country of birth
66 WELLINGTON HILL                     1                DOMINICAN REP.
(City)          (State)    (ZIP Code)          7. Date of examination (Month/Day/Year)
MATTAPAN        MA.        02126               10-28-88

General Physical Examination: I examined specifically for evidence of the conditions listed below. My examination revealed:
☒ No apparent defect, disease, or disability.           ☐ The conditions listed below were found (check all boxes that apply).

**Class A Conditions**
☐ Chancroid                 ☐ Hansen's disease, infectious     ☐ Mental defect              ☐ Psychopathic personality
☐ Chronic alcoholism        ☐ HIV infection                    ☐ Mental retardation         ☐ Sexual deviation
☐ Gonorrhea                 ☐ Insanity                         ☐ Narcotic drug addiction    ☐ Syphilis, infectious
☐ Granuloma inguinale       ☐ Lymphogranuloma venereum         ☐ Previous occurrence of one ☐ Tuberculosis, active
                                                                 or more attacks of insanity
                                                               ☐ Other physical defect, disease or disability (specify below).

**Class B Conditions**
☐ Hansen's disease; not infectious   ☐ Tuberculosis, not active

Examination for Tuberculosis - Tuberculin Skin Test                Examination for Tuberculosis - Chest X-Ray Report
☐ Reaction ____ mm    ☐ No reaction    ☐ Not done                  ☐ Abnormal          ☒ Normal          ☐ Not done
Doctor's name (please print)              Date read                Doctor's name (please print)          Date read
                                                                   David Rosengard, M.D.    11/1/88

**Serologic Test for Syphilis**                                    **Serologic Test for HIV Antibody**
☐ Reactive Titer (confirmatory test performed)   ☒ Nonreactive     ☐ Positive (confirmed by Western blot)   ☒ Negative
Test Type    RPR                                                   Test Type   HIV AB., EIA, SERUM
Doctor's name (please print)              Date read                Doctor's name (please print)          Date read
DAVID ROSENGARD, M.D.    10/31/88                                  DAVID ROSENGARD, M.D.    10/31/88

Immunization Determination (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)
☐ Applicant is current for recommended age-specific immunizations.   ☐ Applicant is not current for recommended age-specific immunizations
                                                                       and I have encouraged that appropriate immunizations be obtained.

**REMARKS:**

Civil Surgeon Referral for Follow-up of Medical Condition
☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

Follow-up Information:
The alien named above has complied with the recommended health follow-up.
Doctor's name and address (please type or print clearly)    Doctor's signature        Date

Applicant Certification:
I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.
Signature    X Santo R. Romero                 Date    10-28-88

Civil Surgeon Certification:
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.
Doctor's name and address (please type or print clearly)    Doctor's signature
...vid Rosengard, M.D., 380 W. Broadway                                                          11/2/88
...th Boston, Mass 02127

#2

**APPLICANT**

LAST NAME: ROMERO  FIRST NAME: SANTO

SIGNATURE OF PERSON FINGERPRINTED: Santo B. Romero

RESIDENCE OF PERSON FINGERPRINTED: WELLINGTON HILL APT. 1, MATTAPAN, MA. 02126

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS: Richard R Jenkins

EMPLOYER AND ADDRESS: SELF, 66 WELLINGTON HILL, MATTAPAN MA. 02126

REASON FINGERPRINTED: STATUS ADJUSTMENT

UTINSRPFZ
USINS - XPE
REG PROS FAC
BURLINGTON, VT

CTZ: DOM. REP.

SEX: M  RACE: HISP  HGT: 5'6"  WGT: 135  EYE: BLK  HAIR: BLK  PLACE OF BIRTH: BANI, DOM. REP.

DATE OF BIRTH: 4 / 7 / 65