# EXHIBIT 25



El Secretario de Estado
de Relaciones Exteriores
de la
República Dominicana

Encarga a todas las autoridades a quienes
concierne, permitir transitar libremente al
ciudadano dominicano a cuyo favor se expide el
presente pasaporte y prestarle la asistencia y
protección que pudiera necesitar.

## PASAPORTE

## REPUBLICA DOMINICANA

Número 2311885
Number of Passport     173523-N.Y.
Numéro du Passeport

Nombre del titular    Santo Rodolfo
Name of bearer
Nom du titulaire      Romero Villar

2

## IDENTIFICACION DEL TITULAR
*Personal description*
*Identification du titulaire*

Fecha de nacimiento / Date of birth / Date de naissance: 7-Abril 1965

Lugar de nacimiento / Place of birth / Lieu de naissance: Baní, R.D.

Estado Civil / Marital status / Etat civil: Soltero

Profesión / Profession: Estudiante

Color / Couleur: Trigueño

Color de los ojos / Color of eyes / Couleur des yeux: Marrones

Color de los cabellos / Color of hair / Couleur des cheveux: Negros

Estatura / Height / Taille: 5'5"

Peso / Weight / Poids: 140 Lbs

Señas particulares / Peculiarities / Signes particuliers: Ninguna

Cédula de Identificación Personal / Identification card / Carte d'Identité No.: 25526-3 Serial No. 4.2.4.

Residencia / Residence / Résidence:



4

Países para los cuales este Pasaporte es válido.
Countries for which this Passport is valid.
Pays pour lesquels ce Passeport est valable.

TODO EL MUNDO

Este Pasaporte expira el 11-OCT-1991
The validity of this Passport expires on
Ce Passeport expire le

Expedido en New York City
Issued at
Délivré en

Fecha 11-Oct-1989
Date
Date

*[signature]*

FIRMA
Signature
Signature

CONSUL GENERAL

FUNCIONARIO EXPEDIDOR
Issuing Officer
Officier Expéditeur

5

OBSERVACIONES
Observations
Remarques

En caso de pérdida de este pasaporte se ruega a quien lo hallase remitirlo a la siguiente dirección:
In case of the loss of this passport please send it to the following address:
Si ce passeport se perd, on prie à qui le trouve de le remettre à l'adresse suivante:

CONSULADO GENERAL DE LA REPUBLICA EN NEW YORK



**OBSERVACIONES**
*Observations*
*Remarques*

**RENOVACIONES**
*Renewals*
*Renouvellements*

[Stamp: CONSULADO GENERAL DE LA REPUBLICA DOMINICANA]

Este Pasaporte se expide en sustitución del Pasaporte corriente No. _____ expedido en fecha _____ en favor de la misma persona a quien se extiende el presente, en razón del cambio a la nueva libreta.

Consul General