# EXHIBIT 27

The Government and Defendant stipulate that on April 27, 1998 a person named Tony Diaz, aka Santo Romero was convicted in Middlesex Superior Court of a felony in which the punishment exceeded one year.

The person convicted of this felony on April 27, 1998 had a date of birth of April 7, 1965.

EXHIBIT
A for ID
1:04-10274 PBS