AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States
V.
Tony Diaz

**EXHIBIT** ▬▬▬ **LIST**

Case Number: 04-CR-10274-PBS

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY Paul Moore | DEFENDANT'S ATTORNEY Andy D'Angelo |
|---|---|---|
| TRIAL DATE (S) 4-13-06 , 5-30-06 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | ⊕ | 4/13/06 | | ✓ | PHOTOGRAPH OF SANTO ROMERO |
| 2 | | 4/13/06 | | ✓ | FINGER PRINTS CARD — SANTO ROMERO |
| 3 | | 4/13/06 | | ✓ | BOOKING FORM — MCI WALPOLE — SANTO ROMERO |
| 13 | | 4/13/06 | | ✓ | AFFIDAVIT OF GEORGE DORSETT |
| 11 | | 4/13/06 | | ✓ | RECORD OF DEPORTABLE ALIEN — SANTO ROMERO |
| 4 | | 4/13/06 | | ✓ | WARRANT OF DEPORTATION — SANTO ROMERO |
| 5 | | 4/13/06 | | ✓ | INS DETENTION FORM |
| 6 | | 4/13/06 | | ✓ | INTAKE PHOTO — MCI SHIRLEY |
| 7 | | 4/13/06 | | ✓ | MASS DOC INTAKE CARD |
| 8 | | 4/13/06 | | ✓ | CERTIFICATE OF DISCHARGE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages