UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 04-10274-PBS |
| ) | |
| TONY DIAZ ) | |

### DEFENDANT'S NOTICE OF APPEAL

The defendant, Tony Diaz, by and through counsel, hereby files notice of appeal from all matters regarding his case in this Court, including, but not limited to, his motion to suppress, trial, and sentencing.

Tony Diaz
By His Attorney


/s/Andrew D'Angelo

Andrew M. D'Angelo
B.B.O. # 564200
CARNEY & BASSIL
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566

Date: May 31, 2006