UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.    )<br>)<br>TONY DIAZ    )<br>) | CRIM. NO. 04-10274-PBS |

### DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

The defendant, Tony Diaz, by and through counsel, hereby moves that this Court allow him to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. In support of this motion, the defendant states that he has been incarcerated since July 14, 2004. Trial counsel was appointed to represent the defendant in the trial court and he does not have any funds to hire counsel to represent him on the appeal.

Tony Diaz
By His Attorney


/s/Andrew D'Angelo

Andrew M. D'Angelo
B.B.O. # 564200
CARNEY & BASSIL
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566

Date: May 31, 2006