UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Summary of Claims for Payments Under the Criminal Justice Act with Multiple Rates for In and Out of Court Time

Case: United States v. TONY DIAZ Criminal No. 04-010274 Other Case No. ______

The rates for work performed by CJA attorneys has been increased to $92.00 per hour for in and out of court work effective for all work performed on or after January 1, 2006.

When the period of service for the attorney requesting payment includes work performed over more than one of the four different time periods indicated below, different rates apply. The claim for payment must include this summary sheet which breaks down the totals in the various categories of work for each of the time periods. The grand totals for all in and out of court time, as well as any claim for travel or other expenses, shall be included on the face page of the original voucher form with this summary sheet attached.

| | Applicable Rates for in and out of court work performed during specified time periods | 1/1/00 to 3/31/01 $70/$50 | | 4/1/01 to 4/30/02 $75/$55 | | 5/1/02 to 12/31/05 $90 for in and out of court | | On or after 1/1/06 $92 for in and out of court | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CATEGORIES (*Attach itemization of services with dates*) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | GRAND TOTAL |
| 15. In Court | a. Arraignment and/or Plea | | | | | | | | | |
| | b. Bail and Detention Hearings | | | | | | | | | |
| | c. Motion Hearings | | | | | 1.5 | | | | |
| | d. Trial | | | | | 22.5 | | | | |
| | e. Sentencing Hearings | | | | | | | | | |
| | f. Revocation Hearings | | | | | | | | | |
| | g. Appeals Court | | | | | | | | | |
| | h. Other (*Specify on additional sheets*) | | | | | | | | | |
| | (RATE PER HOUR = $ ) | 0.0 | $0.00 | 0.0 | $0.00 | 24.0 | $2,160.00 | 0.0 | $0.00 | $2,160.00 |
| 16. Out of Court | a. Interviews and Conferences | | | | | 14.8 | | 5.5 | | |
| | b. Obtaining and reviewing records | | | | | | | 36.5 | | |
| | c. Legal research and brief writing | | | | | 48.5 | | | | |
| | d. Travel time | | | | | | | | | |
| | e. Investigative and other work | | | | | | | | | |
| | (RATE PER HOUR = $ ) | 0.0 | $0.00 | 0.0 | $0.00 | 63.3 | $5,697.00 | 42.0 | $3,864.00 | $9,561.00 |
| 17. | Travel Expenses | | | | | | | | | $0.00 |
| 18. | Other Expenses | | $1,556.46 | | | | | | | $1,556.46 |
| GRAND TOTALS: | | | $1,556.46 | | $0.00 | | $7,857.00 | | $3,864.00 | $13,277.46 |

(CJA Claim Summary2006.wpd)

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MAX | Diaz, Tony | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:04-010274-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Diaz | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 922G.F -- UNLAWFUL TRANSPORT/POSSESS/RECEIVE FIREARMS THROUGH INTERSTATE COMMERCE

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
D Angelo, Andrew M.
Carney and Bassil
20 Park Plaza
Suite 800
Boston MA 02116

Telephone Number: (617) 338-5566

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
CARNEY AND BASSIL
20 PARK PLAZA
SUITE 1405
BOSTON MA 02116

13. COURT ORDER
☒ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's Name: ______

Appointment Date: ______

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court

07/27/2005
Date of Order

Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

| CLAIM FOR SERVICES AND EXPENSES | | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM ______ TO ______

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or remimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: ______ Date: ______

APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MAX | Diaz, Tony | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:04-010274-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Diaz | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 922G.F -- UNLAWFUL TRANSPORT/POSSESS/RECEIVE FIREARMS THROUGH INTERSTATE COMMERCE

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

| 14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary) | Judge's Initials |
|---|---|
| A. Apportioned Cost % of transcript with (Give case name and defendant) | |
| B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Real Time Unedited Transcript | |
| C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney ______ Date ______

Printed Name ______

Telephone Number: ______

☐ Panel Attorney ☐ Retained Atty ☐ Pro-Se ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court ______

