APPEAL, INTERP

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10274-PBS-ALL

Case title: USA v. Diaz

Date Filed: 09/08/2004

Assigned to: Judge Patti B. Saris

**Defendant**

**Tony Diaz** (1)
*TERMINATED: 05/31/2006*
*also known as*
Jose A. Rivera, Jr (1)
*TERMINATED: 05/31/2006*
*also known as*
Santo Romero Villar (1)
*TERMINATED: 05/31/2006*
*also known as*
Jose Rivera Morales (1)
*TERMINATED: 05/31/2006*
*also known as*
Jose Antoni Morales (1)
*TERMINATED: 05/31/2006*
*also known as*
Santo Rodolfo Romero Villar (1)
*TERMINATED: 05/31/2006*

represented by **Andrew M. D'Angelo**
Carney & Bassil
20 Park Plaza
Suite 800
Boston, MA 02116
617-338-5566
Fax: 617-338-5587
Email: adangelo@carneybassil.com
*TERMINATED: 06/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael J. Liston**
2 Park Plaza
Suite 610
Boston, MA 02116
617-426-2281
Fax: 617-426-2448
Email: m.liston@verizon.net
*TERMINATED: 07/27/2005*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 262

| | |
|---|---|
| 18:922 (g)(5)(A)-ILLEGAL ALIEN IN POSSESSION OF A FIREARM, AMMUNITION (2) | months. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months. If deported, defendant is not to return to the United States without prior permission of the US Attorney General. The $100.00 Special Assistant is due immediately. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g)(1)-POSSESSION OF FIREARM AND AMMO. BY FELON (1) | Defendant found not guilty. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Paul R. Moore**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3700<br>Fax: 617-748-3951 |

Email: paul.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2004 | 1 | INDICTMENT as to Tony Diaz (1) count(s) 1, 2. (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/08/2004 | 2 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: PRETRIAL as to Tony Diaz (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/08/2004 |  | Arrest Warrant Issued as to Tony Diaz. (Diskes, Sheila) (Entered: 09/09/2004) |
| 11/12/2004 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Tony Diaz for 11/18/2004 @ 10:15 AM. (Russo, Noreen) (Entered: 11/15/2004) |
| 11/12/2004 | 4 | Judge Robert B. Collings : Endorsed ORDER entered as to Tony Diaz: Petition for Writ of Habeas Corpus. (Patch, Christine) (Entered: 11/22/2004) |
| 11/15/2004 |  | NOTICE OF HEARING as to Tony Diaz Arraignment set for 11/18/2004 10:15 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. Initial Appearance set for 11/18/2004 10:15 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 11/15/2004) |
| 11/18/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Tony Diaz (1) Count 1,2 held on 11/18/2004. Also Initial Apperance this same date. P. Moore for Gov't, Pretrial, M. Liston for Mr. Diaz. Max Penalty, charges and rights. Spanish Interp. present in the courtroom. Did not have Mr. Diaz fill out a financial affidavit because MJ Alexander found the Def't unable to afford an attorney in another case this week. Mr. Liston appointed as he was in the MJ Alexander case. Mr. Diaz pled not guilty to all charges. Initial Status Conf. Set down for Wednesday, Jan 5, 2005 @ 10:15 AM. Gov't is seeking detention. Must been seen by MJ Alexander since defendant just came into Federal Custody. Defendant is not going to |