Date of Order ______ Nunc Pro Tunc Date ______

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS ☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

Telephone Number: ______

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: ______ Date: ______

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ______ Date ______

## APPROVED FOR PAYMENT - COURT USE ONLY

23. APPROVED FOR PAYMENT

Signature of Judicial Officer or Clerk ______ Date ______

24. AMOUNT APPROVED

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/07/2006 | 20022086 |

| BILL TO |
|---|
| Tony Diaz |

| Date | Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/28/2005 | D090 | Review file and legal research - Andrew D'Angelo | 8:00 | 90.00 | 720.00 |
| 07/29/2005 | D090 | Visit client - Andrew D'Angelo | 3:00 | 90.00 | 270.00 |
| 08/02/2005 | D090 | Hearing prep - Andrew D'Angelo | 4:00 | 90.00 | 360.00 |
| 08/08/2005 | D090 | Hearing and meeting - Andrew D'Angelo | 0:42 | 90.00 | 63.00 |
| 08/18/2005 | D090 | Review discovery - Andrew D'Angelo | 4:00 | 90.00 | 360.00 |
| 08/19/2005 | D090 | Review discovery - Andrew D'Angelo | 3:00 | 90.00 | 270.00 |
| 08/22/2005 | D090 | Research case law - Andrew D'Angelo | 2:00 | 90.00 | 180.00 |
| 09/08/2005 | D090 | Legal research re: ACC - Andrew D'Angelo | 4:00 | 90.00 | 360.00 |
| 09/13/2005 | D090 | Visit client and trial prep - Andrew D'Angelo | 5:00 | 90.00 | 450.00 |
| 09/20/2005 | D090 | Trial prep - Andrew D'Angelo | 3:00 | 90.00 | 270.00 |
| 09/23/2005 | D090 | Trial prep - Andrew D'Angelo | 2:00 | 90.00 | 180.00 |
| 09/27/2005 | D090 | Visit client - Andrew D'Angelo | 3:30 | 90.00 | 315.00 |
| 10/18/2005 | D090 | Trial prep - Andrew D'Angelo | 2:30 | 90.00 | 225.00 |
| 10/19/2005 | D090 | Court - Andrew D'Angelo | 1:30 | 90.00 | 135.00 |
| 10/26/2005 | D090 | Trial prep - Andrew D'Angelo | 4:00 | 90.00 | 360.00 |
| 10/29/2005 | D090 | Trial prep - Andrew D'Angelo | 3:00 | 90.00 | 270.00 |
| 11/03/2005 | D090 | Trial prep - Andrew D'Angelo | 4:00 | 90.00 | 360.00 |
| 11/04/2005 | D090 | Meeting with client - Andrew D'Angelo | 2:00 | 90.00 | 180.00 |
| 11/07/2005 | D090 | Trial - Andrew D'Angelo | 7:30 | 90.00 | 675.00 |
| 11/08/2005 | D090 | Trial - Andrew D'Angelo | 7:30 | 90.00 | 675.00 |
| 11/09/2005 | D090 | Trial - Andrew D'Angelo | 7:30 | 90.00 | 675.00 |
| | | Continue to the next page.. | | | |