| | | |
|---|---|---|
| | | contest detention. MJ Collings will enter an order of detention without prejudice. (Digital Recording) (Russo, Noreen) (Entered: 11/18/2004) |
| 11/18/2004 | | Attorney update in case as to Tony Diaz. Attorney Michael J. Liston for Tony Diaz added. (Russo, Noreen) (Entered: 11/23/2004) |
| 11/18/2004 | 7 | Magistrate Judge Robert B. Collings : ORDER entered CJA 20 as to Tony Diaz : Appointment of Attorney Michael J. Liston for Tony Diaz. (Russo, Noreen) (Entered: 11/29/2004) |
| 11/22/2004 | 5 | Magistrate Judge Robert B. Collings : ORDER entered MEMORANDUM AND ORDER OF DETENTION pursuant to 18 U.S.C. s. 3143(e) as to Tony Diaz. (Russo, Noreen) (Entered: 11/23/2004) |
| 11/22/2004 | 6 | Magistrate Judge Robert B. Collings : ORDER entered MEMORANDUM AND ORDER as to Tony Diaz. (Russo, Noreen) (Entered: 11/23/2004) |
| 01/05/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Status Conference as to Tony Diaz held on 1/5/2005. P. Moore for Gov't, M. Liston for Def't. Final Status Conf. set for 2/8/2005 @ 10:30 AM (Court Reporter Electronic.) (Russo, Noreen) (Entered: 01/05/2005) |
| 01/05/2005 | 8 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Tony Diaz. Time excluded from 9/8/2004 until 9/8/2004. Time excluded from 11/18/2004 until 11/18/2004. Time excluded from 11/19/2004 until 12/17/2004. Time excluded from 1/5/2005 until 1/5/2005. Time excluded from 11/6/2004 until 2/2/2005. (Russo, Noreen) (Entered: 01/06/2005) |
| 01/05/2005 | 9 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5 (C)) as to Tony Diaz. (Russo, Noreen) (Entered: 01/06/2005) |
| 01/05/2005 | 10 | Magistrate Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A) (Russo, Noreen) (Entered: 01/06/2005) |
| 01/05/2005 | 11 | JOINT MEMORANDUM of the parties re initial status conference by Tony Diaz (Patch, Christine) (Entered: 01/11/2005) |

| | | |
|---|---|---|
| 02/08/2005 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Final Status Conference as to Tony Diaz held on 2/8/2005. P. Moore for Gov't, M. Liston for Def't. Def't indicates that matter before Judge Alexander is now before District Judge. Anticpation of plea. Court to send case to District Judge Saris for Pretrial Conf. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 02/08/2005) |
| 02/08/2005 | ●12 | Magistrate Judge Robert B. Collings : ORDER entered. FURTHER ORDER OF EXCLUDABLE DELAY as to Tony Diaz. Time excluded from 2/8/2005 until 2/8/2005. Thus, as of February 8, 2005, TWENTY-THREE (23) non-excludable days have occured leaving FORTY-SEVEN (47) days left to commence trial so as to be within the seventy-day period for trial set by Statute. (Russo, Noreen) (Entered: 02/09/2005) |
| 02/08/2005 | ●13 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5 (C) as to Tony Diaz. (Russo, Noreen) (Entered: 02/09/2005) |
| 02/08/2005 | ● | Case as to Tony Diaz no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 02/09/2005) |
| 02/10/2005 | ●14 | NOTICE OF INITIAL PRETRIAL CONFERENCE as to Tony Diaz.Initial Pretrial Conference set for 2/17/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 02/10/2005) |
| 02/10/2005 | ●15 | JOINT MEMORANDUM of the parties re final status conference by Tony Diaz (Patch, Christine) (Entered: 02/15/2005) |
| 02/17/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Initial Pretrial Conference as to Tony Diaz held on 2/17/2005. Dispositive Motion Hearing set for 3/28/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 7/18/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 7/25/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 02/17/2005) |
| 03/03/2005 | ●16 | MOTION to Suppress as to Tony Diaz. (Liston, Michael) |