| Date | Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2005 | D090 | Sentencing research - Andrew D'Angelo | 3:00 | 90.00 | 270.00 |
| 02/03/2006 | D92 | Legal research - Andrew D'Angelo | 4:00 | 92.00 | 368.00 |
| 02/14/2006 | D092 | Visti client - Andrew D'Angelo | 2:30 | 92.00 | 230.00 |
| 03/13/2006 | D092 | Draft sentencing memo - Andrew D'Angelo | 1:00 | 92.00 | 92.00 |
| 03/14/2006 | D092 | Draft sentencing memo - Andrew D'Angelo | 2:00 | 92.00 | 184.00 |
| 03/15/2006 | D092 | Draft sentencing memo - Andrew D'Angelo | 1:00 | 92.00 | 92.00 |
| 04/10/2006 | D092 | Prep for sentencing - Andrew D'Angelo | 1:00 | 92.00 | 92.00 |
| 04/11/2006 | D092 | Prep for sentencing - Andrew D'Angelo | 3:00 | 92.00 | 276.00 |
| 04/13/2006 | D092 | Sentencing hearing and meet with client - Andrew D'Angelo | 2:00 | 92.00 | 184.00 |
| 05/08/2006 | D092 | Research re: sentencing - Andrew D'Angelo | 1:00 | 92.00 | 92.00 |
| 05/12/2006 | D092 | Research re: sentencing - Andrew D'Angelo | 3:00 | 92.00 | 276.00 |
| 05/15/2006 | D092 | Read Gov.'s submission and research - Andrew D'Angelo | 3:00 | 92.00 | 276.00 |
| 05/17/2006 | D092 | Draft memo in opposition - Andrew D'Angelo | 2:00 | 92.00 | 184.00 |
| 05/18/2006 | D092 | Draft memo in opposition - Andrew D'Angelo | 2:00 | 92.00 | 184.00 |
| 05/19/2006 | D092 | Read Gov.'s submission and research - Andrew D'Angelo | 2:30 | 92.00 | 230.00 |
| 05/23/2006 | D092 | Finish memo - Andrew D'Angelo | 4:00 | 92.00 | 368.00 |
| 05/30/2006 | D092 | Sentencing prep and hearing - Andrew D'Angelo | 4:30 | 92.00 | 414.00 |
| 05/30/2006 | D092 | Appeal prep - Andrew D'Angelo | 4:00 | 92.00 | 368.00 |
| 06/02/2006 | D092 | Appeal prep - Andrew D'Angelo | 2:00 | 92.00 | 184.00 |
| | | | | TOTAL | **$11,717.00** |

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/07/2006 | 20022087 |

| BILL TO |
|---|
| Tony Diaz |

| Date | Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 09/12/2005 | G085 | Meeting with client - Reinaldo Gonzalez | 3:00 | 85.00 | 255.00 |
| 10/25/2005 | G085 | telephone conversation with wanda - Reinaldo Gonzalez | 0:06 | 85.00 | 8.50 |
| 11/03/2005 | K085 | Search of public records - Rosanne Klovee | 0:36 | 85.00 | 51.00 |
| 01/04/2006 | G085 | Travel to Worcester Sup. Court, copy files, review files, review PSI report, prepare motion for new trial. - Reinaldo Gonzalez | 4:00 | 85.00 | 340.00 |
| 02/14/2006 | G085 | Meeting with client re sentencing. - Reinaldo Gonzalez | 4:00 | 85.00 | 340.00 |
| 02/21/2006 | G085 | Draft Objections to PRS - Reinaldo Gonzalez | 1:00 | 85.00 | 85.00 |
| 02/27/2006 | G085 | Revise objections to PSR - Reinaldo Gonzalez | 0:12 | 85.00 | 17.00 |
| 05/30/2006 | G085 | Sentencing - Reinaldo Gonzalez | 2:00 | 85.00 | 170.00 |
| | | | | TOTAL | **$1,266.50** |

# Invoice

| DATE | INVOICE # |
|---|---|
| 06/21/2006 | 20021950 |

| BILL TO |
|---|
| Tony Diaz |

| Date | Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 08/31/2005 | | Postage | | | 0.37 |
| 08/31/2005 | | Faxes | | | 7.00 |
| 08/31/2005 | | Copies | | | 0.10 |
| 09/29/2005 | | Copies | | | 86.50 |
| 09/29/2005 | | Faxes | | | 2.00 |
| 10/03/2005 | | Mileage on 9/12/05 | | | 20.88 |
| 10/07/2005 | | Mail to client | | | 11.06 |
| 11/07/2005 | | Messenger on 9/14/05 to USDC | | | 16.00 |
| 11/30/2005 | | Copies | | | 10.10 |
| 12/06/2005 | | Suffolk Records | | | 10.00 |
| 01/04/2006 | | Transcript | | | 50.00 |
| 01/30/2006 | | Postage | | | 1.29 |
| 01/31/2006 | | Copies | | | 2.60 |
| 02/01/2006 | | Collect Calls | | | 6.50 |
| 02/14/2006 | | Records | | | 9.00 |
| 03/29/2006 | | Postage | | | 0.63 |
| 03/29/2006 | | Copies | | | 1.50 |
| 03/29/2006 | | Copies | | | 0.10 |
| 04/18/2006 | | Fed Ex | | | 8.69 |
| 05/31/2006 | | Copies | | | 32.40 |
| 05/31/2006 | | Postage | | | 6.74 |
| | | Continue to the next page.. | | | |