| | | |
|---|---|---|
| | | (Entered: 03/03/2005) |
| 03/15/2005 | 17 | MEMORANDUM in Opposition by USA as to Tony Diaz re 16 MOTION to Suppress (Moore, Paul) (Entered: 03/15/2005) |
| 03/28/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing on Motion to Suppress as to Tony Diaz held on 3/28/2005. Court takes motion under advisement. Parties to submit additional briefs within one week. (Court Reporter Cheryl Dahlstrom.) (Alba, Robert) (Entered: 03/28/2005) |
| 03/28/2005 | 18 | EXHIBIT LIST for Evidentiary Motion Hearing held on 3/28/05 as to Tony Diaz. (Alba, Robert) (Entered: 03/29/2005) |
| 03/28/2005 | 19 | WITNESS LIST for Evidentiary Motion Hearing held on 3/28/05 as to Tony Diaz. (Alba, Robert) (Entered: 03/29/2005) |
| 04/04/2005 | 20 | MEMORANDUM in Support by Tony Diaz re 16 MOTION to Suppress (Liston, Michael) (Entered: 04/04/2005) |
| 04/29/2005 | 21 | Judge Patti B. Saris : MEMORANDUM AND ORDER entered denying 16 Motion to Suppress as to Tony Diaz (1) (Patch, Christine) (Entered: 05/03/2005) |
| 06/03/2005 | 22 | Arrest Warrant Returned Executed on 10/7/04 as to Tony Diaz. (Patch, Christine) (Entered: 06/08/2005) |
| 06/20/2005 | 23 | Proposed Jury Instructions by USA as to Tony Diaz (Moore, Paul) (Entered: 06/20/2005) |
| 06/24/2005 | 24 | NOTICE *Re: Government's Summary of Expert Testimony* by USA as to Tony Diaz (Moore, Paul) (Entered: 06/24/2005) |
| 06/24/2005 | 25 | EXHIBIT/WITNESS LIST by USA as to Tony Diaz (Moore, Paul) (Entered: 06/24/2005) |
| 07/05/2005 | 26 | NOTICE *Re: Government's Summary of Expert Testimony (Genius Johnson)* by USA as to Tony Diaz (Moore, Paul) (Entered: 07/05/2005) |
| 07/13/2005 | 27 | EXHIBIT/WITNESS LIST by USA as to Tony Diaz (Moore, Paul) (Entered: 07/13/2005) |
| 07/13/2005 | 28 | EXHIBIT/WITNESS LIST by USA as to Tony Diaz (Moore, Paul) (Entered: 07/13/2005) |
| 07/14/2005 | 29 | Ex Parte MOTION for Authorization of Services or Funds *(For Transcript of Motion to Suppress Hearing)* as to Tony |

| | | |
|---|---|---|
| | | Diaz. (Liston, Michael) (Entered: 07/14/2005) |
| 07/15/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris :Final Pretrial Conference as to Tony Diaz held on 7/15/2005. Defendant informs Court that he would like appointment of new CJA counsel. Court orders appointment of new Counsel. Further Pretrial Conference set for 8/8/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/15/2005) |
| 07/15/2005 | 30 | ATTORNEY ASSIGNMENT Request as to Tony Diaz forwarded to Clerk to Magistrate Judge Collings. (Alba, Robert) (Entered: 07/15/2005) |
| 07/18/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 29 Motion for Authorization of Services or Funds as to Tony Diaz (1) (Patch, Christine) (Entered: 07/19/2005) |
| 07/27/2005 | 31 | Judge Robert B. Collings : ORDER entered. CJA 20 as to Tony Diaz: Appointment of Attorney Andrew M. D'Angelo for Tony Diaz. (Russo, Noreen) (Entered: 07/27/2005) |
| 08/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Status Conference as to Tony Diaz held on 8/8/2005. Successor counsel appears on behalf of defendant. Final Pretrial Conference set for 10/19/2005 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 10/31/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 08/08/2005) |
| 08/08/2005 | 32 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Tony Diaz Jury Trial set for 10/31/2005 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 10/19/2005 04:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 08/11/2005) |
| 09/14/2005 | 33 | Ex Parte MOTION as to Tony Diaz, filed under seal. (Patch, Christine) (Entered: 09/19/2005) |
| 09/14/2005 | 34 | AFFIDAVIT of Counsel by Tony Diaz in Support of 33 Ex Parte Motion, filed under seal. (Patch, Christine) (Entered: 09/26/2005) |
| 09/23/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 33 Ex Parte Motion as to Tony Diaz (1) (Patch, Christine) |