| Date | Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 06/16/2006 | | Messenger to Superior Court | | | 6.50 |
| | | | | TOTAL | $289.96 |

| ACCOUNT NUMBER | (handwritten) | COPIES | (handwritten) | PRINTS | DOCUMENT FILING | E-MAIL/FTP | INTERNET FAX SEND |
|---|---|---|---|---|---|---|---|
| [illegible] | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00352 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00353 | Pebaum | 00,000,026 (--,---,---) | 3.90 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00355 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00358 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00359 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00360 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00361 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00362 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00373 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00379 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00381 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00398 | Kims | 00,000,011 (--,---,---) | 1.65 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00399 | Toorie | 00,000,003 (--,---,---) | .45 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00501 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00502 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00503 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00504 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00505 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00506 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00507 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00508 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00509 | Latham | 00,000,670 (--,---,---) | 67 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00510 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00511 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00512 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00513 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00514 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00515 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00516 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00517 | DeKorne | 00,000,007 (--,---,---) | 1.05 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00519 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00520 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00521 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00522 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00526 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00528 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00536 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00537 | Cruz | 00,000,030 (--,---,---) | 3.00 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00538 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00539 | Diaz | 00,000,865 (--,---,---) | 86.50 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00540 | | 00,000,000 (--,---,---) | | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |

| ACCOUNT NUMBER | COPIES | PRINTS | DOCUMENT FILING | E-MAIL/FTP | INTERNET FAX SEND |
|---|---|---|---|---|---|
| 00538 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00539 Diaz | 00,000,101 (--,---,---) 10.10 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00540 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00548 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00555 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00701 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00702 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00703 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00704 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00705 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00706 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00707 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00708 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00709 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00710 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00711 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00712 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00713 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00714 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00715 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00716 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00717 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00718 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00719 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00720 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00721 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00722 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00725 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00730 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00731 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00732 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00733 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00734 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00736 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00738 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00740 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00744 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00745 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00746 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00747 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00748 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00754 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |

**ANDREW M. D'ANGELO**
Client list for Copy/Mail and Phone Codes
Numerical
**January 2006**

| | |
|---|---|
| 555 | Administration |
| 519 | Arellano, Jose |
| 594 | Azzam, Paula |
| 507 | Braggs, Leinora |
| 505 | Chun-Creech, Jared |
| 537 | Cruz, Gualberto |
| 520 | Davis, Anthony |
| 539 | Diaz, Tony 1.09 |
| 517 | DeKorne, Joseph |
| 502 | De Pina, Antonio |
| 510 | Godfrey, Covia |
| 513 | Guadolope, R. |
| 521 | Hackett, Richard |
| 597 | Hilliard, Karolann |
| 509 | Latham, Lincoln |
| 596 | Linton, Lateaya |
| 512 | Mackin, April |
| 501 | Maclean, John |
| 526 | Mancinelli |
| 540 | Miki, Dina (David) |
| 508 | Mott, Lorraine |
| 538 | Ramos, Crucito |
| 504 | Rivera, Miguel |
| 514 | Robinson, Leon |
| 595 | Seguer |
| 598 | Stoddard, Christopher |
| 518 | Thomas, Aseltine |
| 516 | Twins |
| 536 | Van Coppenolle, Frederick |
| 511 | Williams, Stephen |
| 599 | Wosnum, Jamal |
| 503 | Zibrak, Beverly |