| | | |
|---|---|---|
| | | (Entered: 09/26/2005) |
| 10/18/2005 | 35 | MOTION for Discovery *For Criminal Records of Civilian Witnesses* as to Tony Diaz. (D'Angelo, Andrew) (Entered: 10/18/2005) |
| 10/18/2005 | 36 | Proposed Jury Instructions by Tony Diaz (D'Angelo, Andrew) (Entered: 10/18/2005) |
| 10/19/2005 | 37 | TRANSCRIPT of Motion to Suppress Hearing as to Tony Diaz held on March 28, 2005 before Judge Saris. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/19/2005) |
| 10/19/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Tony Diaz held on 10/19/2005. Defense counsel waives defendant's presence. Court informs counsel that the trial needs to be rescheduled. Jury Trial rescheduled to 11/7/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Richard Romanow.)(Interpreter Deborah Huacuja.) (Alba, Robert) (Entered: 10/19/2005) |
| 10/19/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 35 Motion for Criminal Records of Civilian Records as to Tony Diaz (1). "Allowed to the extent the criminal record contains information that can be used to impeach the witness (i.e. Rule 609)." (Patch, Christine) (Entered: 10/20/2005) |
| 10/25/2005 | 38 | NOTICE *Re: Government's Revised Summary of Expert Testimony - New Expert* by USA as to Tony Diaz (Moore, Paul) (Entered: 10/25/2005) |
| 10/26/2005 | 39 | EXHIBIT/WITNESS LIST by USA as to Tony Diaz (Moore, Paul) (Entered: 10/26/2005) |
| 10/26/2005 | 40 | EXHIBIT/WITNESS LIST by Tony Diaz (D'Angelo, Andrew) (Entered: 10/26/2005) |
| 10/31/2005 | 41 | EXHIBIT/WITNESS LIST by USA as to Tony Diaz (Moore, Paul) (Entered: 10/31/2005) |
| 11/02/2005 | 42 | EXHIBIT/WITNESS LIST by USA as to Tony Diaz (Moore, Paul) (Entered: 11/02/2005) |
| 11/03/2005 | 43 | EXHIBIT/WITNESS LIST by Tony Diaz (D'Angelo, Andrew) |

| | | |
|---|---|---|
| | | (Entered: 11/03/2005) |
| 11/04/2005 | 44 | EXHIBIT/WITNESS LIST by USA as to Tony Diaz (Moore, Paul) (Entered: 11/04/2005) |
| 11/07/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day One as to Tony Diaz held on 11/7/2005. Voir Dire held on 11/7/2005 as to Tony Diaz. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/07/2005) |
| 11/07/2005 | 45 | MOTION in Limine *To Exclude Certified Conviction Into Evidence* as to Tony Diaz. (Attachments: # 1 Exhibit Middlesex Certified Conviction)(D'Angelo, Andrew) (Entered: 11/07/2005) |
| 11/08/2005 | 46 | MOTION in Limine *To Redact Certified Conviction* as to Tony Diaz. (D'Angelo, Andrew) (Entered: 11/08/2005) |
| 11/08/2005 | 47 | RESPONSE to Motion by USA as to Tony Diaz re 46 MOTION in Limine *To Redact Certified Conviction* (Moore, Paul) (Entered: 11/08/2005) |
| 11/08/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Tony Diaz held on 11/8/2005. Parties rest. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/08/2005) |
| 11/09/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Three as to Tony Diaz held on 11/9/2005. Jury begins deliberations. Jury returns a verdict at 3:00 p.m. Verdict: Not Guilty on Count 1, Guilty on Count 2. Jury Discharged. Defendant remanded to the custody of the U.S. Marshal. Sentencing set for 2/6/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee marzilli.) (Alba, Robert) (Entered: 11/09/2005) |
| 11/09/2005 | 48 | EXHIBIT LIST for Jury trial held on 11/7/05 through 11/9/05 as to Tony Diaz. (Alba, Robert) (Entered: 11/10/2005) |
| 11/09/2005 | 49 | WITNESS LIST for Jury trial held on 11/7/05 through 11/9/05 as to Tony Diaz. (Alba, Robert) (Entered: 11/10/2005) |
| 11/09/2005 | 50 | JURY VERDICT as to Tony Diaz: Guilty on Count 2, Not Guilty on Count 1. (Alba, Robert) (Entered: 11/10/2005) |
| 11/09/2005 | 51 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Tony Diaz Sentencing set |