Anthony Davis 1.11

| NUMBER | COPIES | PRINTS | DOCUMENT FILING | E-MAIL/FTP | INTERNET FAX SEND |
|---|---|---|---|---|---|
| [illegible] | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| [illegible] | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| …516 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00517 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00518 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00519 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00520 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00521 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00522 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00526 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00528 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00536 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00537 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00538 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00539 Diaz (handwritten) | 00,000,026 (--,---,---) ~~390~~ (handwritten) | 2,160 (handwritten) --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00540 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00548 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00555 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00594 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00701 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00702 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00703 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00704 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00705 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00706 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00707 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00708 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00709 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00710 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00711 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00712 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00713 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00714 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00715 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00716 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00717 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00718 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00719 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00720 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00721 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00722 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00725 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00730 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00280 | Pratt, Stephen | 4 | 32 | 32 | 0 | 4.80 |
| 00291 | Sabattis | 4 | 12 | 12 | 0 | 1.80 |
| 00297 | Lufkin, Hope | 4 | 40 | 40 | 0 | 6.00 |
| 00307 | Commonwealth Land and Title | 2 | 7 | 7 | 0 | 1.05 |
| 00313 | Whtting, Richard | 1 | 18 | 18 | 0 | 2.70 |
| 00317 | Ziskind, Bruce | 3 | 37 | 37 | 0 | 5.55 |
| 00331 | Spiro, Claudia | 1 | 1 | 1 | 0 | 0.15 |
| 00333 | Traft, Michael - Admin | 5 | 71 | 71 | 0 | 10.65 |
| 00335 | Caruso, Leonard | 1 | 3 | 3 | 0 | 0.45 |
| 00343 | Shea, Marianne | 1 | 8 | 8 | 0 | 1.20 |
| 00349 | Sharpe, Richard - Appeal | 1 | 1 | 1 | 0 | 0.15 |
| 00351 | Downey, Daniel | 1 | 1 | 1 | 0 | 0.15 |
| 00359 | MBA | 1 | 4 | 4 | 0 | 0.60 |
| 00390 | Conrad, Donna | 1 | 6 | 6 | 0 | 0.90 |
| 00397 | Howard, Gregory | 1 | 1 | 1 | 0 | 0.15 |
| 00399 | Torrie | 4 | 24 | 24 | 0 | 3.60 |
| 00537 | Cruz, Gualberto | 4 | 27 | 27 | 0 | 4.05 |
| 00539 | Diaz, Tony | 1 | 1 | 1 | 0 | 0.15 |
| 00666 | Admin | 1 | 13 | 13 | 0 | 1.95 |
| 00705 | Chen, Leslie | 1 | 4 | 4 | 0 | 0.60 |
| 00777 | Gonzalez, Rey - Admin | 15 | 116 | 116 | 0 | 17.40 |
| 00794 | Cosme, Julia | 2 | 7 | 7 | 0 | 1.05 |
| 00803 | Gateas, Diane | 4 | 28 | 28 | 0 | 4.20 |
| 00805 | Hantiz, Nick | 1 | 2 | 2 | 0 | 0.30 |
| 00888 | Admin - General | 71 | 341 | 341 | 0 | 51.15 |
| | | 237 | 1,333 | 1,333 | 0 | 199.95 |

**ANDREW M. D'ANGELO**
Client list for Copy/Mail and Phone Codes
Numerical
**March 2006**

| | |
|---|---|
| 555 | Administration |
| 519 | Arellano, Jose |
| 594 | Azzam, Paula |
| 507 | Braggs, Leinora |
| 505 | Chun-Creech, Jared |
| ~~537~~ | ~~Cruz, Gualberto~~ |
| 520 | Davis, Anthony (111) |
| 539 | Diaz, Tony (63) |
| 517 | DeKorne, Joseph |
| 502 | De Pina, Antonio |
| 510 | Godfrey, Covia |
| 513 | Guadolope, R. |
| 521 | Hackett, Richard |
| 597 | Hilliard, Karolann |
| 509 | Latham, Lincoln |
| 596 | Linton, Lateaya |
| 512 | Mackin, April |
| 501 | Maclean, John |
| 526 | Mancinelli |
| 540 | Miki, Dina (David) |
| 508 | Mott, Lorraine |
| 538 | Ramos, Crucito |
| 504 | Rivera, Miguel |
| 514 | Robinson, Leon |
| 595 | Seguer |
| 598 | Stoddard, Christopher |
| 518 | Thomas, Aseltine |
| 516 | Twins |
| 536 | Van Coppenolle, Frederick |
| 511 | Williams, Stephen |
| 599 | Wosnum, Jamal |
| 503 | Zibrak, Beverly |