| | | |
|---|---|---|
| | | for 2/6/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 11/15/2005) |
| 01/17/2006 | 52 | MOTION to Continue to Any date after 4/7/06 to Sentencing as to Tony Diaz. (D'Angelo, Andrew) (Entered: 01/17/2006) |
| 01/18/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 52 Asented to MOTION to Continue to Any date after 4/7/06 to Sentencing as to Tony Diaz. "Allowed. Sentencing rescheduled to 4/11/2006 at 4:00 PM." (Alba, Robert) (Entered: 01/18/2006) |
| 03/09/2006 | 53 | Assented to MOTION to Continue *Sentencing by Two Days* as to Tony Diaz. (D'Angelo, Andrew) (Entered: 03/09/2006) |
| 03/10/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 53 Motion to Continue Sentencing by Two Days as to Tony Diaz. "Allowed. Sentencing continued to April 13, 2006 at 2:00 PM." (Alba, Robert) (Entered: 03/10/2006) |
| 04/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Evidentiary Sentencing as to Tony Diaz. Continued Evidentiary Sentencing set for 5/30/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 04/13/2006) |
| 05/17/2006 | 54 | SENTENCING MEMORANDUM by USA as to Tony Diaz (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 # 25 # 26 # 27 # 28 # 29 # 30 # 31)(Moore, Paul) (Entered: 05/17/2006) |
| 05/24/2006 | 55 | Memorandum regarding Opposition to Government's Summary of Evidence in Support of Armed Career Criminal Sentencing Position as to Tony Diaz (D'Angelo, Andrew) (Entered: 05/24/2006) |
| 05/30/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Sentencing held on 5/30/2006 for Tony Diaz. Parties inform the Court that they will not be calling any witnesses. Court hears argument of cousel. Court sentences defendant to 262 months imprisonment, 60 months supervised release, $100 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 05/30/2006) |
| 05/30/2006 | 56 | COURT'S EXHIBIT LIST for Evidentiary Sentencing held on |

| | | 4/13/06 and 5/30/06 as to Tony Diaz. (Alba, Robert) (Entered: 05/30/2006) |
|---|---|---|
| 05/31/2006 | 57 | NOTICE OF APPEAL by Tony Diaz Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/20/2006. (D'Angelo, Andrew) (Entered: 05/31/2006) |
| 05/31/2006 | 58 | MOTION for Leave to Appeal In Forma Pauperis as to Tony Diaz. (D'Angelo, Andrew) (Entered: 05/31/2006) |
| 05/31/2006 | 59 | MOTION to Appoint Counsel *for Appeal and Trial Counsel Withdraw* as to Tony Diaz. (D'Angelo, Andrew) (Entered: 05/31/2006) |
| 05/31/2006 | 60 | MOTION to Appoint Counsel for Appeal and to Withdraw as Tiral Attorney by Andrew D'Angelo. as to Tony Diaz. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 06/01/2006) |
| 05/31/2006 | 61 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Tony Diaz (1), Count(s) 1, Defendant found not guilty.; Count(s) 2, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 262 months. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months. If deported, defendant is not to return to the United States without prior permission of the US Attorney General. The $100.00 Special Assistant is due immediately. (Patch, Christine) (Entered: 06/06/2006) |
| 06/01/2006 | | Motions terminated as to Tony Diaz: 59 MOTION to Appoint Counsel *for Appeal and Trial Counsel Withdraw* filed by Tony Diaz,. (Patch, Christine) (Entered: 06/01/2006) |
| 06/01/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 59 terminated because: it should have been filed as a 2 part motion. Please refer to Document No. 60 for corrected filing as to Tony Diaz (Patch, Christine) (Entered: 06/01/2006) |
| | | |

| 06/06/2006 |  | Judge Patti B. Saris : Electronic ORDER entered granting 58 Motion for Leave to Appeal In Forma Pauperis as to Tony Diaz (1) (Patch, Christine) (Entered: 06/08/2006) |
| --- | --- | --- |
| 06/06/2006 | ◑ | Judge Patti B. Saris : Electronic ORDER entered granting 60 Motion to Appoint Counsel and to Withdraw as Attorney as to Tony Diaz (1) (Patch, Christine) (Entered: 06/08/2006) |
| 06/08/2006 | ◑ | Attorney update in case as to Tony Diaz. Attorney Andrew M. D'Angelo terminated. (Patch, Christine) (Entered: 06/08/2006) |
| 07/24/2006 | 62 | Memorandum in Support of C.J.A. Bill as to Tony Diaz (Attachments: # 1 Exhibit)(Patch, Christine) (Entered: 07/27/2006) |