...AN TOTAL PAGES PER ACCOUNT...

| Account | Copies | Prints | Document Filing | E-Mail/FTP | Internet Fax Send | Handwritten |
|---|---|---|---|---|---|---|
| [illegible] | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| [illegible] | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| [illegible] | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| [illegible] | 00,000,255 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | ...tham 25.50 |
| [illegible] | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0511 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0512 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0513 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0514 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0515 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0516 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0517 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0518 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0519 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0520 | 00,000,630 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | Davis 63- |
| 0521 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0522 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0526 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0528 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0536 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0537 | 00,000,512 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | Cruz, G 51.20 |
| 0538 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0539 | 00,000,015 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | Diaz 1.50 |
| 0540 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0548 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| ~~0555~~ | ~~00,000,541~~ (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0594 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0701 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0702 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0703 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0704 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0705 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0706 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0707 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 0708 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 709 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 710 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 711 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 712 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 713 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 714 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |
| 715 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | |

2006/WED 01:21 PM TOTAL PAGES PER ACCOUNT P. 6 / 10

| ACCOUNT NUMBER | COPIES | PRINTS | DOCUMENT FILING | E-MAIL/FTP | INTERNET FAX SEND |
|---|---|---|---|---|---|
| 00379 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00381 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00390 Conrad | 00,000,173 (--,---,---) 25.95 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00397 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00398 Kins | 00,000,012 (--,---,---) 1.20 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00399 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00501 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00502 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00503 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00504 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00505 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00506 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00507 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00508 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00509 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00510 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00511 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00512 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00513 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00514 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00515 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00516 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00517 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00518 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00519 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00520 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00521 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00522 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00526 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00528 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00536 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00537 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00538 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00539 Diaz | 00,000,324 (--,---,---) 32.40 | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00540 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00548 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00555 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00594 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00701 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00702 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00703 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |
| 00704 | 00,000,000 (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) | --,---,--- (--,---,---) |

**ANDREW M. D'ANGELO**
Client list for Copy/Mail and Phone Codes
Numerical
**May 2006**

555 Administration
519 Arellano, Jose
594 Azzam, Paula
507 Braggs, Leinora
505 Chun-Creech, Jared
537 Cruz, Gualberto
520 Davis, Anthony
539 Diaz, Tony 5.00, 1.63, 1.11 (6.74)
517 DeKorne, Joseph
502 De Pina, Antonio
510 Godfrey, Covia
513 Guadolope, R.
521 Hackett, Richard
597 Hilliard, Karolann
509 Latham, Lincoln
596 Linton, Lateaya
512 Mackin, April
501 Maclean, John
526 Mancinelli
540 Miki, Dina (David)
508 Mott, Lorraine
538 Ramos, Crucito
504 Rivera, Miguel
514 Robinson, Leon
595 Seguer
598 Stoddard, Christopher
518 Thomas, Aseltine
516 Twins
536 Van Coppenolle, Frederick
511 Williams, Stephen
599 Wosnum, Jamal
503 Zibrak, Beverly

Allen, 39, 39 (.78)





# Carney & Bassil

A Professional Corporation

Attorneys at Law

20 Park Plaza
Suite 1405
Boston, MA 02116

TEL. (617) 338-5566
FAX (617) 338-5587

J. W. CARNEY, JR.
JANICE BASSIL
MICHAEL J. TRAFT
ANDREW M. D'ANGELO
REINALDO GONZALEZ
ROSANNE KLOVEE

JAMES M. DOYLE
OF COUNSEL

www.CarneyBassil.com
admin@CarneyBassil.com


**Date:** 8·2·05 **Document Also to be Mailed: Yes** ✓ **NO** ____

**Number of Pages:** 2 **including cover sheet.**

**To:** Atty Paul Moore

**Firm:** ____________________

**Fax #:** 6177483951

**From:** Atty D'Angelo

**Re:** Tony Diaz

**Comments:** ____________________

*The information contained in the following message is intended for the individual or entity named above and is therefore both confidential and potentially subject to legal privilege against disclosure. If you have received this message in error, please contact this office immediately at (617) 338-5566.*
*Thank you.*

*The Sender*

# Carney & Bassil

A Professional Corporation

Attorneys at Law

20 Park Plaza
Suite 1405
Boston, MA 02116

TEL. (617) 338-5566
FAX (617) 338-5587

J. W. CARNEY, JR.
JANICE BASSIL
MICHAEL J. TRAFT
ANDREW M. D'ANGELO
REINALDO GONZALEZ
ROSANNE KLOVEE

JAMES M. DOYLE
OF COUNSEL

www.CarneyBassil.com
admin@CarneyBassil.com


**Date:** 7-29 **Document Also to be Mailed: Yes** ____ **NO** ✓

**Number of Pages:** 5 **including cover sheet.**

**To:** Attn: Judith

**Firm:**

**Fax #:** 5086608009

**From:** Cathy

**Re:** Tony Diaz

**Comments:**

Thanks for your help on this!

*The information contained in the following message is intended for the individual or entity named above and is therefore both confidential and potentially subject to legal privilege against disclosure. If you have received this message in error, please contact this office immediately at (617) 338-5566.*
*Thank you.*

*The Sender*

# Carney & Bassil

A Professional Corporation

Attorneys at Law

20 Park Plaza
Suite 1405
Boston, MA 02116

TEL. (617) 338-5566
FAX (617) 338-5587

J. W. CARNEY, JR.
JANICE BASSIL
MICHAEL J. TRAFT
ANDREW M. D'ANGELO
REINALDO GONZALEZ
ROSANNE KLOVEE

JAMES M. DOYLE
OF COUNSEL

www.CarneyBassil.com
admin@CarneyBassil.com


**Date:** 9·14 **Document Also to be Mailed: Yes** ✓ **NO** ____

**Number of Pages:** 2 **including cover sheet.**

**To:** Paul Moore

**Firm:** ____

**Fax #:** 6177483951

**From:** Atty D'Angelo

**Re:** USA v. Diaz

**Comments:** ____


*The information contained in the following message is intended for the individual or entity named above and is therefore both confidential and potentially subject to legal privilege against disclosure. If you have received this message in error, please contact this office immediately at (617) 338-5566.*
*Thank you.*

*The Sender*

# MARATHON COURIER CO., LLC

**Bill To**

| Date | Time Out | Time Rtn'd | 598440 |
|---|---|---|---|
| 10/ | | | |

Service for: Corner Basel

Address: 26 Park Plaza

City | ZIP

Mess. # Carlos | Account No.

**Charges**

| Service Rendered | | Charges |
|---|---|---|
| ☒ Standard | ☐ Round Trip | |
| ☐ Add'l Stops | ☐ Oversize | |
| ☐ Waiting Time @ | | |
| ☐ Rush Service | ☐ Overweight | |
| ☐ Express | ☐ Walkover | |
| GRATUITIES ACCEPTED | | |
| TOTAL CHARGES → | | Tony Diaz |

**Pick-Up**

Pick-up: Name: SAME

Address | Room | Floor

City

Dispatched By: **Signature 1** | Round Trip: **Signature 3**

**Deliver**

Deliver To: Name: U.S. Court of Appeals

Address: 1 Courthouse Way | Room | Floor

City

Received By: **Signature 2**

101 Tremont Street, Suite 506, Boston, MA 02108 • Tel. 617-747-3700